UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 20-MJ-2398 (MBB) |
| | ) | |
| JAMES BAUGH & | ) | UNDER SEAL |
| DAVID HARVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-captioned matter.

So Ordered,

*[signature]*
HON. MARIANNE B. BOWLER
United States Magistrate Judge

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Seth B. Kosto
SETH B. KOSTO
DAVID J. D'ADDIO
Assistant U.S. Attorneys

Date: June 11, 2020