**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __FBI__

**City** __Natick__      **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number __20-MJ-2398__
Search Warrant Case Number __19-MJ-2438 to 2441__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __James Baugh__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: ~~(City & State)~~ __San Jose, California__

Birth date (Yr only): __1974__   SSN (last4#): __3402__   Sex __M__   Race: __Caucasian__   Nationality: _____

**Defense Counsel if known:** __William Fick, Esq.__    Address: __24 Federal Street, 4th Floor, Boston, Massachusetts 02110__

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Seth B. Kosto, David J. D'Addio__    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2020    Signature of AUSA: _(signed)_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   James Baugh

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit cyberstalking in violation of 18 USC 2261A | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit witness tampering in violation of 18 USC 1512(b)(3) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**