**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Natick__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number __20-MJ-2398__
Search Warrant Case Number __19-MJ-2438 to 2441__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __David Harville__    Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: _____

Address: (City & State) __New York, New York__

Birth date (Yr only): __1971__ SSN (last4#): __5021__ Sex __M__ Race: __Caucasian__ Nationality: _____

**Defense Counsel if known:** __Jonathan McDougal__    Address: __1640 Laurel Street__
**Bar Number** _____      __San Carlos, CA 94070__

**U.S. Attorney Information:**

AUSA __Seth B. Kosto, David J. D'Addio__    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2020    Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   David Harville

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit cyberstalking in violation of 18 USC 2261A | 1 |
| Set 2 | 18 USC 371 | Conspiracy to commit witness tampering in violation of 18 USC 1512(b)(3) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____