# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES BAUGH | ) Case No. 20-MJ-2398 (MBB) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAMES BAUGH                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit cyberstakling in violation of 18 U.S.C. § 2261A
Conspiracy to commit witness tampering in violation of 18 U.S.C. § 1512(b)(3)

each in violation of 18 U.S.C. § 371

Date:     06/11/2020

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state:     Brookline, Massachusetts

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*