UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| JAMES BAUGH & | 20-MJ-2398 (MBB) |
| DAVID HARVILLE, | |
| | UNDER SEAL |
| Defendants. | |

MOTION TO UNSEAL IN PART

The United States Attorney hereby respectfully moves this Court to enter an order providing that the complaint, a redacted version of the supporting affidavit, and the arrest warrants for the defendants be unsealed when both defendants are in custody, or, if the defendants are not both in custody, at such time that the United States files a separate motion to unseal.  As grounds for the request, the United States submits there will be no further need to seal the existence of the complaint and arrest warrants.

As grounds to keep the redacted portions of the supporting affidavit sealed by the Court, the government submits that the redacted portions identify or provide sensitive information regarding victims or witnesses cooperating with the government's investigation.  A redacted version of the affidavit that may be posted on PACER is attached.

So Ordered,

_Marianne B. Bowler USMJ_
HON. MARIANNE B. BOWLER
United States Magistrate Judge

June 11, 2019

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   _/s/ Seth B. Kosto_
SETH B. KOSTO
DAVID J. D'ADDIO
Assistant U.S. Attorneys