IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES BAUGH | No. 20-mj-2398-MBB |

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of Defendant James Baugh.

Respectfully submitted,

*/s/ Daniel N. Marx*
DANIEL N. MARX, ESQ. (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2020.

*/s/ Daniel N. Marx*