CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:20-mj-70774-MAG-1
### Internal Use Only

Case title: USA v. Baugh

Date Filed: 06/15/2020
Date Terminated: 06/16/2020

Assigned to: Magistrate Judge

## Defendant (1)

**James Baugh**
*TERMINATED: 06/16/2020*

represented by **Varell Laphalle Fuller**
Federal Public Defender
Northern District of California
55 South Market Street
Suite 820
San Jose, CA 95113
(408) 291-7753
Email: Varell_Fuller@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:371 Conspiracy to commit cyberstalking in violation of 18:2261(a) | |

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **John Curtis Bostic** <br> United States Attorney's Office <br> 150 Almaden Boulevard <br> Suite 900 <br> San Jose, CA 95113 <br> 408-535-5061 <br> Email: john.bostic@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2020 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to James Baugh (1). (lskS, COURT STAFF) (Filed on 6/15/2020) (Additional attachment(s) added on 6/17/2020: # 1 complaint attachment) (lskS, COURT STAFF). (Additional attachment(s) added on 6/17/2020: # 2 affidavit) (lskS, COURT STAFF). (Entered: 06/17/2020) |
| 06/16/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Initial Appearance as to James Baugh held on 6/16/2020, Added attorney Varell Laphalle Fuller for James Baugh. Deft waives personal appearance; consents to video appearance.Court Reporter: Jo Ann Bryce. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020) |
| 06/16/2020 | 3 | **ORDER as to James Baugh for release from federal custody. Signed by Magistrate Judge Laurel Beeler on 6/16/2020. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 4 | WAIVER of Rule 5 Hearings by James Baugh (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020) |
| 06/16/2020 | 5 | **COMMITMENT TO ANOTHER DISTRICT as to James Baugh. Defendant committed to District of Massachussets. Signed by Magistrate Judge Laurel Beeler on 6/16/2020. (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 🔒 6 | **ORDER Setting Conditions of Release Bond Entered as to James Baugh. Signed by Magistrate Judge Laurel Beeler on 06/16/2020. (ejkS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/17/2020)** |
| 06/16/2020 | 🔒 | (Court only) ***Case Terminated as to James Baugh (lskS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/18/2020) |