AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>JAMES BAUGH<br><br>*Defendant* | )<br>)  Case No.  20-MJ-2398 (MBB)<br>)<br>)  3-20-mj-70774 MAG<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES BAUGH                                                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy to commit cyberstakling in violation of 18 U.S.C. § 2261A
  Conspiracy to commit witness tampering in violation of 18 U.S.C. § 1512(b)(3)

  each in violation of 18 U.S.C. § 371

Date:    06/11/2020

*[Signature]*
HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state:   Brookline, Massachusetts

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)*  _____ .<br><br>Date:  _____<br><br><div align="right">*Arresting officer's signature*</div><br><br><div align="right">*Printed name and title*</div> |