U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE Jun 16, 2020 | CASE NUMBER 4:20-mj-70774-MAG-1 |
|---|---|---|---|
| NAME OF DEFENDANT JAMES LANCE BAUGH | ADDRESS 9488 Highway 425, Stark City, Arkansas, 71667 | | TELEPHONE NUMBER 425-381-3989 |
| NAME OF ☒SURETY ☒CO-SIGNER ☐CUSTODIAN Erica Haley | ADDRESS 1815 North Davis Ave, Oklahoma City, OK 73127 | | TELEPHONE NUMBER 703-541-8058 |
| NAME OF ☐SURETY ☐CO-SIGNER ☐CUSTODIAN | ADDRESS hotel authorized as temp residence | | TELEPHONE NUMBER |

| AMOUNT OF BOND ☒PERSONAL RECOGNIZANCE $200,000 | ☒UNSECURED ☐SECURED BY $ | ☐DEPOSIT RECEIVED FROM: TO BE POSTED BY: | ☐OTHER SECURITY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed.
☒ Defendant must not commit any federal, state, or local crime.
☒ Defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. § 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.
☒ Defendant must surrender all passports and other travel documents to Pretrial Services by __6/23/2020__ and must not apply for other passports or travel documents.
☒ Defendant must not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription.
☒ Defendant must maintain current employment, or if unemployed must seek and maintain verifiable employment, or must commence an educational program subject to approval by Pretrial Services.
☐ Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.
☐ Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.
☐ Defendant must participate in mental health treatment as directed by Pretrial Services.
☒ Defendant must have no contact, directly or indirectly, with any co-defendant outside of the presence of counsel.
☒ Defendant must not change residence or telephone number without prior approval of Pretrial Services.
☐ Defendant must remain in the custody of custodian _____ at _____. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails do so may be prosecuted for contempt.
☐ Defendant must reside in a halfway house at _____ and must comply with all conditions of that facility.
☒ Defendant must comply with the following location restrictions:
  ☐ [A] Defendant must not travel outside of: ☐ the Northern District of California (see map on reverse side), ☒ other: __SEE BELOW__.
  ☒ [B] Defendant must observe a curfew and remain at his/her residence every day from __10:00 pm__ to __6:00 am__, except as directed by Pretrial Services.
  ☐ [C] Defendant must remain at his/her residence at all times except for: ☐employment; ☐education; ☐religious services; ☐medical, substance abuse, or mental health treatment; ☐attorney visits; ☐court appearances; ☐court-approved obligations; ☐or other activities approved in advance by ☐Pretrial Services, ☐the Court.
☐ Defendant must submit to location monitoring ☐ by GPS, ☐ by RF, ☐ as directed by Pretrial Services to ensure compliance with:
  ☐ All court-ordered location restrictions.
  ☐ The following court-ordered location restrictions: _____.
☒ The following conditions also apply:

    No one in the defendant's residence shall possess any firearm, destructive device, or other dangerous weapon.
    No contact with the witnesses, victim, codefendants and coconspirators identified by the government.
    Travel restricted to state of residence (and District of Massachusetts for purposes of this case). Defendant to appear in D. Mass. as directed by the court there.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT /s | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN /s |
|---|---|
| SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN | SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN |
| THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY | SIGNATURE OF MAGISTRATE JUDGE      DATE Jun 16, 2020 |

U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) No. CR  4:20-mj-70774-MAG-1
Plaintiff, )
) CONSENT TO ENTRY OF TRAVEL
vs. ) AND OTHER ORDERS REGARDING
) CONDITIONS OF RELEASE
JAMES LANCE BAUGH )
)
Defendant )
)
)
_____)

    As a third-party surety on the bail bond in this case, I consent to all future orders of the Court permitting, for whatever reason, the Defendant to travel outside of the Northern District of California, or to modify, supplement, or delete Defendant's conditions of release as the Court deems necessary. I further consent to the entry of such orders without further notice to me.

    I understand that if the Defendant, while out of this district with the permission of the Court, flees or otherwise commits a breach of the bail bond conditions, I will be subject to a civil judgment for the amount of the bail, and all property I have posted with the Court to secure the bail will be ordered forfeited to the United States.

DATED: Jun 16, 2020 _____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Jun 16, 2020 _____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Jun 16, 2020 _____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

DATED: Jun 16, 2020 _____
THIRD-PARTY SURETY, CO-SIGNER OR CUSTODIAN

## FEDERAL JUDICIAL DISTRICTS IN CALIFORNIA



## FEDERAL PRETRIAL SERVICES NORTHERN DISTRICT

**U.S. Pretrial Services Agency**
450 Golden Gate Ave., Room 18-5497
San Francisco, CA 94102
(415) 436-7500/436-7501

**U.S. Pretrial Services Agency**
280 S. First Street, Suite 1150
San Jose, CA 95113
(408) 535-5222/535-5229

**U.S. Pretrial Services Agency**
1301 Clay Street, Suite 100C
Oakland, CA 94612
(510) 637-3750/637-3751

**U.S. Pretrial Services Agency**
777 Sonoma Ave., Suite 323
Santa Rosa, CA 95404
(707) 575-3423

**U.S. Pretrial Services Agency**
3140 Boeing Ave.
McKinleyville, CA 95519
(707) 575-3423/(415)436-7501

### § 1503. Influencing or injuring officer or juror generally.

Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States commissioner or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, commissioner, or other committing magistrate in his person or property on the account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1510. Obstruction of criminal investigations.

