AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Jim Baugh | ) Case No. 20-mj-02398-MBB |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/02/2020

/s/ Jim Baugh
*Defendant's signature*

/s/ William Fick
*Signature of defendant's attorney*

William Fick (BBO # 650562)
*Printed name and bar number of defendant's attorney*
Fick &Marx LLP
24 Federal Street, FL 4
Boston, MA 02110

*Address of defendant's attorney*

wfick@fickmarx.com
*E-mail address of defendant's attorney*

857-321-8360
*Telephone number of defendant's attorney*

857-321-8361
*FAX number of defendant's attorney*