IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JIM BAUGH

No. 20-mj-02398-MBB

## **ORDER**

Pursuant to this Court's Order dated July 28, 2020, and the subsequent entry of a replacement Appearance Bond, the Court hereby VACATES the original Appearance Bond dated June 16, 2020 [docketed in this case at ECF No. 17-5] and thereby RELEASES Ms. Erica Haley from all obligations as third-party surety.

SO ORDERED.

  /s/ Marianne B. Bower
Marianne B. Bowler
United States Magistrate Judge

Date: __8/14/2020_

- 1-