**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** Natick    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  20-MJ-2398-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: JIM BAUGH    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Little Rock, Arkansas

Birth date (Yr only): 1974   SSN (last4#): 6549   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** William Fick, Esq.   Address: Fick & Marx LLP

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Seth B. Kosto    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 06/15/2020

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: NDCA on 6/16/2020

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 9

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/02/2020    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jim Baugh

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit stalking through interstate travel and facilities of interstate commerce | 1 |
| Set 2 | 18 USC 2261A(1) | Stalking through interstate travel | 2-3 |
| Set 3 | 18 USC 2261A(2) | Stalking through facilities of interstate commerce | 6-7 |
| Set 4 | 18 USC 1512(b)(3) | witness tampering | 10-11 |
| Set 5 | 18 USC 1519 | fabrication and destruction of records in a federal investigation | 13-14 |
| Set 6 | 18 USC 981(a)(1)(c) | Asset Forfeiture | N/A |
| Set 7 | 28 USC 2461(c) | Asset Forfeiture | N/A |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____