**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Natick | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number 20-MJ-2398-MBB | |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: DAVID HARVILLE        Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Las Vegas, NV

Birth date (Yr only): 1971   SSN (last4#): 5021   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** Daniel Gelb        Address: 900 Cummings Center, Suite 207-V

**Bar Number:** _____                 Beverly, MA 01915

**U.S. Attorney Information:**

**AUSA** Seth B. Kosto        Bar Number if applicable _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** 06/15/2020

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by:  Marianne B Bowler   on   6/15/2020

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty — ☐ Misdemeanor — ☑ Felony 7

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/02/2020        Signature of AUSA: *[signature]*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** David Harville

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to commit stalking through interstate travel and facilities of interstate commerce | 1 |
| Set 2 | 18 USC 2261A(1) | Stalking through interstate travel | 4-5 |
| Set 3 | 18 USC 2261A(2) | Stalking through facilities of interstate commerce | 8-9 |
| Set 4 | 18 USC 1512(b)(3) | witness tampering | 12 |
| Set 5 | 18 USC 1519 | fabrication and destruction of records in a federal investigation | 15 |
| Set 6 | 18 USC 981(a)(1)(c) | Asset Forfeiture | N/A |
| Set 7 | 28 USC 2461(c) | Asset Forfeiture | N/A |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____