UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 20-CR-10263 (PBS/MBB) |
| JIM BAUGH and | ) |
| DAVID HARVILLE, | ) |
| | ) |
| Defendants | ) |

ASSENTED-TO MOTION FOR PROTECTIVE ORDER

The United States, with the assent of counsel for each defendant and consistent with Local Rule 116.5, requests that the Court enter the attached proposed Protective Order in connection with the litigation and trial of the above matter. As grounds for the motion, the United States respectfully submits that the discovery materials it anticipates producing in the above matter contain sensitive information concerning victims, witnesses, defendants, third parties, and law enforcement sources or techniques. The proposed Protective Order will afford access to these materials in a manner that protects this sensitive information, while also allowing the materials to be used for the purpose for which they will be produced, the defense of the case, and for no other purpose and in connection with no other proceeding.

Respectfully submitted.

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: _____
SETH B. KOSTO
ASSISTANT UNITED STATES ATTORNEY

December 10, 2020

ASSENTED TO:

JIM BAUGH, by his counsel

/s/William F. Fick
_____
WILLIAM F. FICK, ESQ.
FICK & MARX LLP
24 Federal Street, 4th Fl.
Boston, MA 02110

DAVID HARVILLE, by his counsel,

/s/ Daniel K. Gelb
_____
DANIEL K. GELB, ESQ.
GELB & GELB LLP
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915

_____
JONATHAN D. MCDOUGALL, ESQ.
Attorney at Law
1640 Laurel Street
San Carlos, CA 94070

December 7, 2020