UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>(1) JIM BAUGH and<br>(2) DAVID HARVILLE,<br><br>**Defendants** | Crim. No. 1:20-cr-10263-PBS |

ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto, respectfully moves this Court to exclude the time period from January 7, 2021, the date of initial status conference in this matter, through and including the next status conference on March 8, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial discovery on or about December 21, 2020, and counsel for both defendants have indicated that each needs the opportunity to review the discovery produced to date, to discuss it with their respective clients, to discuss the discovery with the government (including format of production and any additional discovery requests), and to evaluate the case.  Thus, the time period from today's status conference to the next status conference is a period of time that constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant

in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By: */s/ Seth B. Kosto*
     SETH B. KOSTO
     Assistant United States Attorney

January 7, 2021

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                                    /s/ Seth B. Kosto
                                                SETH B. KOSTO
                                                Assistant United States Attorney

Dated:  January 7, 2021