IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Jim Baugh, with the assent of the government and U.S. Probation, respectfully requests that his conditions of release be modified to permit him to relocate to the Seattle-Kirkland metro area of Washington state, subject to his acceptance for courtesy supervision by U.S. Probation for the Western District of Washington. He further requests that he be permitted to travel within the Continental United States with the advance approval of his itinerary by U.S. Probation.

As grounds for this motion, Mr. Baugh states that he previously resided in the Seattle area for approximately 14 years (2002-2006 and 2007-2017) and that his young children and their mother currently reside there. Separately, periodic travel may be required, among other things, to consult with counsel and attend divorce court proceedings in California, to consult with counsel and attend court proceedings for this case in Boston, and to visit his elderly parents and other family members in Arkansas.

Respectfully submitted,

JIM BAUGH
by his attorney,

    /s/ William Fick
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor

-1-

Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 5, 2021.

    */s/ William Fick*