UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) JIM BAUGH and<br>(2) DAVID HARVILLE,<br><br>Defendants | Crim. No. 1:20-cr-10263-PBS |

ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto, respectfully moves this Court to exclude the time period from May 10, 2021, the date of the interim status conference in this matter, through and including the next status conference on June 29, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial discovery on or about December 21, 2020, and counsel for both defendants have indicated that each needs additional time to prepare discovery requests and to evaluate the case for the filing of motions to dismiss and/or suppress. Thus, the time period from today's status conference to the next status conference is a period of time that constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                              Respectfully submitted,

                                                              NATHANIEL R. MENDELL
                                                              Acting United States Attorney


                                    By:  */s/ Seth B. Kosto*
                                                               SETH B. KOSTO
                                                              Assistant United States Attorney

May 13, 2021

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                         */s/ Seth B. Kosto*
                                         SETH B. KOSTO
                                         Assistant United States Attorney

Dated:  May 13, 2021