

U.S. Department of Justice

*Nathaniel R. Mendell*
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

June 22, 2021

ELECTRONIC CASE FILING

Daniel K. Gelb, Esq.
GELB & GELB LLP
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915

Jonathan D. McDougall, Esq.
1640 Laurel Street
San Carlos, California 94070

William W. Fick, Esq.
Daniel N. Marx, Esq.
24 Federal Street, 4th Floor
Boston, Massachusetts 02110

      Re:   *United States v. Jim Baugh and David Harville*
               1:20-cr-10263-PBS/MBB

Dear Counsel:

      Thank you for Mr. Gelb's June 14, 2021 letter requesting additional discovery on behalf of both defendants in this case. The government responds as follows.

1. **All communications, documents and statements provided to the Government either directly by eBay, or by anyone acting on eBay's behalf (e.g., corporate counsel, outside counsel, etc.) concerning the subject matter of the indictment[] in the above-referenced matter.**

      The government produced in automatic discovery the approximately 12,340 pages of communications, documents, and statements that it received from eBay. To the extent you request communications concerning the subject matter of the indictment provided to the government by counsel for eBay, without waiving any objection as to whether these communications are discoverable, I enclose herewith documents Bates-stamped USA_BH_0048073 through USA_BH_0048134. These consist primarily of production letters and similar communications that contain some additional information about the previously produced records. The government is not producing counsel's communications regarding scheduling, transmittals, and similar matters. Witness statements for any testifying eBay witness will be produced in accordance with the requirements of the Local Rules and the Jencks Act.

See response to Request Number 4 below.

   2. **All "302" reports created by the Government concerning the subject matter of the indictments in the above-reference matter.**

That an FBI Special Agent has written a Form FD-302 in connection with a criminal investigation does not make the report discoverable in and of itself.  To the extent such reports contain *Jencks* or other discoverable information, the government intends to produce them in accordance with its obligations under the Jencks Act and the Local Rules.  See response to Request Number 4 below.

   3. **Documents and statements upon which the Government relies concerning the *"official"* proceeding and *"federal"* investigation elements of 18 U.S.C. § 1512 and 18 U.S.C. § 1519, respectively.**

I am not aware of any Local Rule or precedent that requires the government to designate evidence on a count-by-count or element-by-element basis.  The government respectfully declines to do so.

You may wish to note that in Counts 10 through 12 of the Indictment, the grand jury has charged violations of 18 U.S.C. § 1512(b)(3), which has no "official proceeding" element.  That provision instead requires that the government prove, in pertinent part, that a defendant hindered, delayed, or prevented the communication to a federal law enforcement officer of information "relating to the commission or possible commission of a Federal offense."

Additionally, the government intends to prove at trial that a Natick Police Department representative contacted the FBI about eBay's possible involvement in the harassment, intimidation, and surveillance of Victims 1 and 2 on August 22, 2019.

   4. **Pretrial production of *Jencks Act* material concerning the subject matter of the indictments in the above-referenced matter.  At a minimum, we request *Jen[c]ks Act* material for all unindicted co-conspirators identified under "Section E" ("Unindicted Coconspirators under Local Rule 116.1(C)(1)(e))" of the Government's discovery disclosure letter dated December 21, 2020.**

I am not aware of any rule or requirement obligating the government to produce witness statements at this time.  The government intends to abide by the timing requirements established by the Local Rules and the Jencks Act with respect to the production of witness statements.  Should this case proceed to trial, I am of course open to discussing the production of "early Jencks" alongside other steps that the parties can take to streamline the presentation of evidence.

   5. **All email correspondence sent to and received from the email address lawenforcement@ebay.com concerning documents, statements and information the Government intends to introduce should the above-referenced matter proceed to trial.**

The government has produced two such communications:  one from NPD Detective John

Haswell on August 20, 2019 (*e.g.*, USA-BH-0000275 and 0000276) and a second from NPD Detective Jason Sutherland on August 21, 2019 (*e.g.*, USA-BH-0000305).  I am not aware of any other.  Additional information regarding the technology by which eBay received these communications is described in the cover letter to eBay's November 6, 2020 production (USA-BH-0048092).

      Please call the undersigned Assistant U.S. Attorney at (617) 748-3230 if you have any questions.

      Very truly yours,

      NATHANIEL R. MENDELL
      United States Attorney

By:   /s/ Seth B. Kosto
      SETH B. KOSTO
      Assistant U.S. Attorney

Enclosures under separate cover