| Bates | File type | File source | Problem |
|---|---|---|---|
| USA_BH_0035269 | JPG | Natick Police | file empty |
| USA_BH_0035271 | JPG | Natick Police | file empty |
| USA_BH_0035272 | JPG | Natick Police | file empty |
| USA_BH_0035273 | JPG | Natick Police | file empty |
| USA_BH_0035274 | JPG | Natick Police | file empty |
| USA_BH_0035275 | JPG | Natick Police | file empty |
| USA_BH_0035277 | JPG | Natick Police | file empty |
| USA_BH_0035278 | JPG | Natick Police | file empty |
| USA_BH_0035279 | JPG | Natick Police | file empty |
| USA_BH_0035280 | JPG | Natick Police | file empty |
| USA_BH_0035282 | JPG | Natick Police | file empty |
| USA_BH_0035283 | JPG | Natick Police | file empty |
| USA_BH_0035285 | JPG | Natick Police | file empty |
| USA_BH_0035286 | JPG | Natick Police | file empty |
| USA_BH_0035287 | .JPG | Natick Police | file empty |
| USA_BH_0035288 | JPG | Natick Police | file empty |
| USA_BH_0035289 | JPG | Natick Police | file empty |
| USA_BH_0035290 | JPG | Natick Police | file empty |
| USA_BH_0035442 | rtf | 58 Stockwell Materials | file empty |
| USA_BH_0035444 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035449 | rtf | 58 Stockwell Materials | file empty |
| USA_BH_0035453 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035455 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035458 | rtf | 58 Stockwell Materials | file empty |
| USA_BH_0035460 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035468 | HEIC | 58 Stockwell Materials | file empty |
| USA_BH_0035470 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035472 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035475 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035479 | pdf | 58 Stockwell Materials | file empty |
| USA_BH_0035481 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035483 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035485 | PNG | 58 Stockwell Materials | file empty |
| USA_BH_0035487 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035489 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035491 | pdf | 58 Stockwell Materials | file empty |
| USA_BH_0035493 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035495 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035497 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035499 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035501 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035503 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035505 | JPEG | 58 Stockwell Materials | file empty |
| USA_BH_0035507 | HEIC | 58 Stockwell Materials | file empty |

| | | | |
|---|---|---|---|
| USA_BH_0035509 | HEIC | 58 Stockwell Materials | file empty |
| USA_BH_0035511 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035513 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035516 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035520 | pdf | 58 Stockwell Materials | file empty |
| USA_BH_0035522 | PNG | 58 Stockwell Materials | file empty |
| USA_BH_0035524 | HEIC | 58 Stockwell Materials | file empty |
| USA_BH_0035526 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035528 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035530 | PNG | 58 Stockwell Materials | file empty |
| USA_BH_0035532 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035534 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035536 | pdf | 58 Stockwell Materials | file empty |
| USA_BH_0035538 | PNG | 58 Stockwell Materials | file empty |
| USA_BH_0035540 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035542 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035544 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035546 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035548 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035550 | PNG | 58 Stockwell Materials | file empty |
| USA_BH_0035552 | jpeg | 58 Stockwell Materials | file empty |
| USA_BH_0035554 | HEIC | 58 Stockwell Materials | file empty |
| USA_BH_0035555 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035556 | rtf | 58 Stockwell Materials | file empty |
| USA_BH_0035557 | jpg | 58 Stockwell Materials | file empty |
| USA_BH_0035558 | png | 58 Stockwell Materials | file empty |
| USA_BH_0035940 | pdf | iCloud SW materials | file empty |
| USA_BH_0035941 | docx | iCloud SW materials | file empty |
| USA_BH_0035942 | docx | iCloud SW materials | file empty |