| Allegation | Document | Request |
|---|---|---|
| Also on August 10, 2019, Victim 2 received an e-mail reporting that an online order for a "Preserved Fetal Pig" had been ordered to be sent to the Victims' House. The e- | 2019-09-27 affidavit (Twitter)USA_BH_0035849 | The referenced email message |
| On August 13, 2019, Victim 2 received a voicemail message in response to his  supposedly having expressed interest in opening an Adam & Eve sex toys franchise. (Victim 1 and | 2019-09-27 affidavit (Twitter)USA_BH_0035849 | The referenced voicemail and report to NPD |
| On August 15, 2019, pornography arrived at the homes of two of Victim 2's neighbors addressed to his name. | 2019-09-27 affidavit (Twitter)USA_BH_0035849 | Identity and address of the neighbors to whom the magazines were delivered. |
| On August 20, 2019, more pornography was delivered over Victim 2's name to a third neighbor. | 2019-09-27 affidavit (Twitter)USA_BH_0035849 | Identity and address of the neighbors to whom delivery was made |
| On August 22, 2019, NPD officers met with two eBay Global Security employees, Brian Gilbert and Scott Fitzgerald. | 2019-09-27 affidavit (Twitter)USA_BH_0035849 | NPD report concerning the meeting |
| According to Victim 1 and Victim 2, revenue from eCommerceBytes was an important source of income for | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Any investigation concerning the victims' claim |
| The government has interviewed several current and former eBay employees in connection with its investigation | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Identity of employees interviewed and reports of interviews |
| On August 8, 2019, Zea paid cash for a prepaid phone and a laptop computer at a Best Buy in San Jose, California for use | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Documents concerning this allegation |
| While in Boston, Harville bought items from a local hardware store, what I believe, based on my training and experience as an investigator to be a "break in" kit. According to the itemized  receipt from the hardware store, | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Documents and reports concerning origin of the receipt |
| August 22, 2019, according to participants in the meeting, Gilbert claimed that eBay had no role in the harassment of | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Documents and reports concerning this allegation |
| On or about August 26, 2019, Popp, Gilbe1t, Baugh, Stockwell, Zea, and others gathered in an eBay conference room. According to more than one paiticipant in the | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Documents and reports concerning this allegation |
| Gilbert rented a black Ford Explorer similar to one that appears in surveillance video from the Victims' home security system that day. In the video, the driver of the | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Identify the video produced; the video named "fidomaster" appears to be from a different date |
| Records obtained from eBay and Red Hat, the sponsor of the conference, indicate that HARVILLE and Zea attempted to register for the DevConf conference on or about August 14, 2019, but also that none of the three ever attended the | 2020-06-11 3-2 Redacted Baugh Complaint Affidavit | Documents concerning actual attendance at the conference |