| Beg. Bates | End Bates |
|---|---|
| USA_BH_0002984 | USA_BH_0002990 |
| USA_BH_0002991 | USA_BH_0002995 |
| USA_BH_0002996 | USA_BH_0003082 |
| USA_BH_0003083 | USA_BH_0003111 |
| USA_BH_0003112 | USA_BH_0003133 |
| USA_BH_0003134 | USA_BH_0003147 |
| USA_BH_0003148 | USA_BH_0003149 |
| USA_BH_0003150 | USA_BH_0003161 |
| USA_BH_0003161 | USA_BH_0003161 |
| USA_BH_0003163 | USA_BH_0003166 |
| USA_BH_0003167 | USA_BH_0003167 |
| USA_BH_0003168 | USA_BH_0033979 |
| USA_BH_0033980 | USA_BH_0034100 |
| USA_BH_0034101 | USA_BH_0034148 |
| USA_BH_0034149 | USA_BH_0034162 |
| USA_BH_0034163 | USA_BH_0034165 |
| USA_BH_0034163 | USA_BH_0034173 |
| USA_BH_0034174 | USA_BH_0034177 |
| USA_BH_0034178 | USA_BH_0034184 |
| USA_BH_0034185 | USA_BH_0034189 |
| USA_BH_0034190 | USA_BH_0034214 |
| USA_BH_0034215 | USA_BH_0034222 |
| USA_BH_0034223 | USA_BH_0034281 |
| USA_BH_0034282 | USA_BH_0034284 |
| USA_BH_0034285 | USA_BH_0034285 |
| USA_BH_0034286 | USA_BH_0034451 |
| USA_BH_0034452 | USA_BH_0034487 |
| USA_BH_0034488 | USA_BH_0034501 |
| USA_BH_0034524 | USA_BH_0034530 |
| USA_BH_0034531 | USA_BH_0035083 |
| USA_BH_0035084 | USA_BH_0035085 |
| USA_BH_0035086 | USA_BH_0035095 |
| USA_BH_0035096 | USA_BH_0035231 |
| USA_BH_0035232 | USA_BH_0035244 |
| USA_BH_0035339 | USA_BH_0035341 |
| USA_BH_0045500 | USA_BH_0045500 |