| Beg. Bates      | End Bates       |
|-----------------|-----------------|
| USA_BH_0035351  | USA_BH_0035351  |
| USA_BH_0035421  | USA_BH_0035421  |
| USA_BH_0035422  | USA_BH_0035426  |
| USA_BH_0035564  | USA_BH_0035566  |
| USA_BH_0035840  | USA_BH_0035848  |
| USA_BH_0045509  | USA_BH_0045515  |

**Request**

Reports concerning origin/authenticity of this document
Native copy of email and image
Native copy of images
Photos of packages and copy of thumb drive
Reports concerning origin/authenticity
Results of search of Victims' server; images/extractions of
Cooke and Wymer phones