UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>    (1) JIM BAUGH and<br>    (2) DAVID HARVILLE,<br><br>Defendants | Crim. No. 1:20-cr-10263-PBS |

## ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto, respectfully moves this Court to exclude the time period from July 29, 2021, the date of the interim status conference in this matter, through and including the next status conference on September 14, 2021, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial automatic discovery on or about December 21, 2020; counsel for both defendants in June 2021 made discovery requests relating to the automatic discovery; the government has responded to those requests; and counsel for both defendants have indicated that each will file a motion to compel by August 13, 2021, with the government responding by August 27, 2021, and with a motion hearing and status conference set for September 14, 2021.  Thus, the time period from today's status conference to the next status conference is a period of time that constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served

by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                Respectfully submitted,

                                                NATHANIEL R. MENDELL
                                                Acting United States Attorney

                                        By: _/s/ Seth B. Kosto_
                                                SETH B. KOSTO
                                                Assistant United States Attorney

August 2, 2021

CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Seth B. Kosto
SETH B. KOSTO
Assistant United States Attorney

Dated: August 2, 2021