IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH, *et al*. | No.  20-cr-10263-PBS |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME
### TO FILE MOTION TO COMPEL

Defendant, Jim Baugh, with the assent of the government, requests a one-business-day extension of time to file his motion to compel discovery, through and including August 16, 2021. As grounds therefor, undersigned counsel states that certain personal commitments of counsel during the week of August 9 required a short extension of time.

Respectfully submitted,

**JIM BAUGH**

by his attorneys,

/s/ William Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM
DMARX@FICKMARX.COM
ABARSKY@FICKMARX.COM

### CERTIFICATE OF SERVICE

I caused the foregoing document to be served, by ECF filing August 16, 2021, on the parties registered for ECF notices in this case.

/s/ William Fick

1