# Exhibit D

**Subject:** RE: eBay Imposter Twitter account
**Date:** Tuesday, August 6, 2019 at 2:13:31 PM Pacific Daylight Time
**From:** Huber, Marie
**To:** Wenig, Devin, Baugh, Jim
**CC:** Wymer, Steve
**Attachments:** image002.png



Thanks, Jim. In light of this, will hold off on sending any letter.

Marie

**From:** Wenig, Devin <devin@ebay.com>
**Sent:** Tuesday, August 6, 2019 2:06 PM
**To:** Baugh, Jim <jbaugh@ebay.com>
**Cc:** Wymer, Steve <swymer@ebay.com>; Huber, Marie <mhuber@ebay.com>
**Subject:** Re: eBay Imposter Twitter account

Hope everyone is enjoying the break (from me!)

**From:** Baugh, Jim <jbaugh@ebay.com>
**Sent:** Tuesday, August 6, 2019 5:04:54 PM
**To:** Wenig, Devin <devin@ebay.com>
**Cc:** Wymer, Steve <swymer@ebay.com>; Huber, Marie <mhuber@ebay.com>
**Subject:** Re: eBay Imposter Twitter account

Devin – my team has been investigating this individual for the past three weeks.

As Steve mentioned, it's tricky and this individual knows how to hide. However, we are making slow but steady progress in identifying him.

Once we have more information regarding his identity and location I'll work with Steve/Marie to determine the best course of action.

Jim Baugh
Sr. Director, Global Security and Resiliency
C 408.768.8717
ebay

**From:** "Wymer, Steve" <swymer@ebay.com>
**Date:** Tuesday, August 6, 2019 at 6:35 AM
**To:** "Wenig, Devin" <devin@ebay.com>, "Huber, Marie" <mhuber@ebay.com>, "Baugh, Jim" <jbaugh@ebay.com>
**Subject:** Re: eBay Imposter Twitter account

Oh man... I've spent some cycles on this.. and discussed with Jim.

It's more complex than you might think (and he harasses me too). He officially follows all of Twitter's policies to prevent being shut down - uses a similar, but actual version of our logo and clearly states in his bio description that he is "not an official eBay account."

Continuing to explore options (and legal has pursued this as well) but we've already been all over this one and unable to get it killed.

Will continue to try, but Twitter is a sea of garbage on these things...

---

**From:** Wenig, Devin <devin@ebay.com>
**Sent:** Tuesday, August 6, 2019 6:31:34 AM
**To:** Huber, Marie <mhuber@ebay.com>; Wymer, Steve <swymer@ebay.com>; Baugh, Jim <jbaugh@ebay.com>
**Subject:** Fwd: eBay Imposter Twitter account

First of all we should shut down the account. Second this user name keeps popping up causing all kinds of trouble. Might be worth some research Jim.