UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>  (1) JIM BAUGH and<br>  (2) DAVID HARVILLE,<br><br>Defendants | Crim. No. 1:20-cr-10263-PBS |

ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER
THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Seth B. Kosto, respectfully moves this Court to exclude the time period from September 14, 2021, the date of the motion hearing and status conference in this matter, through and including the date of the parties' appearance for an initial status conference before the District Court, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the best interests of the public and the defendant in a speedy trial.  In support of this request, the government states it produced substantial automatic discovery on or about December 21, 2020; counsel for both defendants in June 2021 made discovery requests relating to the automatic discovery; the government has responded to those requests; counsel for each defendant has filed motions to compel, which have been argued and are pending before the Court, and expect to file motions to suppress and/or dismiss on or about October 14, 2021, with the government responding by October 29, 2021. Thus, the time period from today's status conference to the parties' initial status conference before the District Court is a period of time that constitutes "the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                Respectfully submitted,

                NATHANIEL R. MENDELL
                Acting United States Attorney

        By: */s/ Seth B. Kosto*
              SETH B. KOSTO
              Assistant United States Attorney

September 15, 2021

<u>CERTIFICATE OF SERVICE</u>

 I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

             <u>/s/ *Seth B. Kosto*</u>
             SETH B. KOSTO
             Assistant United States Attorney

Dated: September 15, 2021