# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 20-10263-PBS

### UNITED STATES OF AMERICA

v.

### JIM BAUGH and DAVID HARVILLE

### FINAL STATUS REPORT

September 22, 2021

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1.  The Indictment in the above-entitled case, which charges defendant Jim Baugh with one count of conspiracy to commit stalking through interstate travel and facilities of interstate commerce, two counts of stalking through interstate travel, two counts of stalking through facilities of interstate commerce, two counts of witness trampering and two counts of fabrication and destruction of records in a federal investigation, also charging defendant David Harville with one count of conspiracy to commit stalking through interstate travel and facilities of interstate commerce, two counts of stalking through interstate travel, two counts of stalking through facilities of interstate commerce, one count of witness trampering and one count of fabrication

and destruction of records in a federal investigation, was returned on November 3, 2020;

    2.  The defendants were arraigned on the Indictment on November 19, 2020;

    3.  The defendants are not in custody;

    4.  At the arraignment, the government anticipated a trial lasting seven to eight days and estimated calling in excess of 20 witnesses;

    5.  It is undecided whether the case will be resolved by way of a guilty plea or by trial;

    6.  Discovery is complete;

    7.  The defendants intend to file a motion to suppress by October 29, 2021 and the government's reply brief will be due on or before October 29, 2021;

    8.  The parties agree to exclude the time from September 14, 2021 until the furst appearance before the district judge.

/s/ Marianne B. Bowler
United States Magistrate Judge