# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.                                             Criminal No. 20-CR-10263-PBS

JIM BAUGH, et al.,

      Defendants.

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of the undersigned attorney, Jack W. Pirozzolo, as counsel for proposed-Intervenor eBay Inc. in the above-captioned case.

Dated: September 30, 2021          _/s/ Jack W. Pirozzolo_
                                         Jack W. Pirozzolo (BBO #564879)
                                         SIDLEY AUSTIN LLP
                                         60 State St., 36th Floor
                                         Boston, MA 02109
                                         Telephone: (617) 223-0300
                                         Facsimile: (617) 223-0301
                                         jpirozzolo@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 30, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ *Jack W. Pirozzolo*</u>
Jack W. Pirozzolo