# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

      Defendants.

Criminal No. 20-CR-10263-PBS

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Kathryn L. Alessi, as counsel for proposed-Intervenor eBay Inc. in the above-captioned case.

Dated: September 30, 2021

/s/ *Kathryn L. Alessi*
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
kalessi@sidley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Kathryn L. Alessi*
Kathryn L. Alessi
