**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>      Defendants. | Criminal No. 20-CR-10263-PBS |

## **RULE 12.4 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Criminal Procedure 12.4, proposed-Intervenor eBay Inc., by and through its undersigned counsel, states that it does not have any parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: September 30, 2021

Respectfully submitted,

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
Facsimile: (617) 223-0301
jpirozzolo@sidley.com
kalessi@sidley.com

*Counsel for eBay Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo