UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> JIM BAUGH, et al., <br><br>     Defendants. | Criminal No. 20-CR-10263-PBS <br><br> ORAL ARGUMENT REQUESTED |

### MOTION FOR ADMISSION PRO HAC VICE
### OF ATTORNEY NATHAN J. ANDRISANI

I, Jonathan M. Albano, a member of the United States District Court for the District of Massachusetts and of the law firm Morgan, Lewis & Bockius LLP, counsel for proposed-Intervenor Morgan Lewis & Bockius LLP in the above-captioned case hereby move, pursuant to Local Rule 85.5.3, for the admission *pro hac vice* of Attorney Nathan J. Andrisani of Morgan, Lewis & Bockius LLP, as counsel for proposed-Intervenor Morgan Lewis & Bockius LLP.

In support of this motion, I attach the Declaration of Mr. Andrisani, identifying the courts in which he is a member in good standing, stating that there are no disciplinary proceedings or criminal charges pending against him, stating that he has not previously had a *pro hac vice* admission to this Court revoked for misconduct, and stating his familiarity with the Federal Rules of Criminal Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

Dated:  September 30, 2021                          Respectfully submitted,

/s/ *Jonathan M. Albano*
Jonathan M. Albano, BBO #013850
Emma Diamond Hall, BBO #687947
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Tel: 1.617.951.8360
jonathan.albano@morganlewis.com
emma.hall@morganlewis.com

*Counsel for Proposed Intervenor*

## CERTIFICATE OF SERVICE

I certify that on September 30, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jonathan M. Albano
Jonathan M. Albano

**LOCAL RULE 7.1 CERTIFICATE**

In accordance with Local Rule 7.1, the undersigned hereby certifies that I, Jonathan M. Albano, conferred with counsel for the parties in the above-entitled action and counsel for the parties represented that they do not oppose the foregoing request for admission *pro hac vice*.

*/s/ Jonathan M. Albano*
Jonathan M. Albano

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal No. 20-CR-10263-PBS |
| JIM BAUGH, et al., | ORAL ARGUMENT REQUESTED |
| Defendants. | |

## DECLARATION OF NATHAN J. ANDRISANI
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Nathan J. Andrisani, hereby apply to this Court for permission to appear and participate in the above-entitled action on behalf of proposed-Intervenor Morgan Lewis & Bockius LLP, and state as follows:

I am a partner with the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103. My telephone number is (215) 963-5362.

I am the Deputy General Counsel, Litigation for Morgan Lewis & Bockius LLP, and have been authorized to represent our firm and its interests in this matter.

I have been admitted to practice in, and am a member in good standing of, the bars of and the highest courts in the Commonwealth of Pennsylvania and State of New Jersey and I am a member in good standing of the following courts: U.S. Supreme Court, U.S. District Court for the Eastern District of Pennsylvania, U.S. District Court for the Middle District of Pennsylvania.

There are no disciplinary proceedings or criminal charges pending against me as a member of the bar of any jurisdiction where I am admitted to practice.

I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

I have read and agree to comply with the Federal Rules of Criminal Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2021        */s/ Nathan J. Andrisani*
                                 Nathan J. Andrisani