IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH, *et al.* | No. 20-cr-10263-PBS |

## NOTICE OF APPEARANCE

Undersigned counsel hereby appears on behalf of Defendant Jim Baugh.

> Respectfully submitted,
>
> */s/ Amy Barsky*
> AMY BARSKY, ESQ. (BBO #601111)
> FICK & MARX LLP
> 24 Federal Street, 4th Floor
> Boston, MA 02110
> (857) 321-8360
> *abarsky@fickmarx.com*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 30, 2021.

> */s/ Amy Barsky*