UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JIM BAUGH and<br>DAVID HARVILLE | Case No. 1:20-cr-10263-PBS |

**DEFENDANTS' JOINT ASSENTED-TO MOTION TO EXTEND
FILING DEADLINE FOR DISPOSITIVE MOTIONS**

NOW COME Defendants David Harville ("Harville") and Jim Baugh ("Baugh") (collectively herein, "Defendants") through their undersigned counsel in the above-captioned matter, and pursuant to Local Rule 7.1, respectfully move this Honorable Court to extend the filing deadline for dispositive motions.

Defendants jointly submit the following in support of the within motion:

1. The parties appeared before the Court (Saris, J.) remotely over the Zoom Conference platform on October 1, 2021 at which time the Court allowed Baugh's request to issue Fed. R. Crim. P. 17(c) subpoenas to eBay, Inc. and Morgan, Lewis & Bockius LLP and set a schedule for any motions to quash (Document No. 108). Baugh anticipates eBay, Inc. and Morgan, Lewis & Bockius LLP will file motions to quash the subpoenas, which are to be filed by October 29, 2021.

2. Harville is awaiting the Court's (Bowler, J.) ruling on *Defendant David Harville's Motion To Compel Government To Supplement Discovery And Request For Hearing* (Document No. 73).

3. Baugh is also awaiting the Court's (Bowler, J.) ruling on *Defendant Jim Baugh's*

1

*Motion to Compel Discovery* (Document No. 77).

4. Defendants respectfully request that the Court extend the deadline to **October 29, 2021**, for the filing non-evidentiary dispositive motions (e.g., motion to dismiss); and to extend the filing deadline to **November 30, 2021** for any dispositive motions seeking an evidentiary hearing (e.g., motion to suppress).

5. Defendants also respectfully request that the foregoing filing deadlines not preclude their filing of additional or amended dispositive motions (or motions to reconsider) related to evidence obtained through Harville's and Baugh's respective motions to compel discovery, or through the Fed. R. Crim. P. 17(c) subpoenas to eBay, Inc. and Morgan, Lewis & Bockius LLP.

6. The Government assents to the relief requested in this motion.

**WHEREFORE,** for the reasons set forth above, Defendants respectfully request that the Court grant this joint motion to extend the filing deadlines for dispositive motions as proposed herein.

Dated:  October 13, 2021          Respectfully submitted,

**DEFENDANT DAVID HARVILLE**

By his attorneys,

 /s/ *Daniel K. Gelb*
Daniel K. Gelb, Esquire
BBO# 659703
**GELB & GELB LLP**
900 Cummings Center, Suite 207-V
Beverly, Massachusetts 01915
Telephone (617) 345-0010
Facsimile (617) 345-0009
dgelb@gelbgelb.com

Jonathan D. McDougall, Esquire
**THE LAW OFFICE OF**
**JONATHAN D. MCDOUGALL**
1640 Laurel Street
San Carlos, CA 94070
Tel. (650) 594-4200
Fax (650) 594-4205
jmcdougall.law@gmail.com
*(appearing pro hac vice)*

Respectfully submitted,

**DEFENDANT JIM BAUGH**

By his attorneys,

 /s/ *William W. Fick*
William W. Fick, Esquire
BBO # 650562
Daniel N. Marx, Esquire
BBO# 674523
**FICK & MARX LLP**
24 Federal Street, 4th Floor
Boston, MA 02110
Tel. (857) 321-8360
wfick@fickmarx.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below that the foregoing documents filed through the ECF system will be served electronically to counsel registered as the participants identified on the Notice of Electronic Filing (NEF) for this matter.

Dated:   October 13, 2021                                /s/ *Daniel K. Gelb*
                                                          Daniel K. Gelb, Esquire