UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>    Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

**UNOPPOSED JOINT MOTION OF EBAY INC., MORGAN LEWIS, AND JIM BAUGH
TO MODIFY BRIEFING SCHEDULE**

NOW COME Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis") (together, "Intervenors") and Defendant Jim Baugh ("Baugh"), through their undersigned counsel, and respectfully move this Court to modify the schedule for briefing and hearing on Intervenors' motions to quash Baugh's Fed. R. Crim. P. 17(c) subpoenas to Intervenors, as set by this Court's October 1, 2021 Order (the "October 1 Order"), hereinafter referred to as the "Schedule".

As grounds for this motion, Intervenors and Baugh jointly state as follows:

1.  By the October 1 Order, this Court reversed the Magistrate Judge's order denying Baugh's Motion to Issue Fed. R. Crim. P. 17(c) pretrial subpoenas to Intervenors, subject to motion(s) to quash the subpoenas, and set the following deadlines/dates:

    •   October 29, 2021:  Deadline to file any motions to quash the Rule 17(c) subpoenas;

    •   November 19, 2021:  Deadline to file oppositions to any motions to quash; and

    •   December 9, 2021, 9:30 a.m.: Hearing on motions to quash.

*See* Dkts. 106, 108.  Baugh thereafter served Intervenors with the Rule 17(c) subpoenas on

October 1, 2021.

2.     Pursuant to this Court's directive at the October 1, 2021 hearing on this matter, counsel for the Intervenors and counsel for Baugh met and conferred regarding the subpoenas on October 7, 2021 and October 14, 2021, and counsel for eBay and counsel for Baugh further met and conferred regarding the subpoenas on October 18, 2021.

3.     Having met and conferred, the Intervenors and Baugh now agree that, by November 8, 2021 and without waiver by Intervenors of any objections or challenges to the 17(c) subpoenas, Intervenors will prepare and provide Baugh with logs reflecting documents that are potentially responsive to the Rule 17(c) subpoenas as issued but are subject to claims of privilege or other protection from disclosure.  The parties anticipate that the preparation and provision of privilege logs will potentially further narrow the areas of disagreement between the parties and will allow for more efficient briefing of and decision on the remaining issues.

4.     To allow time for the preparation of these privilege logs, subsequent conferences between the parties, and the submission of briefing on any areas that remain in dispute, the parties respectfully request that this Court modify the Schedule set forth in the October 1 Order, and enter a new scheduling order, as follows:

- December 8, 2021:  Deadline to file any motions to quash the Rule 17(c) subpoenas;
- December 29, 2021:  Deadline to file oppositions to any motions to quash; and
- the week of January 10-14, 2022 or the week of January 25-28, 2022, or another date that is convenient for the Court:  Hearing on motions to quash.

5.     Counsel for eBay has conferred with counsel for the government and counsel for Defendant David Harville regarding the relief requested herein.  Counsel for the government and

counsel for Harville indicated that they did not object to this motion.

WHEREFORE, eBay, Morgan Lewis, and Baugh respectfully request that the Court grant this joint motion to modify the Schedule, as proposed herein.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and to the extent it would aid the Court, the moving parties hereby request the opportunity to be heard on the relief requested herein.

Dated: October 21, 2021                                            Respectfully submitted,

| | |
|---|---|
| */s/ William W. Fick* <br> William W. Fick, Esquire <br> BBO # 650562 <br> Daniel N. Marx, Esquire <br> BBO# 674523 <br> FICK & MARX LLP <br> 24 Federal Street, 4th Floor <br> Boston, MA 02110 <br> Tel. (857) 321-8360 <br> wfick@fickmarx.com <br><br> *Counsel for Jim Baugh* | */s/ Jack W. Pirozzolo* <br> Jack W. Pirozzolo (BBO #564879) <br> Kathryn L. Alessi (BBO #651110) <br> SIDLEY AUSTIN LLP <br> 60 State St., 36th Floor <br> Boston, MA 02109 <br> Tel. (617) 223-0300 <br> jpirozzolo@sidley.com <br> kalessi@sidley.com <br><br> *Counsel for eBay Inc.* <br><br> */s/ Jonathan M. Albano* <br> Jonathan M. Albano (BBO #013850) <br> Emma D. Hall (BBO #687947) <br> jonathan.albano@morganlewis.com <br> emma.hall@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS, LLP <br> One Federal Street <br> Boston, MA  02110-1726 <br> Phone: 617-951-8000 <br> Fax:    617-951-8736 <br><br> Nathan J. Andrisani (*pro hac vice*) <br> nathan.andrisani@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS, LLP <br> 1701 Market Street <br> Philadelphia, PA 19103-2921 <br> Phone: 215-963-5362 <br> Fax: 215-963-5001 |

3

**LOCAL RULE 7.1(A)(2) CERTIFICATIONS**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), I have conferred with counsel for the government, who does not object to the relief requested in this motion. I further certify that I have conferred with counsel for David Harville, who does not object to the relief request in this motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo