UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>JIM BAUGH and<br>DAVID HARVILLE | Case No. 1:20-cr-10263-PBS |

**DEFENDANTS' JOINT ASSENTED-TO MOTION TO EXTEND
FILING DEADLINE FOR DISPOSITIVE MOTIONS**

NOW COME Defendants David Harville ("Harville") and Jim Baugh ("Baugh") (collectively herein, "Defendants") through their undersigned counsel in the above-captioned matter, and pursuant to Local Rule 7.1, respectfully move this Honorable Court to extend the filing deadline for dispositive motions.

Defendants jointly submit the following in support of the within motion:

1. The parties appeared before the Court (Saris, J.) remotely over the Zoom Conference platform on October 1, 2021 at which time the Court allowed Baugh's request to issue Fed. R. Crim. P. 17(c) subpoenas to eBay, Inc. and Morgan, Lewis & Bockius LLP and set a schedule for any motions to quash (Document No. 108). Baugh anticipates eBay, Inc. and Morgan, Lewis & Bockius LLP will file motions to quash the subpoenas, which are to be filed by October 29, 2021.

2. Harville is awaiting the Court's (Bowler, J.) ruling on *Defendant David Harville's Motion To Compel Government To Supplement Discovery And Request For Hearing* (Document No. 73).

3. Baugh is also awaiting the Court's (Bowler, J.) ruling on *Defendant Jim Baugh's*

1