IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    No.  20-cr-10263-PBS

JIM BAUGH, *et al.*

### DEFENDANT JIM BAUGH'S MOTION TO DISMISS COUNTS X, XI, XIII, AND XIV OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 12(b)(3), Defendant Jim Baugh moves to dismiss Counts X, XI, XIII, and XIV of the Indictment. D.E. #33.

Counts X, XI, and XIII should be dismissed as a matter of law, because the charged conduct, even if proven beyond a reasonable doubt at trial, would not constitute federal witness tampering in violation of 18 U.S.C. § 1512(b)(3) or obstruction of a federal investigation in violation of 18 U.S.C. § 1519.

In addition, Counts XI, XIII, and XIV should be dismissed for lack of venue, because the charged conduct, even if proven beyond a reasonable doubt at trial, did not occur in Massachusetts, so there is no venue in this District to prosecute those offenses.

Mr. Baugh requests a hearing on this motion.

Respectfully submitted,

**JIM BAUGH**

By his attorneys,

/s/ Daniel N. Marx
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA  02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

Dated: October 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 29, 2021.

/s/ Daniel N. Marx