## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>            Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

### UNOPPOSED JOINT MOTION AS TO AGREED UPON ORDER OF CONFIDENTIALITY CONCERNING PRIVILEGE LOGS OF INTERVENORS EBAY INC. AND MORGAN LEWIS & BOCKIUS LLP

NOW COME Defendant Jim Baugh ("Defendant") and Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis," and together with eBay and Defendant, "Movants"), through their undersigned counsel, and respectfully move this Court to enter the attached [Proposed] Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan Lewis & Bockius LLP (the "Order") in connection with the privilege log(s) to be provided by Intervenors to Defendant in connection with this matter.  As grounds for the motion, Movants state as follows:

1.     eBay and Morgan Lewis anticipate providing Defendant with logs reflecting documents that are potentially responsive to Defendant's Rule 17(c) subpoenas as issued but are subject to claims of privilege or other protection from disclosure, without waiver by Intervenors of any objections or challenges to the Rule 17(c) subpoenas.

2.     Intervenors contend that the privilege logs contain sensitive personal information or information that is trade secret, commercially sensitive and/or highly confidential and that would in the ordinary course by treated as confidential and not disclosed to third parties.  The proposed Order will afford Defendant access to the privilege logs in a manner that protects this

sensitive information, while allowing Movants to potentially narrow the areas of disagreement between Movants and allow for more efficient briefing of and decision on the remaining issues.

3. Counsel for eBay has conferred with counsel for the government and counsel for Defendant David Harville regarding the relief requested herein. Counsel for the government and counsel for Harville indicated that they did not object to the relief sought in this motion.

WHEREFORE, eBay, Morgan Lewis, and Defendant respectfully request that the Court grant this joint motion to enter the attached [Proposed] Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan Lewis & Bockius LLP.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and to the extent it would aid the Court, Movants hereby request the opportunity to be heard on the relief requested herein.

Dated: November 5, 2021                    Respectfully submitted,

*/s/ William W. Fick*                      */s/ Jack W. Pirozzolo*
William W. Fick, Esquire                   Jack W. Pirozzolo (BBO #564879)
BBO # 650562                               Kathryn L. Alessi (BBO #651110)
Daniel N. Marx, Esquire                    SIDLEY AUSTIN LLP
BBO# 674523                                60 State St., 36th Floor
FICK & MARX LLP                            Boston, MA 02109
24 Federal Street, 4th Floor               Tel. (617) 223-0300
Boston, MA 02110                           jpirozzolo@sidley.com
Tel. (857) 321-8360                        kalessi@sidley.com
wfick@fickmarx.com

*Counsel for Jim Baugh*                    *Counsel for eBay Inc.*


                                           */s/ Jonathan M. Albano*
                                           Jonathan M. Albano (BBO #013850)
                                           Emma D. Hall (BBO #687947)
                                           jonathan.albano@morganlewis.com
                                           emma.hall@morganlewis.com
                                           MORGAN, LEWIS & BOCKIUS, LLP
                                           One Federal Street
                                           Boston, MA  02110-1726

Phone: 617-951-8000
Fax:    617-951-8736

Nathan J. Andrisani (*pro hac vice*)
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

## CERTIFICATION PURSUANT TO L.R. 7.1(A)(2)

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for the government, who does not object to the relief requested in this motion.  I further certify that I have conferred with counsel for David Harville, who does not object to the relief requested in this motion.

Dated: November 5, 2021                                    */s/ Jack W. Pirozzolo*
                                                           Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 5, 2021                                    */s/ Jack W. Pirozzolo*
                                                           Jack W. Pirozzolo