UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>      Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

**UNOPPOSED JOINT MOTION OF EBAY INC. AND MORGAN LEWIS
TO MODIFY BRIEFING SCHEDULE AND FOR LEAVE TO FILE REPLY BRIEFS**

Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis") (together, "Intervenors") hereby request that the Court modify the schedule for briefing on Intervenors' motions to quash Defendant Jim Baugh's ("Baugh's") Fed. R. Crim. P. 17(c) subpoenas to Intervenors, as set by this Court's October 27, 2021 Order (the "October 27 Order"), hereinafter referred to as the "Schedule."  Intervenors also request that the Court grant them leave to file reply briefs as part of the requested new briefing schedule. As grounds for this motion, Intervenors state as follows:

1.   In its October 27 Order, this Court granted the Joint Motion to Modify the Briefing Schedule filed by eBay, Morgan Lewis, and Baugh, (Dkt. 111) and set the following deadlines:

- December 8, 2021:  Deadline to file any motions to quash the Rule 17(c) subpoenas; and

- December 29, 2021:  Deadline to file oppositions to any motions to quash.

*See* Dkt. 113.  In a subsequent electronic notice, the Court rescheduled the hearing on

Intervenors' motions to quash for January 27, 2021.  Dkt. 121.  The reason for the change in schedule was to permit the parties to continue their meet and confer process with the benefit of privilege logs that eBay and Morgan Lewis supplied to Baugh.

2. In accordance with the October 27 Order, Intervenors produced to Baugh initial privilege logs on November 8, 2021.  eBay produced to Baugh a supplemental privilege log on November 15, 2021.  Counsel for Intervenors and counsel for Baugh further conferred regarding the subpoenas on November 18, 2021 and November 24, 2021. A few issues remain outstanding following the November 24, 2021 conference.   Counsel for Baugh expects to have a further response to Intervenors by today (December 3, 2021).

3. Through the meet and confer process, the Intervenors and Baugh have made substantial progress towards an agreement on certain of the subpoenas' requests and a narrowing of the areas of disagreement with regard to other requests.  Although the parties believe that they will complete the process soon, the process is still ongoing.  Because it is still not clear what issues will remain for the parties to bring to the Court's attention, it will be far more efficient for both the parties and the Court to extend the period of time for the Intervenors to file their motions to quash by nine days, to and including December 17, 2021.

4. Accordingly, Intervenors respectfully request that this Court modify the Schedule, and enter a new scheduling order, as follows:

- December 17, 2021:  Deadline to file any motions to quash the Rule 17(c) subpoenas; and

- January 6, 2022:  Deadline to file oppositions to any motions to quash.

5. Intervenors further anticipate that a reply brief will assist the Court in deciding the

motions to quash, particularly in light of the complex privilege issues raised by the subpoenas. Accordingly, Intervenors seek leave to file reply briefs of not more than 15 pages, and no later than January 18, 2022 in response to Baugh's anticipated opposition to the motions to quash.

6.      Intervenors do not expect that this modified schedule and the granting of the requested reply should affect the January 27, 2022 hearing date for motions to quash as set by the Court.  *See* Dkt. 121.

7.      Counsel for eBay has conferred with counsel for Baugh, counsel for the government, and counsel for Harville regarding the relief requested herein, and none oppose this motion.

WHEREFORE, eBay and Morgan Lewis respectfully request that the Court grant this joint motion to (a) modify the Schedule, and (b) for leave to file reply briefs, as proposed herein.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and to the extent it would aid the Court, Intervenors hereby request the opportunity to be heard on the relief requested herein.

Dated: December 3, 2021                     Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

*Counsel for eBay Inc.*

*/s/ Jonathan M. Albano*
Jonathan M. Albano (BBO #013850)
Emma D. Hall (BBO #687947)

jonathan.albano@morganlewis.com
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
One Federal Street
Boston, MA  02110-1726
Phone: 617-951-8000
Fax:     617-951-8736

Nathan J. Andrisani (*pro hac vice)*
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

**LOCAL RULE 7.1(A)(2) CERTIFICATIONS**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), I have conferred with counsel for Baugh, Harville, and the government. None oppose this motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo