12/6/21 - allowed. /s/ Patti B. Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

**UNOPPOSED JOINT MOTION OF EBAY INC. AND MORGAN LEWIS
TO MODIFY BRIEFING SCHEDULE AND FOR LEAVE TO FILE REPLY BRIEFS**

Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis") (together, "Intervenors") hereby request that the Court modify the schedule for briefing on Intervenors' motions to quash Defendant Jim Baugh's ("Baugh's") Fed. R. Crim. P. 17(c) subpoenas to Intervenors, as set by this Court's October 27, 2021 Order (the "October 27 Order"), hereinafter referred to as the "Schedule." Intervenors also request that the Court grant them leave to file reply briefs as part of the requested new briefing schedule. As grounds for this motion, Intervenors state as follows:

1. In its October 27 Order, this Court granted the Joint Motion to Modify the Briefing Schedule filed by eBay, Morgan Lewis, and Baugh, (Dkt. 111) and set the following deadlines:

- December 8, 2021: Deadline to file any motions to quash the Rule 17(c) subpoenas; and

- December 29, 2021: Deadline to file oppositions to any motions to quash.

*See* Dkt. 113. In a subsequent electronic notice, the Court rescheduled the hearing on

