UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>       Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

**UNOPPOSED JOINT MOTION OF INTERVENORS EBAY INC. AND
MORGAN, LEWIS & BOCKIUS LLP TO FILE FIVE EXHIBITS UNDER SEAL**

Intervenors eBay Inc. ("eBay") and Morgan, Lewis & Bockius LLP ("Morgan Lewis") (collectively "Intervenors") respectfully move, unopposed and pursuant to Local Rule 7.2, for leave to file under seal five exhibits submitted in support of Intervenors' forthcoming motions to quash (partially) the Rule 17(c) subpoenas issued to eBay and Morgan Lewis. The five exhibits are privilege logs that Intervenors have provided to the defendants and the government pursuant to the confidentiality and protective order this Court entered in this matter on November 9, 2021 (Dkt. 120). As grounds for this motion, Intervenors state as follows:

      1.      On December 17, 2021, Intervenors will be filing motions to quash (partially) the Fed. R. Crim. P. 17(c) subpoenas issued to them by Defendant Jim Baugh ("Baugh"). In support of the motions, Intervenors intend to file a document declaration, which, *inter alia*, attaches as exhibits five privilege logs, three created by eBay and two created by Morgan Lewis, produced to Baugh as part of the parties' meet and confer process (all five logs are collectively referred to in this motion as the "Privilege Logs"). The Privilege Logs are protected from public disclosure by the court's Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan Lewis & Bockius LLP (the "Confidentiality Order"), which this Court entered on November 9, 2021. *See* Dkt. 120.

2.      As set forth in the accompanying Declaration of Allison Marrazzo Furnanz ("Furnanz Decl."), in-house counsel for eBay, the Privilege Logs contain highly sensitive and confidential information, including information regarding the manner in which eBay conducts confidential internal investigations into alleged employee wrongdoing and other legal issues. Furnanz Decl. ¶¶ 2, 4.  The Privilege Logs also include subject lines and file names that disclose information related to commercially sensitive, confidential matters, including various employment matters.  *Id.* ¶ 4.  The Privilege Logs also include sensitive personal information, including non-public email addresses of certain individuals whose communications are logged and information related to various employment matters.  *Id.*

3.      The public disclosure of such information would (a) harm eBay's ability to conduct future investigations, (b) harm eBay's future legal and business operations, and (c) forever publicly disclose the non-public email addresses and other sensitive personal information of various individuals.  *Id.* ¶ 5.

4.      Courts regularly grant motions to seal privilege logs in circumstances similar to these.  *See Connor v. Quora, Inc.*, No. 18-CV-07597-BLF, 2020 WL 6700473, at *2 (N.D. Cal. Nov. 13, 2020) (granting motion to seal portions of privilege log where log "reflects how [the company] pursued its internal investigation of the data breach at the direction of counsel and contains non-public personal information of dozens of individuals associated with the investigation . . . [which] could be used by a bad actor to harm [the company] by revealing how it conducted its investigation."); *Sweet v. City of Mesa*, No. CV-17-00152-PHX-GMS, 2021 WL 4593079, at *2 (D. Ariz. Oct. 6, 2021) ("Given the confidential nature of the information contained within the privilege log, good cause exists to seal . . ."); *In re Fin. Oversight & Mgmt. Bd. for Puerto Rico*, 392 F. Supp. 3d 244, 251 n.5 (D.P.R. 2019) ("Because the April 29 Log and

the May 1 Log contain personal email addresses for senders and recipients . . . Judge Dein granted the [motion to seal], thereby permitting the Oversight Board to file partially redacted versions of its privilege logs on the public docket and unredacted versions of the logs under seal.").

5.      In addition, Intervenors' forthcoming motions are in the nature of discovery motions.  The public does not have a presumptive right of access to information submitted in conjunction with a discovery matter.  *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 13 (1st Cir. 1986) ("Materials submitted to a court for its consideration of a discovery motion are actually one step further removed in public concern from the trial process than the discovery materials themselves, materials that the Supreme Court has said are not subject to the public's right of access.").

6.      Counsel for the defendants and for the government do not object to this motion.

WHEREFORE, Intervenors respectfully request that the Court allow this motion and permit Intervenors to file under seal the Privilege Logs to be attached to a forthcoming declaration.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and to the extent it would aid the Court, Intervenors hereby request the opportunity to be heard on the relief requested herein.

Dated: December 16, 2021                    Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com
*Counsel for eBay Inc.*

/s/ Jonathan M. Albano
Jonathan M. Albano (BBO #013850)
Emma D. Hall (BBO #687947)
jonathan.albano@morganlewis.com
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
One Federal Street
Boston, MA  02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

Nathan J. Andrisani (*pro hac vice*)
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

5

## LOCAL RULE 7.1(A)(2) CERTIFICATIONS

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), I have conferred with counsel for Baugh, the government, and counsel for Harville regarding the relief requested herein, who all indicated that they do not object to this motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo