UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>　　　　Defendants. | Criminal No. 20-CR-10263-PBS |

**DECLARATION OF ALLISON MARRAZZO FURNANZ, ESQ. IN SUPPORT OF UNOPPOSED JOINT MOTION OF INTERVENORS EBAY INC. AND MORGAN, LEWIS & BOCKIUS LLP TO FILE FIVE EXHIBITS UNDER SEAL**

I, Allison Marrazzo Furnanz, hereby depose and say as follows:

1. I submit this declaration in support of the Unopposed Joint Motion of Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis") to File Five Exhibits Under Seal in the above-captioned matter. Unless otherwise noted, the statements set forth herein are based on my own personal knowledge. They are also true to the best of my knowledge, information and belief as of the date I signed this declaration.

2. I am employed by eBay as an attorney within eBay's legal department.

3. In support of eBay's and Morgan Lewis's forthcoming motions to quash (partially) the Fed. R. Crim. P. 17(c) subpoenas issued by Defendant Jim Baugh ("Baugh"), I understand that eBay intends to file a document declaration, which, *inter alia*, attaches as exhibits five privilege logs, three created by eBay and two created by Morgan Lewis, produced to Baugh as part of the parties' meet and confer process (all five logs are collectively referred to in this motion as "Privilege Logs"), and pursuant to the confidentiality and protective order the Court entered in this matter on November 9, 2021. (Dkt. 120.)

4. The Privilege Logs contain highly sensitive and confidential information,

including information regarding the manner in which eBay conducts confidential internal investigations into alleged employee wrongdoing and other legal issues. The Privilege Logs also include subject lines and file names that disclose information related to commercially sensitive, confidential matters, including various employment matters. The Privilege Logs also include sensitive personal information, including non-public email addresses of certain individuals whose communications are logged and information related to various employment matters.

5. The public disclosure of such information would (a) harm eBay's ability to conduct future investigations, (b) harm eBay's future legal and business operations, and (c) forever publicly disclose the non-public email addresses and other sensitive personal information of various individuals.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: December 16, 2021

*/s/ Allison Marrazzo Furnanz*
Allison Marrazzo Furnanz, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Jack W. Pirozzolo*
Jack. W. Pirozzolo