UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal No. 20-CR-10263-PBS |
| JIM BAUGH, et al., | HEARING SCHEDULED FOR: January 28, 2022 |
| Defendants. | |

## INTERVENOR EBAY INC.'S MOTION TO QUASH RULE 17(c) SUBPOENAS ISSUED TO EBAY INC. AND MORGAN, LEWIS & BOCKIUS LLP

Intervenor eBay Inc. hereby moves to partially quash the subpoenas issued to eBay and its outside counsel, Morgan, Lewis & Bockius LLP ("Morgan Lewis"), by Defendant Jim Baugh pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. Specifically, eBay seeks to quash Requests 1, 2, 4, and 6 of the subpoena issued to eBay, and Requests 1, 2, and 4 of the subpoena issued to Morgan Lewis. As grounds for this motion, eBay states as follows:

1. The documents Baugh seeks in the subpoenas consist predominantly of materials that are protected from disclosure under both the attorney-client privilege and work product doctrine. Contrary to Baugh's position, eBay has not waived privilege or work product protection over these documents, and Supreme Court precedent forecloses Baugh's argument that his constitutional trial rights supersede eBay's privilege rights.

2. Baugh has failed to demonstrate that the subpoenas seek specific, relevant, and admissible documents under *United States v. Nixon*, 418 U.S. 683 (1974), and its progeny.

3. In further support of this motion, eBay references and fully incorporates herein its accompanying memorandum of law, the Declaration of Andrew C. Phelan, Esq., and the Declaration of Jack. W. Pirozzolo, Esq., including attached exhibits, submitted herewith.

WHEREFORE, eBay respectfully requests that the Court grant its motion to quash Requests 1, 2, 4, and 6 of the subpoena issued to eBay, and Requests 1, 2, and 4 of the subpoena issued to Morgan Lewis.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), eBay respectfully requests oral argument in connection with this motion to quash. The motion raises significant questions about Defendant Jim Baugh's entitlement to the subpoenaed documents. Oral argument will allow the parties to address these questions fully and to respond to any questions the Court may have.

Dated: December 17, 2021                    Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com
*Counsel for eBay Inc.*

## **CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for Baugh and have attempted in good faith to resolve or narrow the issues subject to this Motion. Baugh's counsel stated that he opposes this motion.

Dated: December 17, 2021                    */s/ Jack W. Pirozzolo*
                                            Jack W. Pirozzolo

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo
