**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-CR-10263-PBS |
| vs. | HEARING SCHEDULED FOR: January 28, 2022 |
| JIM BAUGH, et al., | |
| Defendants. | Leave to File Certain Exhibits under Seal Granted: December 17, 2021 |

**DECLARATION OF JACK W PIROZZOLO, ESQ.**

I, Jack W. Pirozzolo, hereby depose and say as follows:

1.  I submit this declaration in support of the motions of eBay Inc. ("eBay") and Morgan, Lewis & Bockius LLP ("Morgan Lewis") to partially quash the Rule 17(c) Subpoenas served on them by defendant Jim Baugh ("Baugh" or "Defendant") in the above-captioned matter. Unless otherwise noted, the statements set forth herein are based on my own personal knowledge. They are also true to the best of my knowledge, information and belief as of the date I signed this declaration.

2.  I am a partner with the law firm of Sidley Austin LLP, counsel of record for eBay Inc. ("eBay") in the above-captioned matter.

3.  Attached hereto as Exhibit 1 is a true and accurate copy of a subpoena issued to eBay on October 1, 2021.

4.  Attached hereto as Exhibit 2 is a true and accurate copy of a subpoena issued to Morgan Lewis on October 1, 2021.

5.  Attached hereto as Exhibit 3 is a true and accurate copy of email correspondence between counsel for eBay and counsel for Baugh dated October 1, 2021 through October 28, 2021.

6. Attached hereto as Exhibit 4 is a true and accurate copy of email correspondence between counsel for eBay and counsel for Baugh dated November 22, 2021 through December 8, 2021.

7. Attached hereto as Exhibit 5 is a true and accurate copy of correspondence from counsel for eBay to counsel for Baugh dated November 22, 2021, excluding its enclosures.

8. Attached hereto as Exhibit 6 is a true and accurate copy of correspondence from counsel for eBay to counsel for Baugh dated November 8, 2021, which enclosed eBay's Initial Privilege Log.

9. Attached hereto as Exhibit 7 is a true and accurate copy of eBay's Initial Privilege Log that eBay produced to Baugh on November 8, 2021.  (eBay Initial Privilege Log filed under seal.)

10. Attached hereto as Exhibit 8 is a true and accurate copy of correspondence from counsel for eBay to counsel for Baugh dated November 15, 2021, which enclosed a Supplemental Privilege Log.

11. Attached hereto as Exhibit 9 is a true and accurate copy of eBay's Supplemental Privilege Log that eBay produced to Baugh on November 15, 2021.  (eBay Supplemental Privilege Log filed under seal.)

12. Attached hereto as Exhibit 10 is a true and accurate copy of correspondence from counsel for Morgan Lewis to counsel for Baugh dated November 8, 2021, which enclosed Morgan Lewis's Initial Privilege Log.

13. Attached hereto as Exhibit 11 is a true and accurate copy of Morgan Lewis's Initial Privilege Log that Morgan Lewis produced to Baugh on November 8, 2021.  (Morgan Lewis Initial Privilege Log filed under seal.)

14. Attached hereto as Exhibit 12 is a true and accurate copy of the Securities and Exchange Commission ("SEC") Form 13F-HR for Elliott Management Corp., for the reporting period March 31, 2019, and retrieved from the SEC's website on December 15, 2021 via the following link: https://sec.report/Document/0001567619-19-011273/.

15. Attached hereto as Exhibit 13 is a true and accurate copy of the SEC Form 13F-HR for Elliott Management Corp., for the reporting period June 30, 2019, and retrieved from the SEC's website on December 15, 2021 via the following link: https://sec.report/Document/0001567619-19-016981/.

16. Attached hereto as Exhibit 14 is a true and accurate copy of the SEC Form 13F-HR for Elliott Management Corp., for the reporting period September 30, 2019, and retrieved from the SEC's website on December 16, 2021 via the following link: https://sec.report/Document/0001567619-19-021581/.

17. Attached hereto as Exhibit 15 is a true and accurate copy of relevant excerpts of the SEC Form DEF 14A for eBay, published on April 19, 2019, and retrieved from the SEC's website on December 17, 2021 via the following link: https://sec.report/Document/1065088/000119312519112236/d661199ddef14a.htm.

18. Attached hereto as Exhibit 16 is a true and accurate copy of the SEC Form 8-K for eBay, published on September 25, 2019, and retrieved from the SEC's website on December 15, 2021 via the following link: https://sec.report/Document/0001193125-19-254832/.

19. Attached hereto as Exhibit 17 is a true and accurate copy of email correspondence from counsel for eBay to counsel for Baugh dated December 15, 2021.

20. Attached hereto as Exhibit 18 is a true and accurate copy of correspondence from counsel for eBay to counsel for Baugh dated December 16, 2021, which enclosed eBay's Second

Supplemental Privilege Log.

21. Attached hereto as Exhibit 19 is a true and accurate copy of eBay's Second Supplemental Privilege Log that eBay produced to Baugh on December 16, 2021.  (eBay Second Supplemental Privilege Log filed under seal.)

22. Attached hereto as Exhibit 20 is a true and accurate copy of correspondence from counsel for Morgan Lewis to counsel for Baugh dated December 16, 2021, which enclosed Morgan Lewis's Supplemental Privilege Log.

23. Attached hereto as Exhibit 21 is a true and accurate copy of Morgan Lewis's Supplemental Privilege Log that Morgan Lewis produced to Baugh on December 16, 2021. (Morgan Lewis Supplemental Privilege Log filed under seal.)

I declare, under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed, December 17, 2021, in the Commonwealth of Massachusetts, United States of America.

                                             */s/ Jack W. Pirozzolo*_____
                                             Jack W. Pirozzolo, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, this document and those exhibits not under seal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.  A copy of this document, including the exhibits filed under seal, is being filed with the Court and will also be sent to all parties in this case via U.S. Mail.

>*/s/ Jack W. Pirozzolo*
>Jack. W. Pirozzolo