# EXHIBIT 3

| | |
|---|---|
| **From:** | William Fick |
| **To:** | Pirozzolo, Jack; Andrisani, Nathan J.; Alessi, Kathryn L.; Hall, Emma Diamond |
| **Cc:** | Daniel Marx; Domina, Drew A.; Nonaka, Scott |
| **Subject:** | RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas |
| **Date:** | Thursday, October 28, 2021 4:52:21 PM |
| **Attachments:** | image001.png |



Thanks, Jack.

With regard to Jesse Cohn and Elliot Management, we are looking for communications that suggest either was viewed as a physical or corporate security or reputational threat to eBay and/or its then executives.  Among other things, we are interested in concerns that they may have engaged in eavesdropping/surveillance and efforts to detect any such eavesdropping/surveillance.

Depending on the volume of emails at issue it may be easier simply to read them rather than trying to identify keywords, although we are happy to consider proposals if reading would be untenable.

Bill

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, October 27, 2021 5:09 PM
**To:** William Fick <wfick@fickmarx.com>; Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>; Alessi, Kathryn L. <kalessi@sidley.com>; Hall, Emma Diamond <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>; Domina, Drew A. <ddomina@sidley.com>; Nonaka, Scott <snonaka@sidley.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Bill and Dan:

As we discussed during our last meet and confer, we would like further clarity around the documents that you are seeking in Subpoena Request No. 6.  As agreed, eBay is searching communications from 2019 only that are FROM one of the individuals listed in the subpoena and are TO/CC/BCC any other individual listed in Request No. 6.  Further, to gather a universe of potentially responsive documents from this population that eBay will then review for responsiveness and privilege/protection, eBay plans to use the following search terms:

1. Ecommercebytes
2. "Ecommerce bytes"
3. Ina
4. Steiner*
5. @fidomaster*
6. "Fido Master"
7. fido*
8. @unsuckeBay

9. Unsuck*
10. Natick
11. Lewis (to be applied for the period August 20, 2019 – December 31, 2019)

With respect to communications concerning Jesse Cohn and Elliott Management, as discussed, it would be helpful if you could suggest search terms or topics that you are interested in that we can combine with the terms listed below to help eliminate unresponsive documents:

- Elliot*
- Eliot*
- Cohn
- Jesse

Please let us know what you suggest should be combined with these terms.

Regards,

**JACK W. PIROZZOLO**


**SIDLEY AUSTIN LLP**
+1 617 223 0304
jpirozzolo@sidley.com

---

**From:** William Fick <wfick@fickmarx.com>
**Sent:** Wednesday, October 13, 2021 4:03 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>; Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>; Alessi, Kathryn L. <kalessi@sidley.com>; Hall, Emma Diamond <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>; Domina, Drew A. <ddomina@sidley.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Jack,

In the previous call  you had asked us whether the government had produced to us everything it received from ML/eBay.  The government's representations about that are in two production letters filed on the public docket and attached here. It would appear, at a minimum, that the government may have withheld materials received that would qualify as Jencks.

Bill

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Tuesday, October 5, 2021 4:52 PM
**To:** Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>; William Fick <wfick@fickmarx.com>; Alessi, Kathryn L. <kalessi@sidley.com>; Hall, Emma Diamond

<emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>; Domina, Drew A. <ddomina@sidley.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Ok. We will circulate a call-in.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>
**Date:** Tuesday, Oct 05, 2021, 4:31 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, William Fick <wfick@fickmarx.com>, Alessi, Kathryn L.
<kalessi@sidley.com>, Hall, Emma Diamond <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Yes.  Works for me too.  Thanks.  Be well.

Have a great day.

Nate

**Nathan J. Andrisani**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5362 | Main: +1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.610.996.6585
nathan.andrisani@morganlewis.com | www.morganlewis.com
Assistant: Donna M. Gappa | +1.215.963.4858 | donna.gappa@morganlewis.com

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Tuesday, October 5, 2021 4:28 PM
**To:** William Fick <wfick@fickmarx.com>; Alessi, Kathryn L. <kalessi@sidley.com>; Andrisani,
Nathan J. <nathan.andrisani@morganlewis.com>; Hall, Emma Diamond
<emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

[EXTERNAL EMAIL]
Works for me.

**JACK W. PIROZZOLO**


**SIDLEY AUSTIN LLP**
+1 617 223 0304

jpirozzolo@sidley.com

**From:** William Fick <wfick@fickmarx.com>
**Sent:** Tuesday, October 5, 2021 4:27 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>; Alessi, Kathryn L. <kalessi@sidley.com>;
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>;
emma.hall@morganlewis.com
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

What time did you have in mind? Shall we say 10:30?

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Tuesday, October 5, 2021 2:24 PM
**To:** William Fick <wfick@fickmarx.com>; Alessi, Kathryn L. <kalessi@sidley.com>;
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>;
emma.hall@morganlewis.com
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

I think so.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** William Fick <wfick@fickmarx.com>
**Date:** Tuesday, Oct 05, 2021, 2:23 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Alessi, Kathryn L. <kalessi@sidley.com>,
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>,
emma.hall@morganlewis.com <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Jack,

Yes, Thursday morning should work.  Would this be a discussion of both the eBay
and ML subpoenas?

Bill

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Tuesday, October 5, 2021 7:20 AM
**To:** William Fick <wfick@fickmarx.com>; Alessi, Kathryn L. <kalessi@sidley.com>;
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>;

emma.hall@morganlewis.com
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Bill:

Can you do Thursday morning for a meet and confer call?

-Jack

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** William Fick <wfick@fickmarx.com>
**Date:** Friday, Oct 01, 2021, 3:18 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Alessi, Kathryn L. <kalessi@sidley.com>,
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>,
emma.hall@morganlewis.com <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Thanks Jack. Have a nice weekend.

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Friday, October 1, 2021 3:17 PM
**To:** William Fick <wfick@fickmarx.com>; Alessi, Kathryn L. <kalessi@sidley.com>;
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>;
emma.hall@morganlewis.com
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** RE: US v Baugh -20-cr-10263-PBS (2) Subpoenas

We will accept on behalf of eBay.  We will circle back in some times for a meet and
confer.

-Jack

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** William Fick <wfick@fickmarx.com>
**Date:** Friday, Oct 01, 2021, 12:17 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Alessi, Kathryn L. <kalessi@sidley.com>,
Andrisani, Nathan J. <nathan.andrisani@morganlewis.com>,

emma.hall@morganlewis.com <emma.hall@morganlewis.com>
**Cc:** Daniel Marx <dmarx@fickmarx.com>
**Subject:** FW: US v Baugh -20-cr-10263-PBS (2) Subpoenas

Counsel,

Attached are the subpoenas authorized by the Court.  I assume you will accept
service on behalf of eBay and Morgan Lewis, respectively.  Please let me know if
that's not the case.

Happy to begin the "meet and confer" process at your convenience.

Bill


--------------------------------
William W. Fick
FICK & MARX LLP
24 Federal Street, 4th Fl.
Boston, MA 02110
Tel:  857-321-8360
Fax:  857-321-8361
www.fickmarx.com

**************************************************************
**********************************
This e-mail is sent by a law firm and may contain information that is privileged
or confidential.
If you are not the intended recipient, please delete the e-mail and any
attachments and notify us
immediately.

**************************************************************
**********************************

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.