# EXHIBIT 4

| | |
|---|---|
| **From:** | William Fick |
| **To:** | Pirozzolo, Jack; Daniel Marx |
| **Cc:** | Alessi, Kathryn L.; Nonaka, Scott; Domina, Drew A.; Feith, Daniel J.; Kosto, Seth (USAMA) |
| **Subject:** | RE: US v. Baugh, 20-cr-10263 |
| **Date:** | Wednesday, December 8, 2021 8:53:07 AM |
| **Attachments:** | image001.png |



Jack,

On reflection, I think we are in basically the same place as we were when we last spoke.

For #2, we don't agree that production of non privileged board minutes would suffice.

For #4, we do not agree to limit the scope to charged individuals.

For #6, we remain open to suggestions but are having difficultly discerning practical standards to limit the scope.  For example, with regard to Elliott/Cohn, we don't necessarily need everything but would want anything that indicates they were viewed as a threat and/or suspected to be tied in some way to Ecommerce bytes, Fidomaster, etc.

Bill

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Tuesday, December 7, 2021 3:48 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>; Kosto, Seth (USAMA) <Seth.Kosto@usdoj.gov>
**Subject:** RE: US v. Baugh, 20-cr-10263

Bill:

Circling back on this.  Where are you on the requests?  We need to know what issues are out there so we can prepare the motion, if any.

Thanks.

**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
+1 617 223 0304
jpirozzolo@sidley.com
www.sidley.com

# SIDLEY

**From:** William Fick <wfick@fickmarx.com>
**Date:** Thursday, Dec 02, 2021, 12:11 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>, Nonaka, Scott <snonaka@sidley.com>, Domina, Drew A. <ddomina@sidley.com>, Feith, Daniel J. <dfeith@sidley.com>, Kosto, Seth (USAMA) <Seth.Kosto@usdoj.gov>
**Subject:** RE: US v. Baugh, 20-cr-10263

Jack,

We assent to the motion for additional time. Will get back to you asap today on where we land with the various requests.

Bill

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, December 1, 2021 2:24 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>; Kosto, Seth (USAMA) <Seth.Kosto@usdoj.gov>
**Subject:** RE: US v. Baugh, 20-cr-10263

Bill/Dan:

I am following up on the below. Because at this point we are not sure what the precise areas of dispute are, we intend to ask to court for an additional 7 days to file the motion to quash. Please let me know if you object to an additional 7 days extension.

Regards,
**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
+1 617 223 0304
jpirozzolo@sidley.com

> **From:** Pirozzolo, Jack
> **Sent:** Tuesday, November 30, 2021 10:58 AM
> **To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
> **Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina,

Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>; Kosto, Seth (USAMA) <Seth.Kosto@usdoj.gov>
**Subject:** RE: US v. Baugh, 20-cr-10263

Bill/Dan:

I hope you had a nice holiday weekend.  I am circling back on our call last week.  I believe you were going to get back to us on a number of issues, including the following:

Request 2:  You were going to let us know if our offer to produce non-privileged Board minutes was acceptable.
Request 4:  You were going to get back to us on the scope of production of additional interview notes for individuals other than your client (which is addressed in Request 3).
Request 6:  You were going to get back to us on categories we might be able to carve out.

Given that our Motion to Quash is due next week, we would like to have clarity on the scope of any ongoing disputes in the next day or so.

Also, the government, cc'd here, has agreed to segregate and remove from its files the single document we asked to clawback several weeks ago.  I believe you previously said that you wanted to know the government's position before taking our own position on this issue.  Please let us know your position on that document because if we cannot reach agreement we will also be filing a motion for return of the document.

Regards,
**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
+1 617 223 0304
jpirozzolo@sidley.com

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, November 24, 2021 12:59 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

I will send an invite.

**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
+1 617 223 0304

jpirozzolo@sidley.com
www.sidley.com



**From:** William Fick <wfick@fickmarx.com>
**Date:** Wednesday, Nov 24, 2021, 12:56 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>, Nonaka, Scott <snonaka@sidley.com>, Domina, Drew A. <ddomina@sidley.com>, Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, November 24, 2021 12:56 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Great.  How about 2:45?

**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
+1 617 223 0304
jpirozzolo@sidley.com
www.sidley.com



**From:** William Fick <wfick@fickmarx.com>
**Date:** Wednesday, Nov 24, 2021, 12:55 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>, Nonaka, Scott <snonaka@sidley.com>, Domina, Drew A. <ddomina@sidley.com>, Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Closer to 3 would be best.

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, November 24, 2021 12:55 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

How about 2-3 today? I am not sure this needs to be a long call.

**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
+1 617 223 0304
jpirozzolo@sidley.com
www.sidley.com

---

**From:** William Fick <wfick@fickmarx.com>
**Date:** Wednesday, Nov 24, 2021, 12:53 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>, Nonaka, Scott <snonaka@sidley.com>, Domina, Drew A. <ddomina@sidley.com>, Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Candidly Monday would be easier if that still gives you (and us) enough time for possible further progress but I could also talk later today or Friday in a pinch.

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Wednesday, November 24, 2021 11:34 AM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Thanks for this.   Are you available to speak either later today, Friday or Monday?

