# EXHIBIT 6



SIDLEY AUSTIN LLP
60 STATE STREET
36TH FLOOR
BOSTON, MA 02109
+1 617 223 0300
+1 617 223 0301 FAX

+1 617 223 0304
JPIROZZOLO@SIDLEY.COM

AMERICA   •   ASIA PACIFIC   •   EUROPE

November 8, 2021

**By Email**

William W. Fick
Daniel N. Marx
Amy Barsky
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
wfick@fickmarx.com
dmarx@fickmarx.com
abarsky@fickmarx.com

Re:     **Initial Privilege Log of eBay Inc.**
        **_United States v. Baugh et al._, 20-cr-10263**

Dear Counsel:

We write on behalf of our client, eBay Inc. ("eBay"), in connection with the above-referenced matter and pursuant to our earlier telephonic and written communications.  We are providing herewith an encrypted file containing eBay's initial privilege log in connection with the Fed. R. Crim. P. 17(c) subpoena issued on behalf of your client (the "Subpoena"), labeled EBAY_BAUGHPRIV_0001.  eBay's privilege log is produced subject to the Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan, Lewis & Bockius LLP and is marked accordingly.  The file has been password-protected to protect its contents; the password will be sent to you by separate email.

In accordance with our earlier communications, the enclosed privilege log is an initial log that eBay will be supplementing.  This initial privilege log contains entries in relation to Request Nos. 1, 2, 3, 4, and 6 (reflecting potentially responsive emails for the period January 1, 2019 through August 31, 2019).[1]  As previously communicated, eBay has expended significant efforts and is continuing to conduct reasonably diligent searches and review to identify documents that may be responsive to the Subpoena and to log those that it identifies as subject to the attorney client privilege and/or attorney work product protection.  eBay will provide as expeditiously as

---

[1] With respect to Request No. 6, eBay applied the parameters and the terms numbered one through eleven in my October 27, 2021 email to you to gather a universe of potentially responsive documents for review for possible responsiveness and privilege/protection.

# SIDLEY

Page 2

possible a further log or logs covering the balance of materials it identifies through its ongoing searches and review, including any additional documents identified in relation to the above-referenced requests (including Request No. 6 for the period September 1, 2019 through December 31, 2019) and Request No. 5.  As previously noted, we will be in touch separately to follow up our ongoing communications regarding the scope of various of the requests, including our October 27 – 28, 2021 email exchange concerning the searches in response to Request No. 6 and additional efforts that have been undertaken.

eBay is providing its privilege log after conducting reasonably diligent searches and review to identify documents that are potentially responsive to the Subpoena as issued but are subject to claims of privilege or other protections from disclosure.  eBay provides this log in a good faith effort to narrow the areas of disagreement between the parties and to allow for more efficient briefing and decision on the remaining issues in connection with the Subpoena and the Rule 17(c) subpoena issued to Morgan, Lewis & Bockius LLP in this matter (together, the "Subpoenas").  It does so without waiver of any objections or challenges to the Subpoenas.  eBay expressly preserves and does not waive any and all objections to the Subpoenas, including on the grounds that the Subpoenas (a) seek information that is not relevant and information that is not admissible, (b) include requests that are not sufficiently specific, and (c) request information that is subject to claims of privilege/other applicable protections.  eBay reserves all rights to file a motion to quash the Subpoenas or to seek other protections, on all available grounds.  eBay's inclusion of any document or information within its privilege log shall not operate as an admission that the document or information is properly within the scope of the Subpoena.

eBay has made a reasonable, good faith attempt to log privileged or otherwise protected records identified in the course of its reasonably diligent inquiry in relation to the Subpoena. The provision of its privilege log, or any purported failure to list a document or information within the privilege log, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding and shall not limit eBay's right to assert privilege or work product protection over material or information in connection with this or any other proceeding.  eBay reserves the right to supplement and/or amend the enclosed privilege log.

Very truly yours,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

cc:      Kathryn L. Alessi