# EXHIBIT 8



SIDLEY AUSTIN LLP
60 STATE STREET
36TH FLOOR
BOSTON, MA 02109
+1 617 223 0300
+1 617 223 0301 FAX

+1 617 223 0304
JPIROZZOLO@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE


November 15, 2021


**By Email**

William W. Fick
Daniel N. Marx
Amy Barsky
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
wfick@fickmarx.com
dmarx@fickmarx.com
abarsky@fickmarx.com


   *Re:* **Supplemental Privilege Log of eBay Inc.**
     <u>**United States v. Baugh et al.**</u>**, 20-cr-10263**

Dear Counsel:

  We write on behalf of our client, eBay Inc. ("eBay"), in connection with the above-referenced matter and pursuant to our earlier telephonic and written communications, including my letter to you dated November 8, 2021, which accompanied eBay's initial privilege log ("Initial Log"). With this letter we are sending you an encrypted file containing a supplemental privilege log ("First Supplemental Log") in connection with the Fed. R. Crim. P. 17(c) subpoena issued on behalf of your client (the "Subpoena"), labeled EBAY_BAUGHPRIV_0002. The First Supplemental Log supplements the Initial Log and is being produced subject to the Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan, Lewis & Bockius LLP and is marked accordingly. The file has been password-protected to protect its contents; the password will be sent to you by separate email.

  In furtherance of the meet and confer process, the First Supplemental Log contains entries describing potentially responsive documents to Request Nos. 1, 2, 4, and 6 of the Subpoena in addition to those listed on the Initial Log.[1] As previously communicated, eBay has expended significant efforts and is continuing to conduct reasonably diligent searches and reviews to identify documents that may be responsive to the Subpoena and to log those that it

---

[1] With respect to Request No. 6, eBay applied the parameters and the terms numbered one through eleven in my October 27, 2021 email to you to gather a universe of potentially responsive documents for review for possible responsiveness and privilege/protection.

# SIDLEY

Page 2

identifies as subject to the attorney client privilege and/or other applicable protections. eBay will provide as expeditiously as possible a further log or logs covering the balance of materials it identifies through its ongoing searches and reviews. As previously noted, we will be in touch separately to follow up our ongoing communications regarding the scope of various of the requests, including our October 27 – 28, 2021 email exchange concerning the searches in response to Request No. 6 and additional efforts that have been undertaken.

The First Supplemental Log lists potentially responsive documents that are subject to claims of privilege or other protections that were identified after reasonably diligent searches and reviews. As with the Initial Log, eBay is providing this log in a good faith effort to narrow the areas of disagreement between the parties and to allow for more efficient briefing and decision on the remaining issues in connection with the Subpoena and the Rule 17(c) subpoena issued to Morgan, Lewis & Bockius LLP in this matter (together, the "Subpoenas"). Providing you with the First Supplemental Log is not intended as a waiver of any objections or challenges to the Subpoenas and eBay expressly reserves all such objections and challenges, including on the grounds that the Subpoenas (a) seek information that is not relevant and information that is not admissible, (b) include requests that are not sufficiently specific, and (c) request information that is subject to claims of privilege/other applicable protections. Further, eBay reserves all rights to file a motion to quash the Subpoenas or to seek other protections, on all available grounds. eBay's inclusion of any document or information on the First Supplemental Log shall not operate as an admission that the document or information is properly within the scope of the Subpoena.

The provision of its privilege log, or any failure or purported failure to list a document or information on the First Supplemental Log, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding. eBay expressly reserves the right to assert privilege or other protections over material or information in connection with this or any other proceeding. eBay also reserves the right to supplement and/or amend the First Supplemental Privilege Log.

Very truly yours,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

cc:   Kathryn L. Alessi