# EXHIBIT 12

# Form 13F-HR Elliott Management Corp
## Quarterly report filed by institutional managers, Holdings

SEC.report (https://sec.report/)    /    ELLIOTT MANAGEMENT CORP (/CIK/0001048445)    /    Form 13F-HR (/Document/0001567619-19-011273/)    /    (Filer)

Published: 2019-05-15 16:33:27 (2019-05-15T16:33:27-0400)
Submitted: 2019-05-15
Filing Agent: Broadridge Financial Solutions, Inc./FA (/CIK/0001567619)
Period Ending In: 2019-03-31

About Form 13F-HR (/Form/13F-HR)

### 13F-HR Report

Institutional holdings report for ELLIOTT MANAGEMENT CORP. As of 2019-03-31, the fund was valued at $15,949,123,000. Holdings reported below.

| | |
|---|---|
| Reporting Period | 2019-03-31 |
| Reporting Calendar Quarter | 2019-03-31 |
| Filed and Signed | Paul Singer<br>-<br>212-974-6000<br>ELLIOTT MANAGEMENT CORP<br>New York, NY |
| Distinct Holdings Reported | 72 |
| Portfolio Value Total | $15,949,123,000 |
| Other Fund Managers | ELLIOTT ASSOCIATES, L.P. (/CIK/0000904495), ELLIOTT INTERNATIONAL, L.P. (/CIK/0000937611) |

