# EXHIBIT 13

# Form 13F-HR Elliott Management Corp
## Quarterly report filed by institutional managers, Holdings

SEC.report (https://sec.report/)   /   ELLIOTT MANAGEMENT CORP (/CIK/0001048445)   /   Form 13F-HR (/Document/0001567619-19-016981/)   /   (Filer)

Published: 2019-08-14 16:07:52 (2019-08-14T16:07:52-0400)
Submitted: 2019-08-14
Filing Agent: Broadridge Financial Solutions, Inc./FA (/CIK/0001567619)
Period Ending In: 2019-06-30

About Form 13F-HR (/Form/13F-HR)

## 13F-HR Report

Institutional holdings report for ELLIOTT MANAGEMENT CORP. As of 2019-06-30, the fund was valued at $14,924,291,000. Holdings reported below.

| | |
|---|---|
| Reporting Period | 2019-06-30 |
| Reporting Calendar Quarter | 2019-06-30 |
| Filed and Signed | Paul Singer<br>-<br>212-974-6000<br>ELLIOTT MANAGEMENT CORP<br>New York, NY |
| Distinct Holdings Reported | 63 |
| Portfolio Value Total | $14,924,291,000 |
| Other Fund Managers | ELLIOTT ASSOCIATES, L.P. (/CIK/0000904495), ELLIOTT INTERNATIONAL, L.P. (/CIK/0000937611) |

## Holdings

| Name of Issuer | CUSIP | Value (x$1000) | Shares | Investment Discretion | Voting Sole / Shared / None |
|---|---|---|---|---|---|
| ZIONS BANCORPORATION [*W EXP 5/22/202] | 989701115 | 4,648 | 350,000 SH | DFND | 0 / 350000 / 0 |
| VORNADO RLTY TR [SH BEN INT] | 929042109 | 32,486 | 506,803 SH | DFND | 0 / 506803 / 0 |
| VANGUARD INDEX FDS [REAL ESTATE ETF] | 922908553 | 393,300 | 4,500,000 SH - Put | DFND | 0 / 4500000 / 0 |
| VANECK VECTORS ETF TR [OIL SVCS ETF] | 92189F718 | 14,820 | 1,000,000 SH - Put | DFND | 0 / 1000000 / 0 |
| U S WELL SVCS INC [*W EXP 03/15/202] | 91274U119 | 934 | 1,475,000 SH | DFND | 0 / 1475000 / 0 |
| TESLA INC [NOTE 1.250% 3/0] | 88160RAC5 | 2,852 | 3,000,000 PRN | DFND | 0 / 3000000 / 0 |
| U S WELL SVCS INC [CL A] | 91274U101 | 841 | 174,550 SH | DFND | 0 / 174550 / 0 |
| SUNSTONE HOTEL INVS INC NEW [COM] | 867892101 | 9,824 | 716,536 SH | DFND | 0 / 716536 / 0 |
| SPEEDWAY MOTORSPORTS INC [COM] | 847788106 | 10,772 | 580,701 SH | DFND | 0 / 580701 / 0 |
| SELECT SECTOR SPDR TR [SBI HEALTHCARE] | 81369Y209 | 297,374 | 3,210,000 SH - Put | DFND | 0 / 3210000 / 0 |
| SPDR SERIES TRUST [S&P OILGAS EXP] | 78464A730 | 533,010 | 19,560,000 SH - Put | DFND | 0 / 19560000 / 0 |
| SELECT SECTOR SPDR TR [SBI HEALTHCARE] | 81369Y209 | 196,765 | 2,123,971 SH | DFND | 0 / 2123971 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| SELECT SECTOR SPDR TR [SBI HEALTHCARE] | 81369Y209 | 138,960 | 1,500,000 SH - Call | DFND | 0 / 1500000 / 0 |
| SELECT SECTOR SPDR TR [SBI INT-UTILS] | 81369Y886 | 119,260 | 2,000,000 SH - Put | DFND | 0 / 2000000 / 0 |
| SELECT SECTOR SPDR TR [ENERGY] | 81369Y506 | 318,550 | 5,000,000 SH - Put | DFND | 0 / 5000000 / 0 |
| SANOFI [RIGHT 12/31/2020] | 80105N113 | 10,623 | 20,428,961 SH | DFND | 0 / 20428961 / 0 |
| SAP SE [SPON ADR] | 803054204 | 102,600 | 750,000 SH | DFND | 0 / 750000 / 0 |
| ROAN RES INC [CL A COM] | 769755109 | 28,411 | 16,328,020 SH | DFND | 0 / 16328020 / 0 |
| QEP RES INC [COM] | 74733V100 | 84,591 | 11,700,000 SH | DFND | 0 / 11700000 / 0 |
| ROADRUNNER TRNSN SVCS HLDG I [COM NEW] | 76973Q204 | 324,570 | 33,986,394 SH | DFND | 0 / 33986394 / 0 |
| PRA GROUP INC [NOTE 3.500% 6/0] | 69354NAB2 | 1,406 | 1,500,000 PRN | DFND | 0 / 1500000 / 0 |
| OPUS BK IRVINE CALIF [COM] | 684000102 | 114,398 | 5,419,153 SH | DFND | 0 / 5419153 / 0 |
| PEABODY ENERGY CORP NEW [COM] | 704551100 | 678,805 | 28,166,201 SH | DFND | 0 / 28166201 / 0 |
| NIELSEN HLDGS PLC [SHS EUR] | G6518L108 | 67,800 | 3,000,000 SH - Call | DFND | 0 / 3000000 / 0 |
| NIELSEN HLDGS PLC [SHS EUR] | G6518L108 | 316,400 | 14,000,000 SH | DFND | 0 / 14000000 / 0 |
| MARRIOTT INTL INC NEW [CL A] | 571903202 | 70,145 | 500,000 SH - Put | DFND | 0 / 500000 / 0 |
| MARATHON PETE CORP [COM] | 56585A102 | 257,048 | 4,600,000 SH | DFND | 0 / 4600000 / 0 |

