# EXHIBIT 14

# Form 13F-HR

Published: ()
Submitted:
Filing Agent: CIK: 0001567619 (/CIK/0001567619)

About Form 13F-HR (/Form/13F-HR)

## 13F-HR Report

Institutional holdings report for ELLIOTT MANAGEMENT CORP. As of 2019-09-30, the fund was valued at $12,005,353,000. Holdings reported below.

| | |
|---|---|
| Reporting Period | 2019-09-30 |
| Reporting Calendar Quarter | 2019-09-30 |
| Filed and Signed | Paul Singer<br>-<br>212-974-6000<br>ELLIOTT MANAGEMENT CORP<br>New York, NY |
| Distinct Holdings Reported | 57 |
| Portfolio Value Total | $12,005,353,000 |
| Other Fund Managers | ELLIOTT ASSOCIATES, L.P. (/CIK/0000904495), ELLIOTT INTERNATIONAL, L.P. (/CIK/0000937611) |

## Holdings

| Name of Issuer | CUSIP | Value (x$1000) | Shares | Investment Discretion | Voting Sole / Shared / None |
|---|---|---|---|---|---|
| ZIONS BANCORPORATION [*W EXP 5/22/202] | 989701115 | 4,004 | 350,000 SH | DFND | 0 / 350000 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| WHEATON PRECIOUS METALS CORP [COM] | 962879102 | 6,560 | 250,000 SH - Put | DFND | 0 / 250000 / 0 |
| VERIZON COMMUNICATIONS INC [COM] | 92343V104 | 60,360 | 1,000,000 SH - Put | DFND | 0 / 1000000 / 0 |
| VORNADO RLTY TR [SH BEN INT] | 929042109 | 95,505 | 1,500,000 SH | DFND | 0 / 1500000 / 0 |
| VANGUARD INDEX FDS [REAL ESTATE ETF] | 922908553 | 1,305,500 | 14,000,000 SH - Put | DFND | 0 / 14000000 / 0 |
| VANGUARD INDEX FDS [REAL ESTATE ETF] | 922908553 | 93,250 | 1,000,000 SH - Call | DFND | 0 / 1000000 / 0 |
| VANECK VECTORS ETF TR [OIL SVCS ETF] | 92189F718 | 25,794 | 2,195,200 SH - Put | DFND | 0 / 2195200 / 0 |
| TESLA INC [NOTE 1.250% 3/0] | 88160RAC5 | 2,933 | 3,000,000 PRN | DFND | 0 / 3000000 / 0 |
| TESLA INC [NOTE 2.000% 5/1] | 88160RAG6 | 2,543 | 2,500,000 PRN | DFND | 0 / 2500000 / 0 |
| SPDR SERIES TRUST [S&P RETAIL ETF] | 78464A714 | 127,290 | 3,000,000 SH - Put | DFND | 0 / 3000000 / 0 |
| SELECT SECTOR SPDR TR [SBI HEALTHCARE] | 81369Y209 | 135,195 | 1,500,000 SH - Put | DFND | 0 / 1500000 / 0 |
| SPDR SERIES TRUST [S&P OILGAS EXP] | 78464A730 | 247,302 | 11,060,000 SH - Put | DFND | 0 / 11060000 / 0 |
| SELECT SECTOR SPDR TR [SBI INT-UTILS] | 81369Y886 | 129,480 | 2,000,000 SH - Put | DFND | 0 / 2000000 / 0 |
| SELECT SECTOR SPDR TR [ENERGY] | 81369Y506 | 503,200 | 8,500,000 SH - Put | DFND | 0 / 8500000 / 0 |
| SAP SE [SPON ADR] | 803054204 | 88,403 | 750,000 SH | DFND | 0 / 750000 / 0 |

