# EXHIBIT 15

# Form DEF 14A Ebay Inc

Other definitive proxy statements

SEC.report (https://sec.report/) / EBAY INC (/CIK/0001065088) / Form DEF 14A (/Document/0001193125-19-112236/) / (Filer)

Published: 2019-04-19 13:25:12 (2019-04-19T13:25:12-0400)
Submitted: 2019-04-19
Filing Agent: DONNELLEY FINANCIAL SOLUTIONS /FA/ (/CIK/0001193125)
Period Ending In: 2019-05-30

About Form DEF 14A (/Form/DEF 14A)

DEF 14A 1 d661199ddef14a.htm DEF 14A

Table of Contents

---

## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

---

## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No.    )**

---

Filed by the Registrant  ☒          Filed by a party other than the Registrant  ☐

Check the appropriate box:

☐   Preliminary Proxy Statement
☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material Pursuant to §240.14a-12

## eBay Inc.

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Table of Contents

# Table of Contents

| | |
|---|---|
| PROXY STATEMENT SUMMARY | 1 |
| CORPORATE GOVERNANCE | 6 |
|    Our Corporate Governance Practices | 15 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 21 |
|    Section 16(a) Beneficial Ownership Reporting Compliance | 22 |
| CERTAIN TRANSACTIONS WITH DIRECTORS AND OFFICERS | 23 |
| PROPOSALS REQUIRING YOUR VOTE | 24 |
|    PROPOSAL 1 — Election of Directors | 24 |
|    PROPOSAL 2 — Advisory Vote to Approve Named Executive Officer Compensation | 37 |
|    PROPOSAL 3 — Ratification of Appointment of Independent Auditors | 39 |
|    PROPOSAL 4 — Management Proposal | 43 |
|    PROPOSAL 5 — Stockholder Proposal | 45 |
| OUR EXECUTIVE OFFICERS | 49 |
| MESSAGE FROM THE COMPENSATION COMMITTEE | 50 |
| COMPENSATION DISCUSSION AND ANALYSIS | 51 |
|    Executive Summary | 51 |
|    1 — Elements of Our Executive Compensation Program | 54 |
|    2 — Compensation Decisions for 2018 | 62 |
|    3 — 2018 Business Results | 65 |
|    4 — Severance and Change In Control Arrangements with Executive Officers and Clawbacks | 67 |
|    5 — Further Considerations for Setting Executive Compensation | 70 |
| COMPENSATION COMMITTEE REPORT | 72 |
| COMPENSATION TABLES | 73 |
|    2018 Summary Compensation Table | 73 |
|    2018 Grants of Plan-based Awards | 76 |
|    2018 Outstanding Equity Awards at Fiscal Year-End | 80 |
|    2018 Option Exercises and Stock Vested | 83 |
|    Potential Payments Upon Termination or Change in Control | 84 |
| COMPENSATION OF DIRECTORS | 88 |
|    2018 Director Compensation Table | 89 |
| EQUITY COMPENSATION PLAN INFORMATION | 91 |
| CEO PAY RATIO | 92 |
| QUESTIONS AND ANSWERS ABOUT THE PROXY MATERIALS AND OUR 2019 ANNUAL MEETING | 93 |
| OTHER MATTERS | 100 |
| APPENDIX A: SPECIAL MEETING PROVISIONS — CHARTER | A-1 |
| APPENDIX B: SPECIAL MEETING PROVISIONS — BYLAWS | B-1 |

Table of Contents

**Corporate Governance**

# Corporate Governance

## Overview

The Board is responsible for (1) providing advice and oversight of the strategic and operational direction of the Company and (2) overseeing the Company's executive management, each to ensure the Company operates in ways that support the long-term interest of our stockholders and the other stakeholders we serve. The Board has adopted clear and specific governance guidelines ("Corporate Governance Guidelines") that, along with our bylaws, Board committee charters, and our Code of Business Conduct and Ethics ("Code of Business Conduct"), provide the framework for the governance of the Company.

eBay is committed to transparency and accountability, as demonstrated by the following governance features:

| | |
|---|---|
| ✓ Strong Board independence (14 of 15 directors are independent) | ✓ Separate Chairman and CEO roles |
| | ✓ Independent Chairman with robust responsibilities |
| ✓ Declassified Board with all members standing for election annually | ✓ Simple majority vote standard for bylaw/charter amendments and transactions |
| ✓ Majority vote standard for uncontested director elections | ✓ Clawback policy |
| ✓ Stockholder right to call a special meeting | |
| ✓ Stockholder proxy access | ✓ Stock ownership requirements for our executive officers and directors |
| ✓ Strong stockholder engagement practice | ✓ Anti-hedging and anti-pledging policies |

Our Corporate Governance Guidelines, the charters of our principal Board committees, and our Code of Business Conduct can be found on our investor relations website at https://investors.ebayinc.com/corporate-governance/governance-documents. Any changes in these governance documents will be reflected in the same location on our website. Information contained on our investor relations website is not part of this Proxy Statement.

