# EXHIBIT 18



SIDLEY AUSTIN LLP
60 STATE STREET
36TH FLOOR
BOSTON, MA 02109
+1 617 223 0300
+1 617 223 0301 FAX

+1 617 223 0304
JPIROZZOLO@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

December 16, 2021

**By Email**

William W. Fick
Daniel N. Marx
Amy Barsky
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
wfick@fickmarx.com
dmarx@fickmarx.com
abarsky@fickmarx.com

  *Re:* **Second Supplemental Privilege Log of eBay Inc.**
    <u>*United States v. Baugh et al.*</u>**, 20-cr-10263**

Dear Counsel:

  We write on behalf of our client, eBay Inc. ("eBay"), in connection with the above-referenced matter. With this letter we are sending you an encrypted file containing a second supplemental privilege log ("Second Supplemental Log") in connection with the Fed. R. Crim. P. 17(c) subpoena issued on behalf of your client (the "Subpoena"), labeled EBAY_BAUGHPRIV_0019. The Second Supplemental Log supplements the Initial Privilege Log and First Supplemental Privilege Log that eBay produced to you on November 8, 2021 and November 15, 2021, respectively. The Second Supplemental Log is being produced subject to the Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan, Lewis & Bockius LLP entered by the Court on November 9, 2021 (Dkt. 120), and is marked accordingly. The file has been password-protected to protect its contents; the password will be sent to you by separate email.

  The Second Supplemental Log contains an entry describing a document potentially responsive to Request No. 4 of the Subpoena. As previously communicated, eBay has expended significant efforts to conduct reasonably diligent searches and reviews to identify documents that may be responsive to the Subpoena and to log those that it identifies as subject to the attorney client privilege and/or other applicable protections. This document was identified during the course of eBay's continued efforts.

# SIDLEY

Page 2

The Second Supplemental Log lists a potentially responsive document that is subject to claims of privilege or other protections and was identified after reasonably diligent searches and reviews. As with the Initial Log and First Supplemental Log, eBay is providing this log in a good faith effort to narrow the areas of disagreement between the parties and to allow for more efficient briefing and decision on the remaining issues in connection with the Subpoena and the Rule 17(c) subpoena issued to Morgan, Lewis & Bockius LLP in this matter (together, the "Subpoenas"). Providing you with the Second Supplemental Log is not intended as a waiver of any objections or challenges to the Subpoenas and eBay expressly reserves all such objections and challenges, including on the grounds that the Subpoenas (a) seek information that is not relevant and information that is not admissible, (b) include requests that are not sufficiently specific, and (c) request information that is subject to claims of privilege/other applicable protections. Further, eBay reserves all rights to file a motion to quash the Subpoenas or to seek other protections, on all available grounds. eBay's inclusion of any document or information on the Second Supplemental Log shall not operate as an admission that the document or information is properly within the scope of the Subpoena.

The provision of this privilege log, or any failure or purported failure to list a document or information on the Second Supplemental Log, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding. eBay expressly reserves the right to assert privilege or other protections over material or information in connection with this or any other proceeding. eBay also reserves the right to supplement and/or amend the Second Supplemental Privilege Log.

                          Very truly yours,

                          */s/ Jack W. Pirozzolo*
                          Jack W. Pirozzolo

cc:    Kathryn L. Alessi