# EXHIBIT 20

# Morgan Lewis

**Nathan J. Andrisani**
Partner
+1.215.963.5362
nathan.andrisani@morganlewis.com

December 16, 2021

**VIA E-MAIL**

William W. Fick
Daniel N. Marx
Fick & Marx LLP
24 Federal Street, 4th Flr.
Boston, MA 02110
wfick@fickmarx.com
dmarx@fickmarx.com

Re:   Subpoena to Morgan Lewis & Supplemental Morgan Lewis Privilege Log
       United States v. Baugh et al., 20-cr-10263 (D. Mass.)

Dear Counsel:

We write on behalf of Morgan Lewis & Bockius LLP ("Morgan Lewis") in connection with the above-referenced matter and pursuant to our previous communications, including my prior letter to you dated November 8, 2021. We are providing herewith an encrypted file containing Morgan Lewis's supplemental privilege log in connection with the Fed. R. Crim. P. 17(c) subpoena that you issued to Morgan Lewis on behalf of your client (the "Subpoena"), labeled "MLB_BAUGHPRIV_0002". Morgan Lewis's privilege log is produced subject to the Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan Lewis & Bockius LLP and is marked accordingly. The file has been password-protected to protect its contents; the password will be sent to you by separate email.

In accordance with our earlier communications, Morgan Lewis has conducted reasonably diligent searches and reviews to identify documents that may be responsive to the Subpoena and to log those that it has identified as subject to the attorney-client privilege and/or attorney work product protection.

Morgan Lewis is providing its supplemental privilege log after conducting reasonably diligent searches and reviews to identify documents that are potentially responsive to the Subpoena as issued but are subject to claims of privilege or other protections from disclosure. Morgan Lewis provides this log without waiver of any objections or challenges to the Subpoena. Morgan Lewis expressly preserves and does not waive any and all objections to the Subpoena, including on the grounds that the Subpoena (a) seeks information that is not relevant and information that is not admissible, (b) includes requests that are not sufficiently specific, and (c) requests information that is subject to claims of privilege and/or other applicable protections. Morgan Lewis reserves all rights to file a motion to quash the Subpoena and/or to seek other protections, on all available

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921          T +1.215.963.5000
United States                         F +1.215.963.5001

William W. Fick
December 16, 2021
Page 2

grounds. Morgan Lewis's inclusion of any document or information within its privilege log shall not operate as an admission that the document or information is properly within the scope of the Subpoena.

Morgan Lewis has made a reasonable, good faith attempt to log privileged or otherwise protected records identified in the course of its reasonably diligent inquiry in relation to the Subpoena. The provision of its supplemental privilege log, or any purported failure to list a document or information within its supplemental privilege log, shall not constitute a waiver of the attorney-client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding and shall not limit Morgan Lewis's or eBay's right to assert privilege or work product protection over material or information in connection with this or any other proceeding. Morgan Lewis reserves the right to supplement and/or amend the enclosed privilege log.

Very truly yours,

/s/ Nathan J. Andrisani

Nathan J. Andrisani


Attachment
c: Matthew D. Klayman, Esq.