UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>        Defendants. | Criminal No. 20-CR-10263-PBS<br><br>HEARING SCHEDULED FOR:<br>January 28, 2022 |

### INTERVENOR MORGAN, LEWIS & BOCKIUS LLP'S
### MOTION TO QUASH RULE 17(C) SUBPOENA

Intervenor Morgan, Lewis & Bockius LLP ("Morgan Lewis") hereby moves to quash Requests 1, 2, and 4 of the subpoena issued to it by Defendant Jim Baugh pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. As grounds for this motion, Morgan Lewis states as follows:

1.      The documents Baugh seeks in the subpoena consist predominantly of materials that are protected from disclosure under the attorney-client privilege and/or the work product doctrine. Contrary to Baugh's position, there has been no waiver of privilege or work product protection over these documents, and Supreme Court precedent forecloses Baugh's argument that his constitutional trial rights supersede applicable protections.

2.      Baugh has failed to demonstrate that the subpoena seeks specific, relevant, and admissible documents under *United States v. Nixon*, 418 U.S. 683 (1974), and its progeny.

3.      In further support of this motion, Morgan Lewis references and fully incorporates herein its accompanying memorandum of law, the Memorandum in Support of eBay Inc.'s Motion to Quash Rule 17(c) Subpoenas Issued to eBay Inc. and Morgan, Lewis & Bockius LLP, the Declaration of Andrew C. Phelan, Esq., and the Declaration of Jack. W. Pirozzolo, Esq., including attached exhibits.

WHEREFORE, Morgan Lewis respectfully requests that the Court grant its motion to quash Requests 1, 2, and 4 of the subpoena issued to it.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Morgan Lewis respectfully requests oral argument in connection with this motion to quash. The motion raises significant questions about Defendant Jim Baugh's entitlement to the subpoenaed documents. Oral argument will allow the parties to address these questions fully and to respond to any questions the Court may have.

Dated: December 17, 2021  Respectfully submitted,

*/s/ Nathan J. Andrisani*
Nathan J. Andrisani (*pro hac vice*)
  nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

Jonathan M. Albano (BBO #013850)
  jonathan.albano@morganlewis.com
Emma D. Hall (BBO #687947)
  emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

*Counsel for Morgan, Lewis & Bockius LLP*

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Nathan J. Andrisani, counsel for Morgan, Lewis & Bockius LLP, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for Baugh and have attempted in good faith to resolve or narrow the issues subject to this motion. Baugh's counsel stated that he opposes this motion.

Dated: December 17, 2021  　　　　　　　　　　*/s/ Nathan J. Andrisani*
　　　　　　　　　　　　　　　　　　　　　　Nathan J. Andrisani

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Nathan J. Andrisani*
Nathan J. Andrisani