IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

**DEFENDANT JIM BAUGH'S ASSENTED-TO MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE ORDER**

Defendant, Jim Baugh, with the assent of the government, respectfully requests a further one-day extension of time, through and including January 6, 2022, in which to file his Objection to the Magistrate Judge's Order [D.E. 122] denying in substantial part his Motion to Compel Discovery [D.E. 77]. As grounds for this motion, undersigned counsel states additional time is required to complete the Objection in light of counsel's other professional commitments and deadlines.

Respectfully submitted,

JIM BAUGH
by his attorney,

    */s/ William Fick*
WILLIAM W. FICK, ESQ.
DANIEL N. MARX, ESQ.
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

I hereby certify that I have caused a copy of this motion to be served upon all counsel by CM/ECF on January 5, 2022.

                                                          */s/ William Fick*