IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

**DEFENDANT JIM BAUGH'S ASSENTED-TO MOTION FOR EXTENSIONS OF TIME TO FILE OPPOSITIONS AND REPLIES TO MOTIONS TO QUASH**

Defendant, Jim Baugh, with the assent of movants eBay and Morgan Lewis, respectfully requests an extension of time, through and including January 10, 2022, in which to file his Oppositions to their Motions to Quash [D.E. 137 and 141], and a corresponding extension of time for eBay and Morgan Lewis to file any Replies, through and including January 21, 2022.

As grounds for this motion, undersigned counsel states additional time is required to complete Oppositions in light of counsel's other professional commitments and deadlines.

Respectfully submitted,

JIM BAUGH
by his attorney,

　　　/s/ William Fick　　　
WILLIAM W. FICK, ESQ.
DANIEL N. MARX, ESQ.
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

I hereby certify that I have caused a copy of this motion to be served upon all counsel by CM/ECF on January 6, 2022.

                                                  */s/ William Fick*