UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>      Defendants. | Criminal No. 20-CR-10263-PBS<br><br>ORAL ARGUMENT REQUESTED |

**UNOPPOSED MOTION OF INTERVENOR EBAY INC.
TO FILE ONE EXHIBIT UNDER SEAL**

Intervenor eBay Inc. ("eBay") respectfully moves, unopposed and pursuant to Local Rule 7.2, for leave to file under seal one exhibit submitted in support of eBay's and Morgan, Lewis and Bockius's ("Morgan Lewis's") motions to partially quash the Fed. R. Crim. P. 17(c) subpoenas issued to eBay and Morgan Lewis by Defendant Jim Baugh ("Baugh") (Dkts. 137, 141) and eBay's and Morgan Lewis's forthcoming replies to Baugh's opposition thereto (Dkt. 153). The exhibit is an additional privilege log that eBay has provided to Baugh pursuant to the confidentiality and protective order this Court entered in this matter on November 9, 2021 (Dkt. 120).

As grounds for this motion, eBay states as follows:

1. On December 16, 2021, in support of eBay's and Morgan Lewis's then-forthcoming motions to partially quash the Rule 17(c) subpoenas, eBay and Morgan Lewis filed an unopposed, joint motion to file under seal five privilege logs that eBay and Morgan Lewis had produced to Baugh during the meet and confer process. (Dkt. 134). The Court granted that motion on December 17, 2021. (Dkt. 136).

2. Thereafter on December 17, 2021, eBay and Morgan Lewis filed motions to partially quash the Rule 17(c) subpoenas (Dkts. 137, 141). In support thereto, eBay filed a

document declaration, which, *inter alia*, attached under seal eBay's and Morgan Lewis's privilege logs. (Dkt. 140, Exhibits 7, 9, 11, 19, 21). On January 10, 2022, Baugh filed his opposition to eBay's and Morgan Lewis's motions to quash (Dkt. 153).

3. On January 19, 2022, eBay produced an additional privilege log to Baugh.[1] eBay intends to file this additional privilege log as an exhibit to a document declaration submitted in support of its and Morgan Lewis's motions to partially quash the subpoenas and their forthcoming replies to Baugh's opposition. Similar to eBay's and Morgan Lewis's prior submitted logs, the additional privilege log is protected from public disclosure by the Court's Agreed Upon Order of Confidentiality Concerning Privilege Logs of Intervenors eBay Inc. and Morgan Lewis & Bockius LLP (the "Confidentiality Order"), which this Court entered on November 9, 2021. *See* Dkt. 120.

4. eBay now seeks similar relief to that granted by this Court in its earlier order, and pursuant to the protective order entered by the Court in this matter, eBay now moves unopposed to file under seal the additional privilege log that eBay produced to Baugh on January 19, 2022.

5. As set forth in the accompanying Declaration of Allison Marrazzo Furnanz ("Furnanz Decl."), in-house counsel for eBay, the additional privilege log contains highly sensitive and confidential information, including information regarding the manner in which eBay conducts confidential internal investigations into alleged employee wrongdoing and other legal issues. Furnanz Decl. ¶¶ 2, 4. The additional privilege log also includes subject lines and file names that disclose information related to commercially sensitive, confidential matters, including various employment matters. *Id.* The additional privilege log also includes sensitive

---

[1] eBay produced an initial version of this log to Baugh on January 14, 2022 and produced an amended version of the log on January 19, 2022. eBay intends to file the amended version with the Court.

personal information, including non-public email addresses of certain individuals whose communications are logged and information related to various employment matters.  *Id.*

6.      The public disclosure of such information would (a) harm eBay's ability to conduct future investigations, (b) harm eBay's future legal and business operations, and (c) forever publicly disclose the non-public email addresses and other sensitive personal information of various individuals.  *Id.* ¶ 5.

7.      Courts regularly grant motions to seal privilege logs in circumstances similar to these.  *See Connor v. Quora, Inc.*, No. 18-CV-07597-BLF, 2020 WL 6700473, at *2 (N.D. Cal. Nov. 13, 2020) (granting motion to seal portions of privilege log where log "reflects how [the company] pursued its internal investigation of the data breach at the direction of counsel and contains non-public personal information of dozens of individuals associated with the investigation . . . [which] could be used by a bad actor to harm [the company] by revealing how it conducted its investigation."); *Sweet v. City of Mesa*, No. CV-17-00152-PHX-GMS, 2021 WL 4593079, at *2 (D. Ariz. Oct. 6, 2021) ("Given the confidential nature of the information contained within the privilege log, good cause exists to seal . . ."); *In re Fin. Oversight & Mgmt. Bd. for Puerto Rico*, 392 F. Supp. 3d 244, 251 n.5 (D.P.R. 2019) ("Because the April 29 Log and the May 1 Log contain personal email addresses for senders and recipients . . . Judge Dein granted the [motion to seal], thereby permitting the Oversight Board to file partially redacted versions of its privilege logs on the public docket and unredacted versions of the logs under seal.").  Indeed, this Court granted such relief with respect to the other privilege logs in this case. (Dkt. 136).

8.      In addition, eBay's and Morgan Lewis's motions to partially quash the Rule 17(c) subpoenas are in the nature of discovery motions.  The public does not have a presumptive right

of access to information submitted in conjunction with a discovery matter. *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 13 (1st Cir. 1986) ("Materials submitted to a court for its consideration of a discovery motion are actually one step further removed in public concern from the trial process than the discovery materials themselves, materials that the Supreme Court has said are not subject to the public's right of access.").

9. Counsel for the Defendants and for the government do not object to this motion.

WHEREFORE, eBay respectfully requests that the Court allow this motion and permit eBay to file under seal the additional privilege log to be attached to a forthcoming declaration.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) and to the extent it would aid the Court, eBay hereby requests the opportunity to be heard on the relief requested herein.

Dated: January 19, 2022              Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com
*Counsel for eBay Inc.*

## LOCAL RULE 7.1(A)(2) CERTIFICATIONS

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), I have conferred with counsel for Baugh, the government, and Harville regarding the relief requested herein, who all indicated that they do not object to this motion.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo