# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>      Defendants. | Criminal No. 20-CR-10263-PBS |

## CERTIFICATE OF SCOTT T. NONAKA

I, Scott T. Nonaka, hereby certify as follows:

1. I am a partner in the law firm Sidley Austin LLP, located at 555 California Street, Suite 2000, San Francisco, California 94104. My telephone number is (415) 772-1285.

2. I represent Intervenor eBay Inc.

3. I am a member in good standing of the bar of the State of California (admitted May 27, 2003) and the bar of the State of New York (admitted January 9, 1992). I am admitted in the United States District Courts for the Northern District of California; the Central District of California; the Southern District of New York; and the Western District of New York; and the United States Courts of Appeals for the Second and Ninth Circuits. I am a member of the bar in good standing in each and every jurisdiction to which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 20th day of January, 2022.

*/s/ Scott T. Nonaka*
Scott T. Nonaka