UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

       Defendants.

Criminal No. 20-CR-10263-PBS

## UNOPPOSED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, Intervenor eBay Inc. ("eBay"), through undersigned counsel, moves this Court to grant leave to appear *pro hac vice* on behalf of eBay to Daniel J. Feith of the Washington D.C. office of the law firm Sidley Austin LLP.

1. Undersigned counsel, who is a member in good standing of the bar of this Court, has filed an appearance and will be acting as co-counsel for eBay in this matter with counsel from the Washington D.C. office of the law firm Sidley Austin LLP.

2. eBay now moves through undersigned counsel to have Mr. Feith admitted to appear *pro hac vice* to represent it in this matter.

3. In support of this Motion, eBay submits the attached Certificate of Mr. Feith verifying that:

    a. he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice;

    b. he has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction;

    c. he has not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct; and

    d. he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

4. Counsel for eBay has conferred with counsel for both Defendants and for the government, and received no opposition to this Motion.

WHEREFORE, undersigned counsel moves this Court to grant leave to appear *pro hac vice* on behalf of eBay to Attorney Daniel J. Feith.

Dated: January 20, 2022

    Respectfully submitted,

    eBay Inc.

    By: */s/ Jack W. Pirozzolo*
    Jack W. Pirozzolo (BBO #564879)
    Kathryn L. Alessi (BBO #651110)
    SIDLEY AUSTIN LLP
    60 State St., 36th Floor
    Boston, MA 02109
    Tel. (617) 223-0300
    jpirozzolo@sidley.com
    kalessi@sidley.com

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for eBay has conferred with counsel for both Defendants and for the government and received no opposition to this Motion.

                                           */s/ Jack W. Pirozzolo*
                                           Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                           */s/ Jack W. Pirozzolo*
                                           Jack. W. Pirozzolo