# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

      Defendants.

Criminal No. 20-CR-10263-PBS

## **CERTIFICATE OF DANIEL J. FEITH**

I, Daniel J. Feith, hereby certify as follows:

1. I am a counsel in the law firm of Sidley Austin LLP, located at 1501 K Street, NW, Washington, D.C. 20005.  My telephone number is (202) 736-8511.

2. I represent Intervenor eBay Inc.

3. I am a member in good standing of the bar of the State of Maryland (admitted January 3, 2013) and the bar of the District of Columbia (admitted September 11, 2015).  I am admitted in the United States Courts of Appeals for the First, Third, Ninth, D.C., and Federal Circuits. I am a member of the bar in good standing in each and every jurisdiction to which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 6th day of January, 2022.

2

                                               */s/ Daniel J. Feith*
                                               Daniel J. Feith