1/20/22
After a review of the privilege logs, I do not find good cause to seal them in their entirety. The intervenors may redact email addresses and any confidential personal contact information (i.e. cell phone numbers or personal addresses). Redacted copies shall be filed on the public docket within 15 business days.
Patti B. Saris

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

Defendants.

Criminal No. 20-CR-10263-PBS

**~~[PROPOSED]~~ AGREED UPON ORDER OF CONFIDENTIALITY CONCERNING PRIVILEGE LOGS OF INTERVENORS EBAY INC. AND MORGAN LEWIS & BOCKIUS LLP**

Defendant Jim Baugh ("Defendant") and Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis," and together with eBay, "Intervenors") hereby agree that the privilege log(s) to be provided by Intervenors to the Defendant in connection with this matter (each privilege log, a "Privilege Log," and together, the "Privilege Logs") shall be governed by this Agreed Upon Order ("Order"), subject to amendment by further agreement of Intervenors and the Defendant or by Order of the Court. Accordingly, the Defendant and Intervenors agree as follows:

1. Intervenors contend that the Privilege Logs contain sensitive personal information and/or information that is trade secret, commercially sensitive and/or highly confidential and that would in the ordinary course by treated as confidential and not disclosed to third parties;

2. The Privilege Logs shall be used solely in connection with the preparation and litigation of the Defendant's legal defense in this case, including, for the avoidance of doubt, in connection with any motion practice related to Defendant's Fed. R. Crim. P. 17(c) subpoenas to the Intervenors, and shall not be copied, disseminated or in any way disclosed to anyone outside