UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>JIM BAUGH, et al,<br><br>Defendants. | Criminal No. 20-CR-10263-PBS<br><br>HEARING SCHEDULED FOR:<br>January 28, 2022 |

### REPLY IN SUPPORT OF INTERVENOR MORGAN, LEWIS & BOCKIUS LLP'S MOTION TO QUASH RULE 17(C) SUBPOENA

Defendant Jim Baugh's opposition to Morgan Lewis & Bockius LLP's ("Morgan Lewis") and eBay Inc.'s ("eBay") motions to quash admittedly does not respond directly to Morgan Lewis's motion to quash [D.E. 153, at 1 n.1]. Rather, because Baugh recognizes that eBay is "the holder of the claimed privilege" his subpoenas seek to vitiate, Baugh's opposition focuses only on eBay's motion to quash [*Id.*]. Baugh's opposition is unpersuasive for all the reasons set forth in eBay's reply in further support of its motion to quash (which Morgan Lewis adopts and incorporates herein). The Court, therefore, should grant Morgan Lewis's motion to quash. In addition, the Court has another independent reason to grant Morgan Lewis's motion – Morgan Lewis's *own* interest in the protected work product Baugh seeks through his subpoena.

The work product doctrine "seeks in part to protect attorneys' interest in their own intellectual product," giving those attorneys standing independent of their clients to prevent disclosure of their protected work product [D.E. 142, at 2 (quoting *In re Grand Jury Subpoena*, 220 F.R.D. 130, 145 (D. Mass. 2004))]. This is because the work product doctrine serves the "need to protect the privacy of the ***attorney's*** mental processes." [*Id.* at 2 (emphasis added) (quoting *In re Grand Jury Subpoena*, 220 F.R.D. at 142)]. Such protection is "necessary" for

1

"our adversary system of justice" to work properly. *In re Grand Jury Subpoena*, 220 F.R.D. at 142.

As set forth in Morgan Lewis's motion to quash, Baugh's subpoena squarely implicates Morgan Lewis's interest in its protected work product. Baugh's subpoena to Morgan Lewis seeks notes and memoranda containing the thoughts and mental impressions of Morgan Lewis attorneys. Such work product is "opinion work product," entitled to "nearly absolute" protection. *See id.* at 145. Yet Baugh does not address Morgan Lewis's interest in its work product, much less show how his purported "constitutional rights" override the "nearly absolute" protection afforded to such materials. Instead, Baugh argues that such protection over *all documents* generated during eBay's internal investigation into Baugh's conduct were waived through disclosure of *factual information* and *limited* privileged information to the government. That is incorrect. As set forth in eBay's reply in further support of its motion to quash, no such waiver occurred. Indeed, even *Alaska Electrical Pension Fund v. Bank of America Corp.*, the authority on which Baugh relies, does not support a finding of the seemingly boundless waiver for which Baugh advocates. Rather, the court in *Alaska Electrical Pension Fund* found waiver only as to "a relatively limited set of documents" defendants had disclosed to the government. No. 14-CV-7126 (JMF), 2017 WL 280816, at *1-2 (S.D.N.Y. Jan. 20, 2017). It did not find that such a limited disclosure worked a waiver of work product protection or attorney-client privilege over *all* documents generated during the course of defendants' internal investigation, as Baugh suggests.

For the reasons set forth above, in eBay's reply in further support of its motion to quash, and in both Morgan Lewis's and eBay's memoranda in support of their respective motions to quash, the Court should quash the subpoena issued to Morgan Lewis.

| | |
|---|---|
| Dated: January 21, 2022 | Respectfully submitted, |

*/s/ Nathan J. Andrisani*
Nathan J. Andrisani (*pro hac vice*)
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

Jonathan M. Albano (BBO #013850)
jonathan.albano@morganlewis.com
Emma D. Hall (BBO #687947)
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736

*Counsel for Morgan, Lewis & Bockius LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Nathan J. Andrisani*
Nathan J. Andrisani