IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH, *et al*. | No. 20-cr-10263-PBS |

### DEFENDANT JIM BAUGH'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS X, XI, XIII, AND XIV OF THE INDICTMENT

Defendant Jim Baugh respectfully requests leave to file the attached proposed Reply in support of his Motion to Dismiss Counts X, XI, XIII, and XIV of the Indictment [D.E. 114] (proposed Reply at Ex. A). As grounds for this motion, Mr. Baugh states the proposed Reply will assist the Court to focus argument on the issues to be addressed at the upcoming motion hearing. The government assents to this motion, and Mr. Baugh assents to any request by the government for leave to file a sur-reply after the hearing, if the government requests the opportunity.

Respectfully submitted,

**JIM BAUGH**

by his attorneys,

   */s/ Daniel N. Marx*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

Dated: January 27, 2022

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2022.

                                                         */s/ Daniel N. Marx*