IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Jim Baugh, with the assent of the government and U.S. Probation, respectfully requests that his conditions of release be modified to remove the curfew condition. As grounds, Mr. Baugh has been fully compliant with release conditions since his arrest in Summer 2020 and has maintained a stable residence in the Seattle area since Spring 2021.

In addition, Mr. Baugh consents to the additional condition that U.S. Probation and Pretrial Services have the discretion, if it be deemed necessary in the future, to conduct random alcohol testing or impose an alcohol testing requirement.

Respectfully submitted,

JIM BAUGH
by his attorney,

    */s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2022.

                                                */s/ William Fick*