## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

       Defendants.

Criminal No. 20-CR-10263-PBS

### UNOPPOSED MOTION AS TO AGREED UPON ORDER OF CONFIDENTIALITY AND NON-WAIVER CONCERNING MATERIALS TO BE PRODUCED TO DEFENDANT BAUGH

NOW COME Intervenors eBay Inc. ("eBay") and Morgan Lewis & Bockius LLP ("Morgan Lewis," and together with eBay, "Intervenors"), through their undersigned counsel, and respectfully move this Court, in accordance with Fed. R. Evid. 502(d), to enter the attached [Proposed] Agreed Upon Order of Confidentiality and Non-Waiver Concerning Materials to Be Produced to Defendant Baugh (the "Order") in connection with documents and information to be provided by Intervenors to Defendant Baugh in connection with this matter.  As grounds for this motion, Intervenors state as follows:

    1.    In accordance with the Court's directive during the January 28, 2022 hearing, Intervenors anticipate providing Defendant Baugh with certain documents and information responsive to his Rule 17(c) subpoenas.

    2.    Intervenors contend that the materials to be produced may contain sensitive personal information, information that is trade secret, commercially sensitive, highly confidential and/or protected by the work product doctrine or the attorney-client privilege and that would in the ordinary course be treated as confidential and not disclosed to third parties.  In addition, Rule 502(d) authorizes the Court to issue an order that privilege or other protection from disclosure is not waived by disclosure connected with the litigation pending before the Court.  *See* Fed. R.

Evid. 502(d). The proposed Order will afford Defendant Baugh access to the materials in a manner that protects any such sensitive information, including in accordance with Rule 502(d).

3. Counsel for Defendant Baugh has agreed to the proposed Order submitted herewith and does not oppose this motion. Counsel for Defendant Harville and the government also do not object to this motion and the proposed Order.

WHEREFORE, eBay and Morgan Lewis respectfully request that the Court grant this unopposed motion to enter the attached [Proposed] Agreed Upon Order of Confidentiality and Non-Waiver Concerning Materials to Be Produced to Defendant Baugh. A copy of the proposed Order is attached as Exhibit A.

Dated: February 4, 2022

Respectfully submitted,

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

*Counsel for eBay Inc.*

/s/ Jonathan M. Albano
Jonathan M. Albano (BBO #013850)
Emma D. Hall (BBO #687947)
jonathan.albano@morganlewis.com
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
One Federal Street
Boston, MA  02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

Nathan J. Andrisani (*pro hac vice*)

nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(a)(2), I have conferred with counsel for the defendants and the government and they do not oppose this motion.

Dated: February 4, 2022                              /s/ *Jack W. Pirozzolo*
                                                     Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: February 4, 2022                              /s/ *Jack W. Pirozzolo*
                                                     Jack W. Pirozzolo