UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIM BAUGH, et al,<br><br>Defendants. | Criminal No. 20-CR-10263-PBS |

**INTERVENOR MORGAN, LEWIS & BOCKIUS LLP'S RESPONSE TO THE COURT'S JANUARY 20, 2022 ORDER**

Pursuant to the Court's January 20, 2022 Order [D.E. 160], Intervenor Morgan, Lewis & Bockius LLP ("Morgan Lewis") files the attached, unredacted Initial Privilege Log and Supplemental Privilege Log, served on Defendant Jim Baugh ("Defendant") on November 8, 2021 and December 16, 2021 respectively. These Privilege Logs are unredacted as they contain no information within the scope of the redactions permitted under the Court's January 20, 2022 Order.

Dated: February 10, 2022
/s/ Nathan J. Andrisani
Nathan J. Andrisani (*pro hac vice*)
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

Jonathan M. Albano (BBO #013850)
jonathan.albano@morganlewis.com
Emma D. Hall (BBO #687947)
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
*Counsel for Morgan, Lewis & Bockius LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, this document and attachments, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Nathan J. Andrisani*
Nathan J. Andrisani