UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>   Defendants. | Criminal No. 20-CR-10263-PBS<br><br>Leave to file Redacted Exhibits<br>Granted on January 20, 2022 |

**SUPPLEMENTAL DECLARATION OF JACK W. PIROZZOLO, ESQ.**

I, Jack W. Pirozzolo, hereby depose and say as follows:

1. I submit this supplemental declaration in accordance with the Court's January 20, 2022 Order requiring the public filing of redacted versions of eBay Inc.'s ("eBay's") privilege logs (the "Order") (Dkt. 160) and in further support of the motions of eBay and Morgan, Lewis & Bockius LLP ("Morgan Lewis") to partially quash the Rule 17(c) Subpoenas served on them by defendant Jim Baugh ("Baugh") (Dkts. 137, 141).  Unless otherwise noted, the statements set forth herein are based on my own personal knowledge.  They are also true to the best of my knowledge, information and belief as of the date I signed this declaration.

2. I am a partner with the law firm of Sidley Austin LLP and counsel of record for eBay in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a true and accurate copy of eBay's Initial Privilege Log that eBay produced to Baugh on November 8, 2021.  Redactions are applied to the publicly-filed version of the Initial Privilege Log in accordance with the Order.  eBay's Initial Privilege Log was previously filed with the Court under seal as Exhibit 7 to the Declaration of Jack W. Pirozzolo ("Pirozzolo Declaration") (Dkt. 140, Ex. 7).

4.	Attached hereto as Exhibit 2 is a true and accurate copy of eBay's Supplemental Privilege Log that eBay produced to Baugh on November 15, 2021.  Redactions are applied to the publicly-filed version of the Supplemental Privilege Log in accordance with the Order.  eBay's Supplemental Privilege Log was previously filed with the Court under seal as Exhibit 9 to the Pirozzolo Declaration.  (Dkt. 140, Ex. 9).

5.	Attached hereto as Exhibit 3 is a true and accurate copy of eBay's Second Supplemental Privilege Log that eBay produced to Baugh on December 16, 2021.  Redactions are applied to the publicly-filed version of the Second Supplemental Privilege Log in accordance with the Order.  eBay's Second Supplemental Privilege Log was previously filed with the Court under seal as Exhibit 19 to the Pirozzolo Declaration. (Dkt. 140, Ex. 19).

I declare, under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed, February 10, 2022, in the Commonwealth of Massachusetts, United States of America.

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo, Esq.

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 10, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants. A copy of the unredacted exhibits is being filed with the Court and being served on counsel of record via email.

                                                                         */s/ Jack W. Pirozzolo*
                                                                         Jack. W. Pirozzolo