# EXHIBIT 3

UNITED STATES V. BAUGH, ET AL.
20-CR-10263

SECOND SUPPLEMENTAL
PRIVILEGE LOG OF EBAY INC.*

| Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Log00661 | Standalone Document | 10/17/2019 | Request 4 | Bryan Connor | | | | | | 052094-02__108919332v1_Project Lewis - Michelle Echevarria Call Memo to File (10.17.2019).DOCX | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Michelle Echevaria on October 17, 2019, attended by Bryan Connor, Andrew Phelan, Amir Vonsover and Molly Finn reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

* eBay produces this privilege log without waiver of, and expressly preserves, any and all objections and challenges to the Fed. R. Crim. P. 17(c) subpoenas issued to eBay Inc. and Morgan Lewis Bockius LLP, and reserves all rights to file a motion to quash the subpoenas or to seek other protections, on all available grounds.  The provision of this privilege log, or any purported failure to list a document or information within the privilege log, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding and shall not limit eBay's right to assert privilege or work product protection over material or information in connection with this or any other proceeding.  Further, eBay notes that certain of the documents logged within this privilege log may reflect potentially attorney client privileged and/or work product protected information concerning matters not responsive to the subpoena.  eBay has not undertaken to review all nonresponsive content for attorney client privilege and/or work product protection, but expressly preserves and does not waive all claims of privilege/protection.  eBay reserves the right to supplement and/or amend this privilege log.

CONFIDENTIAL - SUBJECT TO AGREED UPON ORDER OF CONFIDENTIALITY CONCERNING PRIVILEGE LOGS

EBAY_BAUGHPRIV_0019

UNITED STATES V. BAUGH, ET AL.  
20-CR-10263

SECOND SUPPLEMENTAL  
PRIVILEGE LOG OF EBAY INC.*

| Attorneys and Legal Support Personnel | Email Address |
|---|---|
| Connor, Bryan | [REDACTED] |
| Finn, Molly | [REDACTED] |
| Phelan, Andrew | [REDACTED] |
| Vonsover, Amir | [REDACTED] |