UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JIM BAUGH, et al.,<br><br>      Defendants. | Criminal No. 20-CR-10263-PBS |

## AGREED-UPON MOTION FOR EXTENSION OF TIME TO FILE DECLARATION BY INTERVENOR EBAY, INC

NOW COMES Intervenor eBay, Inc. ("eBay"), through its undersigned counsel, and respectfully moves this Court for a one-day extension of time, through and including March 1, 2022, by which eBay and Morgan, Lewis & Bockius LLP ("Morgan Lewis") must file with the Court a declaration regarding witness interviews and disclosures to the government.  *See* Dkt. 170.  As grounds for this motion, eBay states that a one-day extension is necessary due to personal and professional commitments of those involved in preparing the Declaration.  Counsel for eBay has conferred with counsel for Defendant Jim Baugh, who assents to the relief sought with this motion.

WHEREFORE, eBay respectfully requests a one-day extension, through and including March 1, 2022, by which eBay and Morgan Lewis must file their declaration with the Court.

Dated: February 28, 2022               Respectfully submitted,

                                             */s/ Jack W. Pirozzolo*
                                             Jack W. Pirozzolo (BBO #564879)
                                             Kathryn L. Alessi (BBO #651110)
                                             SIDLEY AUSTIN LLP
                                             60 State St., 36th Floor
                                             Boston, MA 02109
                                             Tel. (617) 223-0300
                                             jpirozzolo@sidley.com
                                             kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California St. Suite 2000
San Francisco, CA 94104
Tel. (415) 772-1285
snonaka@sidley.com

Daniel J. Feith (*pro hac vice*)
SIDLEY AUSTIN LLP
1510 K St. NW
Washington, D.C. 20005
Tel. (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*

**LOCAL RULE 7.1(A)(2) CERTIFICATIONS**

I, Jack W. Pirozzolo, counsel for eBay, hereby certify that, in accordance with Local Rule 7.1(A)(2), I have conferred with counsel for Baugh who indicated that he did not object to this motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo