## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal No. 20-CR-10263-PBS |
| JIM BAUGH, et al., | |
| Defendants. | |

## INTERVENORS EBAY INC.'S AND MORGAN, LEWIS & BOCKIUS LLP'S JOINT RESPONSE TO THE COURT'S JANUARY 28, 2022 ORDER

Intervenors eBay Inc. ("eBay") and Morgan, Lewis & Bockius LLP ("Morgan Lewis") hereby file their response to the Court's January 28, 2022 Order (Dkt. 170) (the "Order"), which requested a declaration regarding disclosures of witness statements to the government as well as a more condensed privileged log focusing on witness statements. In accordance with the Order, eBay and Morgan Lewis attach two declarations: (1) Supplemental Declaration of Andrew C. Phelan, Esq. (Attachment A) and (2) Supplemental Declaration of Jack. W. Pirozzolo, Esq. (Attachment B).

Dated: March 1, 2022                      Respectfully submitted,

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO #564879)
Kathryn L. Alessi (BBO #651110)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Tel. (617) 223-0300
jpirozzolo@sidley.com
kalessi@sidley.com

Scott T. Nonaka (*pro hac vice*)
SIDLEY AUSTIN LLP
555 California St. Suite 2000
San Francisco, CA 94104
Tel. (415) 772-1285

snonaka@sidley.com

Daniel J. Feith (*pro hac vice*)
SIDLEY AUSTIN LLP
1510 K St. NW
Washington, D.C. 20005
Tel. (202) 736-8511
dfeith@sidley.com

*Counsel for eBay Inc.*


*/s/ Nathan J. Andrisani*
Nathan J. Andrisani (pro hac vice)
nathan.andrisani@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103-2921
Phone: 215-963-5362
Fax: 215-963-5001

Jonathan M. Albano (BBO #013850)
jonathan.albano@morganlewis.com
Emma D. Hall (BBO #687947)
emma.hall@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736

*Counsel for Morgan, Lewis & Bockius LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo
