# ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

JIM BAUGH, et al.,

    Defendants.

Criminal No. 20-CR-10263-PBS

## SUPPLEMENTAL DECLARATION OF JACK W. PIROZZOLO, ESQ.

I, Jack W. Pirozzolo, hereby depose and say as follows:

1. I am counsel of record for eBay in the above-captioned matter. Unless otherwise noted, the statements set forth herein are based on my own personal knowledge. They are also true to the best of my knowledge, information and belief as of the date I signed this declaration.

2. I submit this supplemental declaration in accordance with the Court's instructions at the January 28, 2022 hearing in this matter for eBay Inc. ("eBay") to submit to the Court a "supplemental privilege log focusing on those categories" of documents most relevant to the Court's waiver analysis in light of the Court's direction that it would not review all documents on the privilege logs eBay supplied to defendant Jim Baugh ("Baugh") in response to his Rule 17 subpoena. Dkt. 180 at 29-30.

3. Attached hereto as Exhibit 1 is the requested supplemental privilege log ("Condensed Log").[1] The Condensed Log contains entries from all logs produced to Baugh that are most germane to the Court's waiver analysis as articulated at the January 28, 2022 hearing. Specifically, the Condensed Log contains entries for those interview notes/memoranda that

---

[1] eBay has removed email addresses from the entries contained within the Condensed Log per the Court's January 20, 2022 order. Dkt. 160.

remain within scope of Subpoena Request No. 4 and that eBay has not produced to Baugh. The Condensed Log also contains entries for those emails and documents that remain within the scope of Subpoena Request Nos. 2 and 6 and that, after a reasonably diligent review, eBay has identified as referencing or discussing statements of witnesses from the interviews that remain within the scope of Subpoena Request No. 4. The Condensed Log also contains nineteen additional documents that eBay identified after conducting an additional review. These consist of additional drafts of witness statements and notes of communications with certain witnesses, all of which may be responsive to the Court's interest in documents relating to witness statements.[2]

4.  As is the case with any curated set of documents, it is likely that there remain documents on the original logs that do not appear on the Condensed Log that may touch on statements of witnesses. Nevertheless, this Condensed Log represents a good faith effort to identify for the Court the documents on the original logs that the Court said during the January 28, 2022 hearing that it was most interested in, namely, memoranda of witness statements and emails or other communications referencing statements of witnesses.

5.  Attached hereto at Exhibit 2 is a table listing alphabetically the relevant witnesses interviewed during the course of eBay's internal investigation along with the dates of the interviews, whether the interviews were conducted by eBay counsel or Morgan Lewis and whether the substance of the interviews was provided to the government. Although the relevant documents already appear on the Condensed Log, I have attached this table for the convenience of the Court so that it can see in a more simplified format relevant information regarding witness

---

[2] eBay has included within the Condensed Log an entry for notes taken by an employee in eBay's legal counsel office of a conversation with Natick Police Detective Jason Sutherland on August 22, 2019 and a conversation with Tony Shepard of Progressive Force Concepts on August 23, 2019. Although the conversations themselves may not have been privileged, the notes and the accompanying emails transmitting them are work product and privileged.

2

interviews. These also correspond to the witness interviews that Mr. Phelan addresses in his Supplemental Declaration filed simultaneously with this declaration.

     6.    I declare, under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

     Executed, March 1, 2022, in the Commonwealth of Massachusetts, United States of America.

