UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                          20-CR-10263-PBS

JIM BAUGH & DAVID HARVILLE

PRETRIAL ORDER

After a hearing held on January 28, 2022, it is hereby ORDERED that:

1. As previously ordered, D.E. 170, or otherwise agreed to by the government, the government shall make expert disclosures and produce Jencks Act materials (statements as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26(f)) by March 2, 2022.

2. Any pretrial motions that must be resolved prior to trial must be filed by **May 5, 2022**. Oppositions must be filed by **May 12, 2022**.

3. A hearing on pretrial motions and any other issues that must be resolved prior to trial will be held on **May 19, 2022**, at **2:30 p.m**.

4. Trial shall commence on **May 31, 2022** at **9:00 a.m.**

5. The government shall **by May 10, 2022** disclose to the defendant:

    a. Any exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

    b. A general description (including the approximate date, time, and place) or any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

6. The parties shall by **May 17, 2022** file proposed voir dire questions and proposed jury instructions. Any oppositions shall be filed by **May 24, 2022**.

7. The government shall by **May 17, 2022**:

1

a. provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that witness.

b. provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

8. Each defendant shall by **May 24, 2022**:

a. provide the government with the names and addresses of witnesses the defendant intends to call at trial in his case-in-chief. If the defendant subsequently forms an intent to call any other witness, the defendant shall promptly notify the government of the name and address of that witness.

b. provide the government with copies of the exhibits and a pre-marked list of exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibit in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

9. The parties shall by **May 24, 2022** file a written stipulation of any facts that they agree are not in dispute.

10. The Final Pretrial Conference will be held on **May 19, 2022** at 2:30 p.m.

11. The following periods of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Status Conference: all time between January 28, 2022 and May 31, 2022.

**NOTE:** **IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY**

_____         _____
         DATE                                                    HONORABLE PATTI B. SARIS
                                                                 UNITED STATES DISTRICT JUDGE