# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>JIM BAUGH, et al,<br><br>Defendants. | Criminal No. 20-CR-10263-PBS |

## DECLARATION OF NATHAN J. ANDRISANI

I, Nathan J. Andrisani, hereby declare as follows:

1. I am an attorney licensed to practice law in Pennsylvania and New Jersey. I am admitted to practice before this Court *pro hac vice*. I am a partner at the law firm Morgan, Lewis & Bockius LLP ("Morgan Lewis") and I represent Morgan Lewis in connection with the subpoena Defendant Jim Baugh ("Defendant") issued to Morgan Lewis in this matter.

2. I submit this declaration to correct three typographical errors identified in Morgan Lewis's Initial Privilege Log, filed in response to the Court's January 20, 2022 Order, instructing Morgan Lewis to file copies of its privilege logs with "email addresses and confidential personal contact information" redacted "on the public docket within 15 business days." [D.E. 160; D.E. 182-1 (Ex. A)].

3. Exhibit A to this Declaration is a true and accurate copy of Morgan Lewis's Corrected Initial Privilege Log, served on all parties on February 28, 2022.

4. This Privilege Log makes the following corrections to Morgan Lewis's Initial Privilege Log, filed on the public docket on February 10, 2022 [D.E. 182-1 (Ex. A)]:

   a. The date of the interview of Brian Gilbert reflected in Log No. 37 is corrected to September 3, 2019 from September 2, 2019;

1

    b.  The date of the interview of Dave Harville reflected in Log No. 49 is corrected to August 26, 2019 from August 23, 2019; and

    c.  The date of the interview of Dave Harville reflected in Log No. 50 is corrected to August 27, 2019 from August 23, 2019.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2022                    _/s/ Nathan J. Andrisani_
                                                   Nathan J. Andrisani