(a) Whoever willfully endeavors by means of bribery to obstruct, delay, or prevent the communication of information relating to a violation of any criminal statute of the United States by any person to a criminal investigator shall be fined not more than $5,000, or imprisoned not more than five years, or both.

### § 1512. Tampering with a witness, victim, or an informant.

(a) Whoever knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person with intent to-
(1) influence the testimony of any person in an official proceeding;
(2) cause or induce any person to-
   (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;
   (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;
   (C) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object in an official proceeding; or

   (D) be absent from an official proceeding to which such person has been summoned by legal process; or
(3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings; shall be fined not more than $250,000 or imprisoned not more than ten years, or both.

(b) Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from-
(1) attending or testifying in an official proceeding;
(2) reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceedings.
(3) arresting or seeking the arrest of another person in connection with a Federal offense; or
(4) causing a criminal prosecution, or a parole or probation revocation proceeding, to be sought or instituted, or assisting in such prosecution or proceedings; or attempts to do so, shall be fined not more than $25,000 or imprisoned not more than one year or both.

### § 1513. Retaliation against a witness, victim, or an informant.

(a) Whoever knowingly engages in any conduct and thereby causes bodily injury to another person or damages the tangible property of another person or threatens to do so, with intent to retaliate against any person for-
(1) the attendance of a witness or party at an official proceeding, or any testimony given or any record, document, or other object produced by a witness in an official proceeding or
(2) any information relating to the commission or possible commission of a Federal offense or a violation of conditions of probation, parole, or release pending judicial proceeding given by a person to a law enforcement officer, or attempts to do so shall be fined not more than $250,000 or imprisoned not more than ten years or both.

### § 3146. Penalty for failure to appear

(a) Offense-A person commits an offense, if after having been released pursuant to this chapter-
(1) he knowingly fails to appear before a court as required by the conditions of his release; or
(2) he knowingly fails to surrender for service of sentence pursuant to a court order.
(b) Grading-if the person was released-
(1) in connection with a charge of, or while awaiting sentence, surrender for service of sentence, or appeal or certiorari after conviction for-
   (A) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, he shall be fined not more than $25,000 or imprisoned for not more than ten years, or both;
   (B) an offense punishable by imprisonment for a term of five or more years, but less than fifteen years, he shall be fined not more than $10,000 or imprisoned for not more than five years, or both;
   (C) any other felony, he shall be fined not more than $5,000 or imprisoned for more than two years, or both; or
   (D) a misdemeanor, he shall be fined not more than $2,000 or imprisoned for not more than one year, or both; or
(2) for appearance as a material witness, he shall be fined not more than $1,000 or imprisoned for not more than one year, or both.
A term of imprisonment imposed pursuant to this section shall be consecutive to the sentence of imprisonment for any other offense.

### § 3147. Penalty for an offense committed while on release.

A person convicted of an offense committed while released pursuant to this chapter shall be sentenced, in addition to the sentence prescribed for the offense to-
(1) a term of imprisonment of not less than two years and not more than ten years if the offense is a felony; or
(2) a term of imprisonment of not less than ninety days and not more than one year if the offense is a misdemeanor.
A term of imprisonment imposed pursuant to this section shall be consecutive to any other sentence of imprisonment.

GPO U.S. GOVERNMENT PRINTING OFFICE: 2018-671-305

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE Jun 16, 2020 | CASE NUMBER 4:20-mj-70774-MAG-1 |
|---|---|---|---|
| NAME OF DEFENDANT JAMES LANCE BAUGH | ADDRESS 9488 Highway 425, Stark City, Arkansas, 71667 | | TELEPHONE NUMBER 425-381-3989 |

## ADDITIONAL CONDITIONS OF RELEASE

Defendant is subject to each condition detailed below

No additional conditions.

Defendant must contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE AND APPEARANCE

If defendant does not obey these conditions of release and appearance, payment of the full amount of this bond will be due, and all cash or property posted to secure it will be forfeited. Judgment may be entered and executed against defendant and all sureties or co-signers jointly and severally. An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings. Defendant will be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. §§ 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

SIGNATURE OF SURETY/CO-SIGNER/CUSTODIAN

**THIS ORDER AUTHORIZES U.S. MARSHAL TO RELEASE DEFENDANT FROM CUSTODY**

SIGNATURE OF MAGISTRATE JUDGE

DATE Jun 16, 2020