Regards,
**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
+1 617 223 0304

jpirozzolo@sidley.com

**From:** William Fick <wfick@fickmarx.com>
**Sent:** Tuesday, November 23, 2021 11:33 AM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Jack:

We write in response to your letter dated November 22, 2021, and to follow-up on the various meet-and-confer discussions chronicled in that letter, in an ongoing effort to narrow potential areas of dispute concerning the subpoenas served on eBay. Nothing in our proposals, here and in prior communications and discussions, should be interpreted as an admission that the Subpoena as drafted was overbroad, unduly burdensome, or without legal basis. Nor should any particular proposed "concessions" about scope in this email be viewed as binding, should we be unable to reach agreement on other aspects of the Subpoena. Rather, as in any negotiation, we are engaging in give-and-take discussions aimed at reaching a potential compromise to resolve or narrow disputed matters.

As noted, should we reach agreement regarding production of any arguably privileged materials, we are prepared to work with you to accomplish that in a way that minimizes the risk of others claiming a waiver of those arguably applicable privileges.

We propose the following:

### Request 1

Based on your representations about the forward-looking nature of the "Guidepost Solutions" exercise, we are prepared to agree that log entry 238 can be excluded from the scope of the request.

The PowerPoint presentation to the USAO is clearly not privileged. We believe it falls squarely within the ambit of *Nixon* (assuming without conceding that *Nixon* controls over Mr. Baugh's constitutional right to compulsory process) and should be produced in its entirety, not merely the "portions of the presentation that refer to" Mr. Baugh.

With regard to the other responsive documents, we continue to believe that Mr. Baugh's constitutional rights to defense overcome eBay's corporate privilege, but we could agree that the materials be redacted to conceal legal advice and to disclose only findings of fact.

### Request 2

We are prepared to limit the scope of this request to 2019.

### Request 3

As noted previously, we are prepared to accommodate production in a manner to minimize the risk that third parties may claim eBay waived

any arguably applicable privileges.

### Request 4

Based on your representations about the nature of interviews in and after 2020, we are prepared to limit the scope of production to materials concerning interviews conducted in 2019. However, we are not prepared to limit the scope to "charged individuals." At a minimum, without limitation, the production should also include interview materials for Wenig, Wymer, and Jones.

### Request 5

We are prepared to limit the scope of this request to the full forensic extraction (UFED or comparable) of Mr. Baugh's phone, subject to the understanding that eBay will cooperate should we need to obtain a native copy and/or business record certification for other communications or documents already disclosed to the government, e.g., the 8/25/29 Wenig communication "See you tomorrow. The Cavalry is back" referenced at E_000021 (EBAY-BAUGHPRIV_00007).

### Request 6

We are prepared to limit the scope of this request to communications from January through September 2019. Arguably privileged, responsive communications during this time period, some of which included Mr. Baugh, provide critical contemporaneous context to the alleged offense conduct, at a time when eBay executives, including Wenig, Wymer, and Jones, were arguably unindicted co-conspirators. Accordingly, Mr. Baugh's constitutional rights clearly overcome eBay's assertion of any corporate privilege, and these materials easily satisfy the *Nixon* standard.

We would welcome further discussion if it could be fruitful in reaching compromise.

Bill

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Monday, November 22, 2021 5:02 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Ok. Thx.

**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109

+1 617 223 0304
jpirozzolo@sidley.com
www.sidley.com

**SIDLEY**

---

**From:** William Fick <wfick@fickmarx.com>
**Date:** Monday, Nov 22, 2021, 5:01 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>, Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>, Nonaka, Scott <snonaka@sidley.com>, Domina, Drew A. <ddomina@sidley.com>, Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

We will not object to a reply.

---

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Monday, November 22, 2021 5:01 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Thanks.  We will stand by.   I am also not sure that the current order has set forth a time for any reply brief.  Please let us know whether you will object to a motion for leave to seek a reply.

Regards,
**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
+1 617 223 0304
jpirozzolo@sidley.com

---

**From:** William Fick <wfick@fickmarx.com>
**Sent:** Monday, November 22, 2021 4:56 PM
**To:** Pirozzolo, Jack <jpirozzolo@sidley.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** RE: US v. Baugh, 20-cr-10263

Jack we are working on putting something together for you but it may spill into tomorrow.

Bill

**From:** Pirozzolo, Jack <jpirozzolo@sidley.com>
**Sent:** Monday, November 22, 2021 4:41 PM
**To:** William Fick <wfick@fickmarx.com>; Daniel Marx <dmarx@fickmarx.com>
**Cc:** Alessi, Kathryn L. <kalessi@sidley.com>; Nonaka, Scott <snonaka@sidley.com>; Domina, Drew A. <ddomina@sidley.com>; Feith, Daniel J. <dfeith@sidley.com>
**Subject:** US v. Baugh, 20-cr-10263

Bill/Dan:

See attached.

Regards,
**JACK W. PIROZZOLO**

**SIDLEY AUSTIN LLP**
60 State Street, 36th Floor
Boston, MA 02109
+1 617 223 0304
jpirozzolo@sidley.com
www.sidley.com



****************************************************
**********************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************
**********************************************