### Holdings

| Name of Issuer | CUSIP | Value (x$1000) | Shares | Investment Discretion | Voting Sole / Shared / None |
|---|---|---|---|---|---|
| ZIONS BANCORPORATION [*W EXP 5/22/202] | 989701115 | 4,547 | 350,000 SH | DFND | 0 / 350000 / 0 |
| VORNADO RLTY TR [SH BEN INT] | 929042109 | 29,121 | 431,803 SH | DFND | 0 / 431803 / 0 |
| VORNADO RLTY TR [SH BEN INT] | 929042109 | 47,248 | 700,600 SH - Call | DFND | 0 / 700600 / 0 |
| VANTAGE ENERGY ACQUISITION [*W EXP 04/12/202] | 92211L113 | 307 | 1,333,333 SH | DFND | 0 / 1333333 / 0 |
| VANTAGE ENERGY ACQUISITION [COM CL A] | 92211L105 | 40,880 | 4,000,000 SH | DFND | 0 / 4000000 / 0 |
| VANECK VECTORS ETF TR [OIL SVCS ETF] | 92189F718 | 33,943 | 1,970,000 SH - Put | DFND | 0 / 1970000 / 0 |
| VANGUARD INDEX FDS [REAL ESTATE ETF] | 922908553 | 351,986 | 4,050,000 SH - Put | DFND | 0 / 4050000 / 0 |
| U S WELL SVCS INC [*W EXP 03/15/202] | 91274U119 | 2,980 | 2,950,000 SH | DFND | 0 / 2950000 / 0 |
| TRAVELPORT WORLDWIDE LTD [SHS] | G9019D104 | 106,200 | 6,751,409 SH | DFND | 0 / 6751409 / 0 |
| SYMANTEC CORP [COM] | 871503108 | 28,738 | 1,250,000 SH - Call | DFND | 0 / 1250000 / 0 |
| TESLA INC [NOTE 1.250% 3/0] | 88160RAC5 | 4,110 | 4,000,000 PRN | DFND | 0 / 4000000 / 0 |
| SYMANTEC CORP [COM] | 871503108 | 28,738 | 1,250,000 SH | DFND | 0 / 1250000 / 0 |
| SUNSTONE HOTEL INVS INC NEW [COM] | 867892101 | 21,131 | 1,467,400 SH | DFND | 0 / 1467400 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| SPDR SERIES TRUST [S&P OILGAS EXP] | 78464A730 | 670,439 | 21,810,000 SH - Put | DFND | 0 / 21810000 / 0 |
| SEMPRA ENERGY [COM] | 816851109 | 1,428,511 | 11,350,000 SH | DFND | 0 / 11350000 / 0 |
| SELECT SECTOR SPDR TR [SBI HEALTHCARE] | 81369Y209 | 45,875 | 500,000 SH - Call | DFND | 0 / 500000 / 0 |
| SAP SE [SPON ADR] | 803054204 | 86,595 | 750,000 SH | DFND | 0 / 750000 / 0 |
| SANOFI [RIGHT 12/31/2020] | 80105N113 | 9,193 | 20,428,961 SH | DFND | 0 / 20428961 / 0 |
| ROAN RES INC [CL A COM] | 769755109 | 96,502 | 15,794,132 SH | DFND | 0 / 15794132 / 0 |
| RYANAIR HLDGS PLC [SPONSORED ADS] | 783513203 | 7,752 | 103,443 SH | DFND | 0 / 103443 / 0 |
| ROADRUNNER TRNSN SVCS HLDG I [COM] | 76973Q105 | 356,528 | 848,875,548 SH | DFND | 0 / 848875548 / 0 |
| PRA GROUP INC [NOTE 3.500% 6/0] | 69354NAB2 | 1,350 | 1,500,000 PRN | DFND | 0 / 1500000 / 0 |
| QEP RES INC [COM] | 74733V100 | 91,143 | 11,700,000 SH | DFND | 0 / 11700000 / 0 |
| PG&E CORP [COM] | 69331C108 | 124,600 | 7,000,000 SH - Call | DFND | 0 / 7000000 / 0 |
| PEABODY ENERGY CORP NEW [COM] | 704551100 | 797,948 | 28,166,201 SH | DFND | 0 / 28166201 / 0 |
| NIELSEN HLDGS PLC [SHS EUR] | G6518L108 | 52,074 | 2,200,000 SH - Call | DFND | 0 / 2200000 / 0 |
| OPUS BK IRVINE CALIF [COM] | 684000102 | 107,299 | 5,419,153 SH | DFND | 0 / 5419153 / 0 |
| NIELSEN HLDGS PLC [SHS EUR] | G6518L108 | 331,380 | 14,000,000 SH | DFND | 0 / 14000000 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| MITEK SYS INC [COM NEW] | 606710200 | 3,609 | 294,855 SH | DFND | 0 / 294855 / 0 |
| MARRIOTT INTL INC NEW [CL A] | 571903202 | 93,818 | 750,000 SH - Put | DFND | 0 / 750000 / 0 |
| MACERICH CO [COM] | 554382101 | 20,386 | 470,268 SH | DFND | 0 / 470268 / 0 |
| KKR REAL ESTATE FIN TR INC [COM] | 48251K100 | 10,370 | 518,000 SH | DFND | 0 / 518000 / 0 |
| ISHARES TR [U.S. REAL ES ETF] | 464287739 | 217,600 | 2,500,000 SH - Put | DFND | 0 / 2500000 / 0 |
| ISHARES TR [RUSSELL 2000 ETF] | 464287655 | 76,545 | 500,000 SH - Put | DFND | 0 / 500000 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 1,347,450 | 7,500,000 SH - Call | DFND | 0 / 7500000 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 1,390,568 | 7,740,000 SH - Put | DFND | 0 / 7740000 / 0 |
| INTERNATIONAL SPEEDWAY CORP [CL A] | 460335201 | 33,524 | 768,376 SH | DFND | 0 / 768376 / 0 |
| HESS CORP [COM] | 42809H107 | 1,321,747 | 21,945,000 SH | DFND | 0 / 21945000 / 0 |
| HESS CORP [COM] | 42809H107 | 48,184 | 800,000 SH - Call | DFND | 0 / 800000 / 0 |
| HEALTHCARE RLTY TR [COM] | 421946104 | 24,343 | 758,112 SH | DFND | 0 / 758112 / 0 |
| GENESEE & WYO INC [CL A] | 371559105 | 5,446 | 62,500 SH | DFND | 0 / 62500 / 0 |
| FOX CORP [CL A COM] | 35137L105 | 127,353 | 3,469,158 SH | DFND | 0 / 3469158 / 0 |
| FIRSTENERGY CORP [COM] | 337932107 | 1,042,066 | 25,043,653 SH | DFND | 0 / 25043653 / 0 |
| FOX CORP [CL B COM] | 35137L204 | 20,450 | 569,954 SH | DFND | 0 / 569954 / 0 |
| EQUINIX INC [COM] | 29444U700 | 67,974 | 150,000 SH - Put | DFND | 0 / 150000 / 0 |
| EQT CORP [COM] | 26884L109 | 45,102 | 2,174,661 SH | DFND | 0 / 2174661 / 0 |