| MARATHON PETE CORP [COM] | 56585A102 | 69,850 | 1,250,000 SH - Call | DFND | 0 / 1250000 / 0 |
|---|---|---|---|---|---|
| MACERICH CO [COM] | 554382101 | 13,740 | 410,268 SH | DFND | 0 / 410268 / 0 |
| ISHARES TR [IBOXX HI YD ETF] | 464288513 | 523,080 | 6,000,000 SH - Call | DFND | 0 / 6000000 / 0 |
| ISHARES TR [IBOXX HI YD ETF] | 464288513 | 57,835 | 663,400 SH | DFND | 0 / 663400 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 560,220 | 3,000,000 SH - Call | DFND | 0 / 3000000 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 1,772,163 | 9,490,000 SH - Put | DFND | 0 / 9490000 / 0 |
| HESS CORP [COM] | 42809H107 | 1,033,290 | 16,254,358 SH | DFND | 0 / 16254358 / 0 |
| INTERNATIONAL SPEEDWAY CORP [CL A] | 460335201 | 52,801 | 1,176,227 SH | DFND | 0 / 1176227 / 0 |
| GENESEE & WYO INC [CL A] | 371559105 | 6,250 | 62,500 SH | DFND | 0 / 62500 / 0 |
| FOX CORP [CL A COM] | 35137L105 | 147,993 | 4,039,112 SH | DFND | 0 / 4039112 / 0 |
| FIRSTENERGY CORP [COM] | 337932107 | 1,072,119 | 25,043,653 SH | DFND | 0 / 25043653 / 0 |
| EQUINIX INC [COM] | 29444U700 | 100,858 | 200,000 SH - Put | DFND | 0 / 200000 / 0 |
| ELEMENT SOLUTIONS INC [COM] | 28618M106 | 113,236 | 10,951,281 SH | DFND | 0 / 10951281 / 0 |
| EBAY INC [COM] | 278642103 | 391,050 | 9,900,000 SH | DFND | 0 / 9900000 / 0 |
| EBAY INC [COM] | 278642103 | 98,750 | 2,500,000 SH - Call | DFND | 0 / 2500000 / 0 |
| DXC TECHNOLOGY CO [COM] | 23355L106 | 121,330 | 2,200,000 SH | DFND | 0 / 2200000 / 0 |
| DISH NETWORK CORP [NOTE 3.375% 8/1] | 25470MAB5 | 156,763 | 160,800,000 PRN | DFND | 0 / 160800000 / 0 |