| Name | CUSIP | (x1000) | Shares | DFND | 0 / Shares / 0 |
|---|---|---|---|---|---|
| SANOFI [RIGHT 12/31/2020] | 80105N113 | 11,450 | 20,428,961 SH | DFND | 0 / 20428961 / 0 |
| ROAN RES INC [CL A COM] | 769755109 | 20,083 | 16,328,020 SH | DFND | 0 / 16328020 / 0 |
| ROADRUNNER TRNSN SVCS HLDG I [COM NEW] | 76973Q204 | 353,296 | 34,101,924 SH | DFND | 0 / 34101924 / 0 |
| QEP RES INC [COM] | 74733V100 | 43,290 | 11,700,000 SH | DFND | 0 / 11700000 / 0 |
| PEABODY ENERGY CORP NEW [COM] | 704551100 | 425,646 | 28,916,201 SH | DFND | 0 / 28916201 / 0 |
| PRA GROUP INC [NOTE 3.500% 6/0] | 69354NAB2 | 1,530 | 1,500,000 PRN | DFND | 0 / 1500000 / 0 |
| OPUS BK IRVINE CALIF [COM] | 684000102 | 98,884 | 4,542,209 SH | DFND | 0 / 4542209 / 0 |
| NIELSEN HLDGS PLC [SHS EUR] | G6518L108 | 297,500 | 14,000,000 SH | DFND | 0 / 14000000 / 0 |
| MOBILE MINI INC [COM] | 60740F105 | 73,720 | 2,000,000 SH | DFND | 0 / 2000000 / 0 |
| MARRIOTT INTL INC NEW [CL A] | 571903202 | 62,185 | 500,000 SH - Put | DFND | 0 / 500000 / 0 |
| MARATHON PETE CORP [COM] | 56585A102 | 211,106 | 3,475,000 SH - Call | DFND | 0 / 3475000 / 0 |
| MARATHON PETE CORP [COM] | 56585A102 | 522,345 | 8,598,273 SH | DFND | 0 / 8598273 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 283,215 | 1,500,000 SH - Call | DFND | 0 / 1500000 / 0 |
| ISHARES TR [IBOXX HI YD ETF] | 464288513 | 523,020 | 6,000,000 SH - Call | DFND | 0 / 6000000 / 0 |
| INVESCO QQQ TR [UNIT SER 1] | 46090E103 | 1,208,384 | 6,400,000 SH - Put | DFND | 0 / 6400000 / 0 |
| HOST HOTELS & RESORTS INC [COM] | 44107P104 | 17,290 | 1,000,000 SH - Call | DFND | 0 / 1000000 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| HESS CORP [COM] | 42809H107 | 405,216 | 6,700,000 SH | DFND | 0 / 6700000 / 0 |
| ELEMENT SOLUTIONS INC [COM] | 28618M106 | 111,484 | 10,951,281 SH | DFND | 0 / 10951281 / 0 |
| FRANCO NEVADA CORP [COM] | 351858105 | 182,320 | 2,000,000 SH - Put | DFND | 0 / 2000000 / 0 |
| FOX CORP [CL A COM] | 35137L105 | 127,373 | 4,039,112 SH | DFND | 0 / 4039112 / 0 |
| EBAY INC [COM] | 278642103 | 385,902 | 9,900,000 SH | DFND | 0 / 9900000 / 0 |
| EBAY INC [COM] | 278642103 | 58,470 | 1,500,000 SH - Call | DFND | 0 / 1500000 / 0 |
| DISH NETWORK CORP [NOTE 3.375% 8/1] | 25470MAB5 | 35,622 | 38,800,000 PRN | DFND | 0 / 38800000 / 0 |
| DISH NETWORK CORP [NOTE 2.375% 3/1] | 25470MAD1 | 11,955 | 13,600,000 PRN | DFND | 0 / 13600000 / 0 |
| DIGITAL RLTY TR INC [COM] | 253868103 | 64,905 | 500,000 SH - Put | DFND | 0 / 500000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 215,219 | 4,150,000 SH - Call | DFND | 0 / 4150000 / 0 |
| DEVON ENERGY CORP NEW [COM] | 25179M103 | 421,652 | 17,525,000 SH | DFND | 0 / 17525000 / 0 |
| DELL TECHNOLOGIES INC [CL C] | 24703L202 | 674,180 | 13,000,000 SH | DFND | 0 / 13000000 / 0 |
| CORMEDIX INC [COM] | 21900C308 | 5,317 | 833,374 SH | DFND | 0 / 833374 / 0 |
| COMMUNITY HEALTH SYS INC NEW [COM] | 203668108 | 16,200 | 4,500,000 SH | DFND | 0 / 4500000 / 0 |
| COMMSCOPE HLDG CO INC [COM] | 20337X109 | 7,573 | 644,000 SH | DFND | 0 / 644000 / 0 |
| CITRIX SYS INC [COM] | 177376100 | 587,903 | 6,091,000 SH | DFND | 0 / 6091000 / 0 |

| | | | | | |
|---|---|---|---|---|---|
| CISION LTD [SHS] | G1992S109 | 1,240 | 161,300 SH | DFND | 0 / 161300 / 0 |
| CENTURY ALUM CO [COM] | 156431108 | 3,320 | 500,000 SH - Call | DFND | 0 / 500000 / 0 |
| CARBONITE INC [COM] | 141337105 | 17,039 | 1,100,000 SH | DFND | 0 / 1100000 / 0 |
| B RILEY FINL INC [COM] | 05580M108 | 54,478 | 2,306,450 SH | DFND | 0 / 2306450 / 0 |
| AT&T INC [COM] | 00206R102 | 118,250 | 3,125,000 SH | DFND | 0 / 3125000 / 0 |
| ARCONIC INC [COM] | 03965L100 | 1,080,707 | 41,565,658 SH | DFND | 0 / 41565658 / 0 |
| APPLE INC [COM] | 037833100 | 223,970 | 1,000,000 SH - Put | DFND | 0 / 1000000 / 0 |
| ADVANCED MICRO DEVICES INC [NOTE 2.125% 9/0] | 007903BD8 | 9,352 | 2,500,000 PRN | DFND | 0 / 2500000 / 0 |
| ALCOA CORP [COM] | 013872106 | 70,245 | 3,500,000 SH - Call | DFND | 0 / 3500000 / 0 |
| ACADIA HEALTHCARE COMPANY IN [COM] | 00404A109 | 135,198 | 4,350,000 SH | DFND | 0 / 4350000 / 0 |

### Additional Files

| File | Sequence | Description | Type | Size |
|---|---|---|---|---|
| primary_doc.xml (https://sec.report/Document/0001567619-19-021581/primary_doc.xml) | 1 | | 13F-HR | 2500 |
| form13fInfoTable.xml (https://sec.report/Document/0001567619-19-021581/form13fInfoTable.xml) | 2 | | INFORMATION TABLE | 28220 |

© 2021 SEC.report | Contact (https://sec.report/contact.php) | (https://www.reddit.com/search/?q=site%3Asec.report) | (https://twitter.com/EdgarInsider)

Data is automatically aggregated and provided "as is" without any representations or warranties, express or implied.

SEC.report is not affiliated with the U.S. S.E.C. or EDGAR System. Disclosure & Privacy Policy (https://sec.report/privacy_policy.php)

SEC CFR Title 17 of the Code of Federal Regulations. (https://ecfr.io/Title-17/)