### Independence

The rules of The Nasdaq Stock Market require listed companies to have a board of directors with at least a majority of independent directors. These rules have both objective tests and a subjective test for determining who is an "independent director."

| | |
|---|---|
| **Objective tests** | The objective tests state, for example, that a director is not considered independent if he or she is an employee of the Company, or is a partner in, or a controlling stockholder or executive officer of, an entity to which the Company made, or from which the Company received, payments in the current or any of the past three fiscal years that exceed 5% of the recipient's consolidated gross revenue for that year. |
| **Subjective test** | The subjective test requires our Board to affirmatively determine that a director does not have a relationship that would interfere with the director's exercise of independent judgment in carrying out his or her responsibilities. |

On a quarterly basis, each member of our Board is required to complete a questionnaire designed to provide information to assist the Board in determining whether the director is independent under the listing standards of The Nasdaq Stock Market and our Corporate Governance Guidelines, and whether members of our Audit Committee and Compensation Committee satisfy additional Securities and Exchange Commission ("SEC") and Nasdaq independence requirements.

6

Table of Contents

**Corporate Governance**

Our Board has adopted guidelines setting forth certain categories of transactions, relationships, and arrangements that it has deemed immaterial for purposes of making its determination regarding a director's independence, and does not consider any such transactions, relationships, and arrangements in making its subjective determination.

14 of our 15 Directors are Independent



Our Board has determined that each of the following directors is independent under the listing standards of The Nasdaq Stock Market and under eBay's Corporate Governance Guidelines:

- Fred D. Anderson Jr.
- Anthony J. Bates
- Adriane M. Brown
- Jesse A. Cohn
- Diana Farrell
- Logan D. Green
- Bonnie S. Hammer
- Kathleen C. Mitic

7

Table of Contents

**Corporate Governance**

- Matthew J. Murphy
- Pierre M. Omidyar
- Paul S. Pressler
- Robert H. Swan
- Thomas J. Tierney
- Perry M. Traquina

The Board limits membership on the Audit Committee, the Compensation Committee, and the Corporate Governance and Nominating Committee to independent directors.

Our Corporate Governance Guidelines require any director who has previously been determined to be independent to inform the Chairman of the Board and our Corporate Secretary of any change in his or her principal occupation or status as a member of the board of any other public company, including retirement, or any change in circumstance that may cause his or her status as an independent director to change.

**Board Refreshment**

Our Board has shown an ongoing commitment to Board refreshment and to having highly qualified, independent perspectives in the boardroom. Of our current directors, 11 new directors were added since 2015. Our directors have an average tenure of 6 years and a median tenure of 3 years. This experience balances the institutional knowledge of our longer-tenured directors with the fresh perspectives brought by our newer directors. One of our goals in board refreshment is enhancing the diversity of the Board, and to that end, we have had three women directors join the Board since 2015.

8

Table of Contents

**Proposals Requiring Your Vote** | Proposal 1 — Election of Directors



**Adriane M. Brown, 60**

**Director Since:** 2017

**eBay Board Committees:**
- Audit Committee
- Risk Committee

**Other Public Company Boards:**
- Allergan Plc (since 2017)
- Raytheon Company (since 2018)

**Director Qualifications**

- **Global Business Leadership:** Ms. Brown brings to the Board her extensive business leadership experience leading a number of global technology and commercial businesses. She possesses significant experience driving business strategy, business development, R&D, manufacturing and sales, and serving customers worldwide. She is known for driving innovation, customer expansion and business growth.
- **Leadership:** Ms. Brown served as President and Chief Operating Officer for Intellectual Ventures ("IV") from January 2010 to July 2017, after more than 25 years in leadership roles in corporate America. During her tenure at IV, the company delivered more than $3B in Revenue, invented the technology enabling 14 companies and joint ventures, acquired 50 customers and established Global Good and Research, which is making significant inroads in global health through invention and innovation.

**Experience**

Ms. Brown became a Venture Partner at Flying Fish Fund in November 2018. Prior to that, Ms. Brown served as President and Chief Operating Officer for IV from January 2010 through July 2017, and served as a Senior Advisor until December 2018. Before joining IV, Ms. Brown served as President and Chief Executive Officer of Honeywell Transportation Systems. Over the course of 10 years at Honeywell, she held leadership positions serving the aerospace and automotive markets, globally. Prior to Honeywell, Ms. Brown spent 19 years at Corning ultimately serving as VP and GM, Environmental Products Division, having started her career there as a shift supervisor.

Ms. Brown also serves on the board of directors of Allergan Plc, Raytheon Company and Washington Research Foundation. She is also on the board of directors of the Pacific Science Center and Jobs for America's Graduates.

Ms. Brown holds a Doctorate of Humane Letters and a bachelor's degree in environmental health from Old Dominion University, and was named a Distinguished Alumni. She also holds a master's degree in management from the Massachusetts Institute of Technology where she was a Sloan Fellow.