                                */s/ Jack W. Pirozzolo*
                                Jack W. Pirozzolo, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jack W. Pirozzolo*
Jack. W. Pirozzolo

# EXHIBIT 1

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Log00085 | Standalone Document | 7/2/2020 | Request 4 | Kimberley Phelan | | | | | | 2020.03.06 Meagan Barret Interview (ML).docx | Attorney Client Privileged; Work Product Protected | Memorandum of confidential interview of Meaghan Barrett on March 6, 2020, attended by Andy Phelan and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 2 | Log00084 | Standalone Document | 10/15/2019 | Request 4 | Vonsover, Amir | | | | | | 2019.10.15 Michelle Echevaria.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Michelle Echevaria on October 15, 2019, attended by Molly Finn, Amir Vonsover, and Michelle Echevaria reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 3 | Log00661 | Standalone Document | 10/17/2019 | Request 4 | Bryan Connor | | | | | | 052094-02__108919332v1_Project Lewis - Michelle Echevarria Call Memo to File (10.17.2019).DOCX | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Michelle Echevaria on October 17, 2019, attended by Bryan Connor, Andrew Phelan, Amir Vonsover and Molly Finn reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 4 | Log00061 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Scott Fitzgerald.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Scott Fitzgerald on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Scott Fitzgerald reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 5 | Log00773** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Scott Fitzgerald.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Scott Fitzgerald on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Scott Fitzgerald reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 6 | Log00075 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.30 Scott Fitzgerald (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Scott Fitzgerald on August 30, 2019, attended by Colin West, Bryan Connor, Shannon Macauley, and Scott Fitzgerald reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 7 | Log00079 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.03 Scott Fitzgerald (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Scott Fitzgerald on September 3, 2019, attended by Colin West, Jordan Mundell, Andy Phelan, Shannon Macauley, and Scott Fitzgerald reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Log00080 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.05 Scott Fitzgerald (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Scott Fitzgerald on September 5, 2019, attended by Colin West, Andy Phelan, Shannon Macauley, and Scott Fitzgerald reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 9 | Log00059 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Brian Gilbert.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Brian Gilbert on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Brian Gilbert reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, and prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 10 | Log00774** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Brian Gilbert.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Brian Gilbert on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Brian Gilbert reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, and prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 11 | Log00074 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.30 Brian Gilbert (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Brian Gilbert on August 30, 2019, attended by Andy Phelan, Jordan Mundell, Shannon Macauley, and Brian Gilbert reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 12 | Log00078 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.03 Brian Gilbert (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Brian Gilbert on September 3, 2019, attended by Andy Phelan, Jordan Mundell, Colin West, Shannon Macauley, and Brian Gilbert reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 13 | Log00060 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Dave Harville.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 14 | Log00775** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Dave Harville.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Log00066 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Dave Harville_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 16 | Log00776** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Dave Harville_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 17 | Log00070 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Dave Harville_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 18 | Log00777** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Dave Harville_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and David Harville reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 19 | Log00126 | Attachment | 9/13/2019 | Request 4; Request 6 | Vonsover, Amir | | | | | | Harville Attorney meeting 9.13.2019 AJV.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of David Harville on September 13, 2019, attended by Andy Phelan, Colin West, Amir Vonsover, David Harville, and Evan Nelson reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 20 | Log00077 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.30 Wendy Jones (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Wendy Jones on August 30, 2019, attended by Andy Phelan, Jordan Mundell, Shannon Macauley, and Wendy Jones reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 21 | Log00081 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.06 Wendy Jones (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Wendy Jones on September 6, 2019, attended by Andy Phelan, Colin West, Shannon Macauley, and Wendy Jones reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