| EP ENERGY CORP [CL A] | 268785102 | 1,300 | 5,000,000 SH | DFND | 0 / 5000000 / 0 |
|---|---|---|---|---|---|
| ELEMENT SOLUTIONS INC [COM] | 28618M106 | 110,608 | 10,951,281 SH | DFND | 0 / 10951281 / 0 |
| EBAY INC [COM] | 278642103 | 367,686 | 9,900,000 SH | DFND | 0 / 9900000 / 0 |
| EBAY INC [COM] | 278642103 | 92,850 | 2,500,000 SH - Call | DFND | 0 / 2500000 / 0 |
| DISH NETWORK CORP [NOTE 3.375% 8/1] | 25470MAB5 | 222,458 | 260,800,000 PRN | DFND | 0 / 260800000 / 0 |
| DISH NETWORK CORP [NOTE 2.375% 3/1] | 25470MAD1 | 122,282 | 148,700,000 PRN | DFND | 0 / 148700000 / 0 |
| DIGITAL RLTY TR INC [COM] | 253868103 | 47,600 | 400,000 SH - Put | DFND | 0 / 400000 / 0 |
| DEVON ENERGY CORP NEW [COM] | 25179M103 | 94,680 | 3,000,000 SH - Call | DFND | 0 / 3000000 / 0 |
| DEVON ENERGY CORP NEW [COM] | 25179M103 | 553,089 | 17,825,000 SH | DFND | 0 / 17825000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 58,690 | 1,000,000 SH - Call | DFND | 0 / 1000000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 658,198 | 11,214,831 SH | DFND | 0 / 11214831 / 0 |
| COMMVAULT SYSTEMS INC [COM] | 204166102 | 57,962 | 895,308 SH | DFND | 0 / 895308 / 0 |
| CORMEDIX INC [COM] | 21900C308 | 7,875 | 833,373 SH | DFND | 0 / 833373 / 0 |
| COMMUNITY HEALTH SYS INC NEW [COM] | 203668108 | 16,785 | 4,500,000 SH | DFND | 0 / 4500000 / 0 |
| CITRIX SYS INC [COM] | 177376100 | 49,830 | 500,000 SH - Call | DFND | 0 / 500000 / 0 |
| COLUMBIA PPTY TR INC [COM NEW] | 198287203 | 11,153 | 495,484 SH | DFND | 0 / 495484 / 0 |

| CITRIX SYS INC [COM] | 177376100 | 607,029 | 6,091,000 SH | DFND | 0 / 6091000 / 0 |
|---|---|---|---|---|---|
| BRISTOL MYERS SQUIBB CO [COM] | 110122108 | 40,363 | 846,000 SH - Call | DFND | 0 / 846000 / 0 |
| CARBONITE INC [COM] | 141337105 | 29,445 | 1,186,800 SH | DFND | 0 / 1186800 / 0 |
| BRISTOL MYERS SQUIBB CO [COM] | 110122108 | 155,058 | 3,250,000 SH | DFND | 0 / 3250000 / 0 |
| B RILEY FINL INC [COM] | 05580M108 | 38,495 | 2,306,450 SH | DFND | 0 / 2306450 / 0 |
| ARCONIC INC [COM] | 03965L100 | 991,850 | 51,902,133 SH | DFND | 0 / 51902133 / 0 |
| APPLE INC [COM] | 037833100 | 55,655 | 293,000 SH - Put | DFND | 0 / 293000 / 0 |
| ADVANCED MICRO DEVICES INC [NOTE 2.125% 9/0] | 007903BD8 | 8,173 | 2,500,000 PRN | DFND | 0 / 2500000 / 0 |
| ALTABA INC [COM] | 021346101 | 618,857 | 8,349,395 SH | DFND | 0 / 8349395 / 0 |
| ACADIA HEALTHCARE COMPANY IN [COM] | 00404A109 | 127,499 | 4,350,000 SH | DFND | 0 / 4350000 / 0 |

### Additional Files

| File | Sequence | Description | Type | Size |
|---|---|---|---|---|
| 0001567619-19-011273.txt (https://sec.report/Document/0001567619-19-011273/0001567619-19-011273.txt) | | Complete submission text file | | 39105 |

| File | | | Type | Size |
|---|---|---|---|---|
| primary_doc.html (https://sec.report/Document/0001567619-19-011273/primary_doc.html) | 1 | | 13F-HR | 0 |
| primary_doc.xml (https://sec.report/Document/0001567619-19-011273/primary_doc.xml) | 1 | | 13F-HR | 2498 |
| form13fInfoTable.html (https://sec.report/Document/0001567619-19-011273/form13fInfoTable.html) | 2 | | INFORMATION TABL | 0 |
| form13fInfoTable.xml (https://sec.report/Document/0001567619-19-011273/form13fInfoTable.xml) | 2 | | INFORMATION TABL | 35351 |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | 🔴 (https://www.reddit.com/search/?q=site%3Asec.report) | 🐦 (https://twitter.com/EdgarInsider)
Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied. SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)
SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)