| Name | CUSIP | Value (x1000) | Shares/Principal | Type | Sole/Shared/None |
|---|---|---|---|---|---|
| DISH NETWORK CORP [NOTE 2.375% 3/1] | 25470MAD1 | 137,837 | 148,700,000 PRN | DFND | 0 / 148700000 / 0 |
| DIGITAL RLTY TR INC [COM] | 253868103 | 58,895 | 500,000 SH - Put | DFND | 0 / 500000 / 0 |
| DEVON ENERGY CORP NEW [COM] | 25179M103 | 499,813 | 17,525,000 SH | DFND | 0 / 17525000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 190,500 | 3,750,000 SH - Call | DFND | 0 / 3750000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 653,335 | 12,860,919 SH | DFND | 0 / 12860919 / 0 |
| COMMUNITY HEALTH SYS INC NEW [COM] | 203668108 | 12,015 | 4,500,000 SH | DFND | 0 / 4500000 / 0 |
| CORMEDIX INC [COM] | 21900C308 | 7,475 | 833,373 SH | DFND | 0 / 833373 / 0 |
| COMMSCOPE HLDG CO INC [COM] | 20337X109 | 4,837 | 307,500 SH | DFND | 0 / 307500 / 0 |
| COLUMBIA PPTY TR INC [COM NEW] | 198287203 | 965 | 46,517 SH | DFND | 0 / 46517 / 0 |
| CITRIX SYS INC [COM] | 177376100 | 49,070 | 500,000 SH - Call | DFND | 0 / 500000 / 0 |
| CITRIX SYS INC [COM] | 177376100 | 597,771 | 6,091,000 SH | DFND | 0 / 6091000 / 0 |
| B RILEY FINL INC [COM] | 05580M108 | 48,113 | 2,306,450 SH | DFND | 0 / 2306450 / 0 |
| BOEING CO [COM] | 097023105 | 109,203 | 300,000 SH - Put | DFND | 0 / 300000 / 0 |
| ARCONIC INC [COM] | 03965L100 | 1,340,113 | 51,902,133 SH | DFND | 0 / 51902133 / 0 |
| APPLE INC [COM] | 037833100 | 257,296 | 1,300,000 SH - Put | DFND | 0 / 1300000 / 0 |
| ALTABA INC [COM] | 021346101 | 314,295 | 4,530,712 SH | DFND | 0 / 4530712 / 0 |
| ALCOA CORP [COM] | 013872106 | 58,525 | 2,500,000 SH - Call | DFND | 0 / 2500000 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| ACADIA HEALTHCARE COMPANY IN [COM] | 00404A109 | 152,033 | 4,350,000 SH | DFND | 0 / 4350000 / 0 |
| ADVANCED MICRO DEVICES INC [NOTE 2.125% 9/0] | 007903BD8 | 9,679 | 2,500,000 PRN | DFND | 0 / 2500000 / 0 |

### Additional Files

| File | Sequence | Description | Type | Size |
|---|---|---|---|---|
| 0001567619-19-016981.txt (https://sec.report/Document/0001567619-19-016981/0001567619-19-016981.txt) | | Complete submission text file | | 34796 |
| primary_doc.html (https://sec.report/Document/0001567619-19-016981/primary_doc.html) | 1 | | 13F-HR | 0 |
| primary_doc.xml (https://sec.report/Document/0001567619-19-016981/primary_doc.xml) | 1 | | 13F-HR | 2498 |
| form13fInfoTable.html (https://sec.report/Document/0001567619-19-016981/form13fInfoTable.html) | 2 | | INFORMATION TABL | 0 |
| form13fInfoTable.xml (https://sec.report/Document/0001567619-19-016981/form13fInfoTable.xml) | 2 | | INFORMATION TABL | 31041 |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)

Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.

SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)

SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)