**Jesse A. Cohn, 38**

**Director Since:** 2019

**eBay Board Committees:**
- None

**Other Public Company Boards:**
- Citrix Systems, Inc. (since 2015)

**Director Qualifications**

- **Technology Industry Experience:** Extensive experience in the technology industry, sitting on the boards of technology companies.
- **Leadership:** As the Head of U.S. Equity Activism at Elliot Management Corporation, and as a member of the boards of multiple technology companies, Mr. Cohn brings strong leadership experience to the Board.

**Experience**

Mr. Cohn is a Partner, member of the Management Committee, and the Head of U.S. Equity Activism at Elliott Management Corporation. Mr. Cohn's primary responsibility is to manage U.S. equity activist efforts, and he spends considerable time focusing on Elliott's technology investments.

Mr. Cohn serves on the Board of Directors of Citrix Systems, Inc. and is a member of the Advisory Board at the Harvard Law School Program on Corporate Governance. Prior to joining Elliott in 2004, Mr. Cohn was an Analyst in the mergers and acquisitions group at Morgan Stanley. He earned his B.S. in Economics from the University of Pennsylvania's Wharton School of Business, from which he graduated summa cum laude.

29

Table of Contents

**Our Executive Officers**

# Our Executive Officers

Executive officers are appointed annually by the Board and serve at the discretion of the Board. Set forth below is information regarding our executive officers as of April 1, 2019.

| Name | Age | Position | Biography |
|---|---|---|---|
| **Devin N. Wenig** | 52 | President and Chief Executive Officer | Mr. Wenig's biography is set forth under the heading "Proposal 1 – Election of Directors," above. |
| **Scott F. Schenkel** | 51 | Senior Vice President, Finance and Chief Financial Officer | Mr. Schenkel serves eBay as Senior Vice President, Finance and Chief Financial Officer. He has served in that capacity since July 2015. He has been with eBay since March 2007 and has held a number of executive roles, most recently as Senior Vice President, Finance and Chief Financial Officer for eBay Marketplaces from March 2010 until July 2015 and as Vice President, Finance and Chief Financial Officer for eBay Marketplaces from September 2008 to March 2010. Prior to joining eBay, Mr. Schenkel spent over 16 years in finance with General Electric, in a variety of roles around the world.<br><br>Mr. Schenkel currently serves on the board of NetApp. |
| **Stephen Fisher** | 54 | Senior Vice President, Chief Technology Officer | Mr. Fisher serves eBay as Senior Vice President, Chief Technology Officer. He was originally named Chief Technology Officer in July 2015. Beginning June 2018, Mr. Fisher transitioned to the role of Senior Vice President, Payments of eBay Inc., in order to focus on a personal matter. He resumed his role as Senior Vice President, Chief Technology Officer effective November 2018. Mr. Fisher joined eBay in September 2014 as Senior Vice President, Chief Technology Officer, eBay Marketplaces. Prior to joining eBay, Mr. Fisher spent 10 years at Salesforce.com, an enterprise cloud computing company, most recently as its Executive Vice President, Technology.<br><br>Mr. Fisher currently serves on the board of director of Vonage Holdings Corp. |
| **Marie Oh Huber** | 57 | Senior Vice President, Legal Affairs, General Counsel and Secretary | Ms. Huber serves eBay as Senior Vice President, Legal Affairs, General Counsel and Secretary. She assumed her current role in July 2015. Prior to joining eBay, Ms. Huber spent 15 years at Agilent Technologies, a technology and life sciences company, most recently as Senior Vice President, General Counsel and Secretary. |
| **Wendy Jones** | 53 | Senior Vice President, Global Customer Experience & Operations | Ms. Jones serves eBay as Senior Vice President, Global Customer Experience & Operations. She joined eBay in 2003 as Vice President, Customer Service for North America and Australia. She has held various other leadership roles at eBay over the years. Prior to joining eBay, Ms. Jones worked at State Street Bank, Land Rover NA, and for iSKY, Inc., in various leadership roles. |
| **Jae Hyun Lee** | 53 | Senior Vice President, General Manager, eBay Markets | Mr. Lee serves eBay as Senior Vice President, General Manager, eBay Markets. He has served in that capacity since February 2019. Prior to this position, he served as Senior Vice President, EMEA, since August 2017. Senior Vice President, Asia Pacific, leading the region for 12 years. Prior to joining eBay, Mr. Lee spent almost eight years at Boston Consulting Group with various roles all over the world. |
| **Kristin Yetto** | 52 | Senior Vice President, Chief People Officer | Ms. Yetto serves eBay as Senior Vice President, Chief People Officer. She has served in that capacity since July 2015. She has been with eBay since March 2003 and has held a number of executive roles, most recently as Senior Vice President of Human Resources for eBay Marketplaces from March 2010 until July 2015. Prior to joining eBay, Ms. Yetto served as an HR Business Partner at Palm. Before Palm, Ms. Yetto was a Director of Global Services for Seagate Technology. |

49