UNITED STATES V. BAUGH, ET AL.
20-CR-10263

CONDENSED PRIVILEGE LOG OF EBAY INC.*

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Log00266 | Standalone Document | 11/2/2021 | Request 4 | | | | | | | 2019.09.13 Ryan Moore Interview (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Ryan Moore on September 13, 2019, attended by Andy Phelan, Colin West, Amir Vonsover, and Ryan Moore reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's. |
| 23 | Log00062 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Stephanie Popp.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 24 | Log00778** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Stephanie Popp.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 25 | Log00067 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Stephanie Popp_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 26 | Log00779** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Stephanie Popp_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 27 | Log00071 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Stephanie Popp_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 28 | Log00780** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Stephanie Popp_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Popp on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Popp reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Log00063 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Tony Shepard.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Shannon Macauley, Amir Vonsover and Tony Shepard on August 23, 2019, in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 30 | Log00781** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Tony Shepard.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Shannon Macauley, Amir Vonsover and Tony Shepard on August 23, 2019, in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 31 | Log00782** | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.22 Sutherland Convo.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Natick Police Detective Jason Sutherland, Shannon Macauley, and Amir Vonsover on August 22, 2019 reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 32 | Log00783** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.22 Sutherland Convo.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Natick Police Detective Jason Sutherland, Shannon Macauley, and Amir Vonsover on August 22, 2019 reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 33 | Log00068 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Stephanie Stockwell.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Stockwell on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Stockwell reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 34 | Log00784** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Stephanie Stockwell.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Stephanie Stockwell on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, and Stephanie Stockwell reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 35 | Log00125 | Attachment | 9/10/2019 | Request 4 | | | | | | | Notes from Wenig.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Devin Wenig on September 10, 2019, attended by Andrew Phelan, Colin West, and Devin Wenig, reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Log00083 | Standalone Document | 11/2/2021 | Request 4 | | | | | | | 2019.09.13 Julianne Whitelaw Interview (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Julianne Whitelaw on September 13, 2019, attended by Andy Phelan, Colin West, Amir Vonsover, and Julianne Whitelaw reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 37 | Log00072 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Steve Wymer.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 38 | Log00785** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.27 Steve Wymer.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 27, 2019, attended by Shannon Macauley, Amir Vonsover, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 39 | Log00073 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.28 Steve Wymer _2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 28, 2019, attended by Shannon Macauley, Amir Vonsover, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 40 | Log00786** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.28 Steve Wymer _2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 28, 2019, attended by Shannon Macauley, Amir Vonsover, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 41 | Log00076 | Standalone Document | 2/3/2020 | Request 4 | Macauley, Shannon | | | | | | 2019.08.30 Steve Wymer (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 30, 2019, attended by Andy Phelan, Jordan Mundell, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 42 | Log00787** | Standalone Document | 9/16/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.30 Steve Wymer (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on August 30, 2019, attended by Andy Phelan, Jordan Mundell, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Log00082 | Standalone Document | 2/3/2020 | Request 4 | Macauley, Shannon | | | | | | 2019.09.09 Steve Wymer (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on September 9, 2019, attended by Andy Phelan, Colin West, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 44 | Log00240 | Standalone Document | 9/9/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.09 Steve Wymer (ML) (1).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on September 9, 2019, attended by Andy Phelan, Colin West, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 45 | Log00241 | Standalone Document | 9/11/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.09 Steve Wymer (ML) (1) (003).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on September 9, 2019, attended by Andy Phelan, Colin West, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of and by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 46 | Log00788** | Standalone Document | 9/16/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.09.09 Steve Wymer (ML).docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Steve Wymer on September 9, 2019, attended by Andy Phelan, Colin West, Shannon Macauley, and Steve Wymer reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of and by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 47 | Log00064 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Veronica Zea.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 48 | Log00789** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Veronica Zea.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 49 | Log00065 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Veronica Zea_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Log00790** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.23 Veronica Zea_2.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 23, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 51 | Log00069 | Standalone Document | 9/12/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Veronica Zea_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, Ellen Sherman, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 52 | Log00791** | Standalone Document | 8/29/2019 | Request 4 | Macauley, Shannon | | | | | | 2019.08.26 Veronica Zea_3.docx | Attorney Client Privileged; Work Product Protected | Notes of confidential interview of Veronica Zea on August 26, 2019, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, Ellen Sherman, and Veronica Zea reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared at the direction of counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 53 | Log00043 | Parent | 10/23/2019 | Request 2; Request 6 | Huber, Marie | Huber, Marie | Brown, Adriane; Swan, Bob; Farrell, Diana; Traquina, Perry; Tierney, Thomas | Phelan, Andrew C.; Finn, Molly; Huber, Marie; Schenkel, Scott; Yetto, Kristin | | FW: Project Lewis -- USAO Update 10/23/19 - Privileged and Confidential | | Attorney Client Privileged; Work Product Protected | Email chain between counsel and company representative(s) providing and discussing legal advice regarding eBay internal investigation after Natick events and regarding eBay response to law enforcement investigations after Natick events and regarding employment/personnel matters and/or actions after Natick events and regarding corporate communications after Natick events and prepared in anticipation of litigation. |
| 54 | Log00044 | Attachment | 10/23/2019 | Request 2; Request 6 | | | | | | | 2019.10.18 - Production Letter 2 to USAO.pdf | Attorney Client Privileged | Attachment to Privileged/Protected Communication prepared by counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and regarding eBay response to law enforcement investigations after Natick events. |
| 55 | Log00216 | Standalone Document | 8/29/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | Finn, Molly | | Re: Atty/Client Privilege - Interesting Doc | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 56 | Log00272 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Phelan, Andrew C.; Shaulson, Samuel S. | | | FW: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 57 | Log00273 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Phelan, Andrew C.; Shaulson, Samuel S. | | | Re: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 58 | Log00274 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Phelan, Andrew C.; Shaulson, Samuel S. | | | Re: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 59 | Log00275 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Phelan, Andrew C.; Shaulson, Samuel S. | | | Re: Confidential - Investigation Follow Up | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | Log00278 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | | | Fwd: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 61 | Log00279 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | | | Re: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 62 | Log00284 | Standalone Document | 8/30/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | | | Fwd: Confidential - Investigation Follow Up | | Attorney Client Privileged | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events. |
| 63 | Log00303 | Standalone Document | 9/4/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | Connor, Bryan M.; Mundell, Jordan; Vonsover, Amir; West, Colin C. | | Re: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 64 | Log00304 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | Connor, Bryan M.; Finn, Molly; Mundell, Jordan; West, Colin C. | | Re: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel requesting and providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 65 | Log00305 | Standalone Document | 9/4/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S.; Vonsover, Amir | Connor, Bryan M.; Mundell, Jordan; West, Colin C. | | Re: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 66 | Log00306 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly>; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | Connor, Bryan M.; Mundell, Jordan; West, Colin C. | | Re: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel requesting and providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 67 | Log00307 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Phelan, Andrew C.; West, Colin C. | | | Re: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel requesting and providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 68 | Log00308 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Ricupero, Kara | Finn, Molly | | Fwd: CONFIDENTIAL Cell Phone Check | | Attorney Client Privileged; Work Product Protected | Email chain from in-house counsel requesting and providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 69 | Log00309 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Connor, Bryan M.; Macauley, Shannon; Mundell, Jordan; Phelan, Andrew C.; Shaulson, Samuel S.; West, Colin C. | Finn, Molly | | Re: CONFIDENTIAL Cell Phone Check | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 70 | Log00310 | Standalone Document | 9/4/2019 | Request 6 | Finn, Molly | Finn, Molly | Ricupero, Kara; Vonsover, Amir | | | Re: CONFIDENTIAL Cell Phone Check | | Attorney Client Privileged; Work Product Protected | Email chain from in-house counsel requesting and providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 71 | Log00320 | Standalone Document | 9/5/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Vonsover, Amir; West, Colin C. | | | Attorney/Client Privilege - Draft Talking points for Devin's phone | | Attorney Client Privileged; Work Product Protected | Email between in-house counsel and outside counsel reflecting legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 72 | Log00321 | Standalone Document | 9/5/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Ricupero, Kara | Vonsover, Amir | | RE: Project Lewis SP Sites | | Attorney Client Privileged; Work Product Protected | Email chain from in-house counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 73 | Log00322 | Standalone Document | 9/5/2019 | Request 6 | Finn, Molly | Finn, Molly | Huber, Marie | | | FW: Attorney/Client Privilege - Draft Talking points for Devin's phone v.3 | | Attorney Client Privileged; Work Product Protected | Email chain from in-house counsel reflecting legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 74 | Log00333 | Standalone Document | 9/7/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Vonsover, Amir | Connor, Bryan M.; Mundell, Jordan; Shaulson, Samuel S.; West, Colin C. | | Re: Atty/Client Privilege - Interesting Doc | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |

| Doc. Number | Log Number | Parent Attachment | Date | Subpoena Request | Author | From | To | CC | BCC | Subject | Filename | Privilege Basis | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Log00334 | Standalone Document | 9/8/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Vonsover, Amir | Connor, Bryan M.; Mundell, Jordan; Shaulson, Samuel S.; West, Colin C. | | Re: Atty/Client Privilege - Interesting Doc | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 76 | Log00351 | Parent | 9/12/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | | | Andy interview w Josh Bentley | | Attorney Client Privileged; Work Product Protected | Email between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 77 | Log00352*** | Attachment | 9/12/2019 | Request 6 | Vonsover, Amir | | | | | | Phelan Bentley call 9.12.2019 AJV.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Andy Phelan, Amir Vonsover, and Josh Bentley on September 12, 2019 reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 78 | Log00353 | Parent | 9/12/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Finn, Molly; Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S. | | | Re: Andy interview w Josh Bentley | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 79 | Log00354*** | Attachment | 9/12/2019 | Request 6 | Vonsover, Amir | | | | | | Phelan Bentley call 9.12.2019 AJV.docx | Attorney Client Privileged; Work Product Protected | Notes of conversation between Andy Phelan, Amir Vonsover, and Josh Bentley on September 12, 2019 reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 80 | Log00355 | Standalone Document | 9/12/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; Shaulson, Samuel S.; Vonsover, Amir | | | Re: Andy interview w Josh Bentley | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 81 | Log00685 | Standalone Document | 8/30/2019 | Request 6 | Finn, Molly | Finn, Molly | Shaulson, Samuel S.; Vonsover, Amir; Macauley, Shannon; Phelan, Andrew C. | | | Re: Confidential - Investigation Follow Up | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing information to allow for the rendering of legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 82 | Log00688 | Standalone Document | 9/1/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Phelan, Andrew C.; Finn, Molly | Shaulson, Samuel S. | | Re: Privileged and Confidential -- Project Lewis planning | | Attorney Client Privileged; Work Product Protected | Email chain between in-house and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 83 | Log00691 | Standalone Document | 9/4/2019 | Request 6 | Vonsover, Amir | Vonsover, Amir | Vonsover, Amir; West, Colin C.; Finn, Molly; Shaulson, Samuel S.; Macauley, Shannon; Phelan, Andrew C.; Mundell, Jordan; Connor, Bryan M. | | | RE: Atty/Client Privilege - Fitzgerald Phone | | Attorney Client Privileged; Work Product Protected | Email chain between in-house counsel and outside counsel providing and discussing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 84 | Log00698 | Standalone Document | 9/5/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; West, Colin C.; Vonsover, Amir | | | RE: Attorney/Client Privilege - Draft Talking points for Devin's phone | | Attorney Client Privileged; Work Product Protected | Email from in-house counsel providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |
| 85 | Log00699 | Standalone Document | 9/5/2019 | Request 6 | Finn, Molly | Finn, Molly | Macauley, Shannon; Phelan, Andrew C.; West, Colin C.; Vonsover, Amir | | | RE: Attorney/Client Privilege - Draft Talking points for Devin's phone v.3 | | Attorney Client Privileged; Work Product Protected | Email from in-house counsel providing legal advice regarding eBay internal investigation after Natick events and prepared in anticipation of litigation. |

\* eBay produced its privilege logs without waiver of, and expressly preserving, any and all objections and challenges to the Fed. R. Crim. P. 17(c) subpoenas issued to eBay Inc. and Morgan Lewis Bockius LLP, and reserving all rights to file a motion to quash the subpoenas or to seek other protections, on all available grounds.  The provision of eBay's privilege logs, or any purported failure to list a document or information within the privilege logs, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding and shall not limit eBay's right to assert privilege or work product protection over material or information in connection with this or any other proceeding.  Further, eBay notes that certain of the documents logged within this privilege log may reflect potentially attorney client privileged and/or work product protected information concerning matters not responsive to the subpoena.  eBay has not undertaken to review all nonresponsive content for attorney client privilege and/or work product protection, but expressly preserves and does not waive all claims of privilege/protection.  eBay reserves the right to supplement and/or amend this privilege log.

\*\* After conducting an additional review, eBay has determined that this document should be considered as part of its privilege logs.

\*\*\* A copy of this document was produced to Baugh on February 4, 2022.

UNITED STATES V. BAUGH, ET AL.  CONDENSED PRIVILEGE LOG OF EBAY INC.*
20-CR-10263

| Attorneys and Legal Support Personnel |
|---|
| Connor, Bryan |
| Finn, Molly |
| Huber, Marie |
| Johnson, Aaron |
| FitzGerald, Kate |
| Macauley, Shannon (Legal Employee Relations Manager/Paralegal) |
| Mundell, Jordan |
| Neff, Daniel |
| Phelan, Andrew |
| Ricupero, Kara |
| Rome, Marc |
| Ryan, Victoria |
| Shaulson, Samuel |
| Stuart, David |
| Vonsover, Amir |
| West, Colin |
| White, John |

CONFIDENTIAL - SUBJECT TO AGREED UPON ORDER OF CONFIDENTIALITY CONCERNING PRIVILEGE LOGS

# EXHIBIT 2

| Witness (Alphabetical) | Interview (eBay or Morgan Lewis) | Disclosure of Certain Substance (Yes or No) |
|---|---|---|
| Michelle Alford (Echeveria) | eBay (10/15/2019)<br><br>Morgan Lewis (10/17/2019, 11/1/2019) | Yes |
| Meagan Barret | eBay and Andrew Phelan (3/6/2020) | Yes |
| Phil Cooke | Morgan Lewis (11/22/2019, 11/25/2019, 11/26/2019) | No |
| Scott Fitzgerald | eBay (8/23/2019)<br><br>Morgan Lewis (8/30/2019, 9/3/2019, 9/5/2019) | Yes |
| Brian Gilbert | eBay (8/23/2019)<br><br>Morgan Lewis (8/30/2019, 9/3/2019) | Yes |
| Jose Gordon | Morgan Lewis (9/17/2019) | No |
| David Harville | eBay (8/23/2019, 8/26/2019, 8/27/2019)<br><br>Morgan Lewis (9/13/2019) | Yes |
| Wendy Jones | Morgan Lewis (8/30/2019, 9/6/2019) | No |
| Ryan Moore | Morgan Lewis (9/13/2019) | No |
| Stephanie Popp | eBay (8/23/2019, 8/26/2019, 8/27/2019) | Yes |
| Stephanie Stockwell | eBay (8/26/2019) | Yes |
| Devin Wenig | Morgan Lewis Interviews (9/10/2019, 9/11/2019)<br><br>Morgan Lewis Conversations (9/12/2019, 9/13/2019) | Yes |

1

| **Witness (Alphabetical)** | **Interview (eBay or Morgan Lewis)** | **Disclosure of Certain Substance (Yes or No)** |
|---|---|---|
| Julianne Whitelaw | Morgan Lewis (9/13/2019, 9/17/2019) | No |
| Steve Wymer | eBay (8/27/2019, 8/28/2019) Morgan Lewis (8/30/2019, 9/9/2019) | Yes |
| Veronica Zea | eBay (8/23/2019 (2 interviews), 8/26/2019) | Yes |