# EXHIBIT A

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Standalone | 09/25/19 | Phelan, Andrew C. | Special Committee, eBay Board of Directors | | | | 052094-02_1074519340_ACP Memo to Special Committee 9_25_19.DOCX | Attorney Client; Work Product | Memorandum from Andrew C. Phelan to Special Committee prepared by counsel providing legal advice regarding eBay internal investigation after Natick events; regarding eBay response to law enforcement investigation after Natick events; regarding Board/Committee evaluations and/or determinations related to executive employment matters; regarding employment/personnel matters and/or actions after Natick events; and regarding corporate communications after Natick events prepared in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 2 | Standalone | 11/18/19 | Phelan, Andrew C. | Special Committee, eBay Board of Directors | | | | 052094-02_10996740701_eBay 11_18_19 Project Lewis update to Special Committee.DOCX | Attorney Client; Work Product | Memorandum from Andrew C. Phelan to Special Committee prepared by counsel providing legal advice regarding eBay internal investigation after Natick events; regarding eBay response to law enforcement investigation after Natick events; regarding employment/personnel matters and/or actions after Natick events; and regarding corporate communications after Natick events prepared in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 3 | Standalone | 11/26/19 | Phelan, Andrew C. | Special Committee, eBay Board of Directors | | | | 052094-02_11013620702_eBay 11_26_19 Project Lewis update to Special Committee.DOCX | Attorney Client; Work Product | Memorandum from Andrew C. Phelan to Special Committee prepared by counsel providing legal advice regarding eBay internal investigation after Natick events; regarding eBay response to law enforcement investigation after Natick events; and regarding employment/personnel matters and/or actions after Natick events prepared in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 4 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 3:30 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 5 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 4:50 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 6 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 7:58 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 7 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 10:17 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Josh Bentley on 9/12/2019 at 3:19 PM attended by Andrew Phelan reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 9 | Standalone Document | 8/30/19 10:28 AM | eBay Legal / Morgan Lewis | | | | | Baugh.pdf | Attorney Client; Work Product | Notes of confidential interview of Josh Bentley on 9/12/2019 at 10:50 AM attended by Andy Phelan and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 10 | Standalone | 8/28/2019 22:29 | Macauley, Shannon | | | | | 2019.08.27 Jim Baugh_3.docx | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/27/2019 at 7:58 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 11 | Standalone | 8/28/2019 22:22 | Macauley, Shannon | | | | | 2019.08.23 Jim Baugh_2.docx | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 4:50 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 12 | Standalone | 8/28/2019 22:20 | Macauley, Shannon | | | | | 2019.08.23 Jim Baugh.docx | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/23/2019 at 3:30 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 13 | Standalone | 8/28/2019 22:35 | Macauley, Shannon | | | | | 2019.08.28 Jim Baugh_4.docx | Attorney Client; Work Product | Notes of confidential interview of Jim Baugh on 8/28/2019 at 10:17 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 14 | Standalone | 8/28/2019 22:32 | Macauley, Shannon | | | | | 2019.08.27 Steve Wymer.docx | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/27/2019 at 10:35 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Standalone Document | 9/20/19 12:08 PM | eBay Legal / Morgan Lewis | | | | | Jones.pdf | Attorney Client; Work Product | Notes of confidential interview of Wendy Jones on 8/30/2019 attended by Andrew Phelan and Jordan Mundell reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 16 | Standalone Document | 9/20/19 12:08 PM | eBay Legal / Morgan Lewis | | | | | Jones.pdf | Attorney Client; Work Product | Notes of confidential interview of Wendy Jones on 8/30/2019 at 9:00 AM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 17 | Standalone Document | 9/20/19 12:08 PM | eBay Legal / Morgan Lewis | | | | | Jones.pdf | Attorney Client; Work Product | Notes in preparation of confidential interview of Wendy Jones on 9/6/2019 reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 18 | Standalone Document | 9/20/19 12:08 PM | eBay Legal / Morgan Lewis | | | | | Jones.pdf | Attorney Client; Work Product | Notes in preparation of confidential interview of Wendy Jones on 9/6/2019 reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 19 | Standalone Document | 9/20/19 12:08 PM | eBay Legal / Morgan Lewis | | | | | Jones.pdf | Attorney Client; Work Product | Notes of confidential interview of Wendy Jones on 9/6/2019 attended by Andrew Phelan, Colin West, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 20 | Standalone | 8/28/2019 22:18 | Macauley, Shannon | | | | | 2019.08.23 Dave Harville.docx | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/23/2019 at 12:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 21 | Standalone | 9/20/19 12:36 PM | eBay Legal | | | | | Shepard.pdf | Attorney Client; Work Product | Notes of confidential interview of Tony Shepard on 8/23/2019 at 12:45 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

UNITED STAES V. BAUGH, ET AL.
20-CR-10263

INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)*

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/27/2019 at 10:35 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 23 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/28/2019 at 1:30 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 24 | Standalone Document | 9/20/19 12:55 PM | Mundell, Jordan | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/30/2019 attended by Andrew Phelan and Jordan Mundell reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 25 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/30/2019 at 3:30 PM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 26 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Josh Bentley on 9/12/2019 at 3:19 PM attended by Andrew Phelan reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 27 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 9/9/2019 attended by Shannon Macauley, Andy Phelan and Colin West reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 28 | Standalone Document | 9/20/19 12:55 PM | eBay Legal / Morgan Lewis | | | | | Wymer.pdf | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 9/9/2019 attended by Shannon Macauley, Andy Phelan and Colin West reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)\***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Standalone | 8/28/2019 22:26 | Macauley, Shannon | | | | | 2019.08.26 Dave Harville_2.docx | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/26/2019 at 10:22 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 30 | Standalone Document | 9/7/19 9:46 AM | Phelan, Andrew C. | | | | | Popp.pdf | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/23/2019 at 8:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 31 | Standalone Document | 9/7/19 9:46 AM | eBay Legal / Morgan Lewis | | | | | Popp.pdf | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/26/2019 at 9:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 32 | Standalone Document | 9/7/19 9:46 AM | eBay Legal / Morgan Lewis | | | | | Popp.pdf | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/27/2019 at 11:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 33 | Standalone Document | 9/4/19 11:42 AM | eBay Legal / Morgan Lewis | | | | | Gilbert.pdf | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 8/23/2019 at 10:00 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 34 | Standalone Document | 9/4/19 11:42 AM | eBay Legal / Morgan Lewis | | | | | Gilbert.pdf | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 8/30/2019 attended by Andrew Phelan reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 35 | Standalone Document | 9/4/19 11:42 AM | eBay Legal / Morgan Lewis | | | | | Gilbert.pdf | Attorney Client; Work Product | Notes in preparation of confidential interview of Brian Gilbert on 9/3/2019 reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Standalone Document | 9/4/19 11:42 AM | eBay Legal / Morgan Lewis | | | | | Gilbert.pdf | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 8/30/2019 at 2:00 PM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 37 | Standalone Document | 9/4/19 11:42 AM | eBay Legal / Morgan Lewis | | | | | Gilbert.pdf | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 9/3/2019 at 2:00 PM attended by Andrew Phelan, Jordan Mundell, Colin West, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 38 | Standalone | 9/16/2019 10:06 | eBay Legal / Morgan Lewis | | | | | 2019.09.13 Julianne Whitelaw interview.docx | Attorney Client; Work Product | Notes of confidential interview of Julianne Whitelaw on 9/13/2019 attended by Andrew Phelan, Colin West, and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 39 | Standalone | 9/20/19 12:48 PM | eBay Legal / Morgan Lewis | | | | | Whitelaw.pdf | Attorney Client; Work Product | Notes of confidential interview of Julianne Whitelaw on 9/13/2019 attended by Andrew Phelan, Colin West, and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 40 | Standalone | 8/28/2019 22:25 | Macauley, Shannon | | | | | 2019.08.23 Veronica Zea_2.docx | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/23/2019 at 12:00 PM attended by Shannon Macauley, Amir Vonsover, and Tony Shepard reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 41 | Standalone Document | 9/20/19 12:44 PM | eBay Legal / Morgan Lewis | | | | | Wenig.pdf | Attorney Client; Work Product | Notes in preparation for a confidential interview of Devin Wenig for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 42 | Standalone Document | 9/20/19 12:44 PM | eBay Legal / Morgan Lewis | | | | | Wenig.pdf | Attorney Client; Work Product | Notes of confidential interview of Devin Wenig on 9/10/2019 attended by Andrew Phelan and Colin West reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

UNITED STAES V. BAUGH, ET AL.
20-CR-10263

INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)*

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Email Subject | Other Recipient(s)/BCC | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Standalone | 9/10/2019 9:25 | Macauley, Shannon | | | | | 2019.09.09 Steve Wymer Interview Notes eBay acp-combined CWest and SMacauley summary.docx | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 9/9/2019 attended by Andrew Phelan, Colin West, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 44 | Standalone | 8/28/2019 22:26 | Macauley, Shannon | | | | | 2019.08.26 Stephanie Popp_2.docx | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/26/2019 at 9:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 45 | Standalone | 8/28/2019 22:31 | Macauley, Shannon | | | | | 2019.08.27 Stephanie Popp_3.docx | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/27/2019 at 11:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 46 | Standalone | 8/28/2019 22:36 | Macauley, Shannon | | | | | 2019.08.28 Steve Wymer _2.docx | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/28/2019 at 1:30 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 47 | Standalone | 9/4/2019 20:32 | Connor, Bryan M. | Project Lewis - File | | | | 2019.08.30 Project Lewis - Scott Fitzgerald August 30th Interview Memo.DOCX | Attorney Client; Work Product | Memorandum of confidential interview of Scott Fitzgerald on 8/30/2019 attended by Colin West, Bryan Connor, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 48 | Standalone Document | 9/20/19 12:01 PM | eBay Legal / Morgan Lewis | | | | | Harville.pdf | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/23/2019 at 12:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 49 | Standalone Document | 9/20/19 12:01 PM | eBay Legal / Morgan Lewis | | | | | Harville.pdf | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/26/2019 at 10:22 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)\***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Standalone Document | 9/20/19 12:01 PM | eBay Legal / Morgan Lewis | | | | | Harville.pdf | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/27/2019 at 4:35 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 51 | Standalone Document | 9/20/19 12:01 PM | eBay Legal / Morgan Lewis | | | | | Harville.pdf | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 9/13/2019 at 3:00 PM attended by Andy Phelan, Colin West, Amir Vonsover, and Evan Nelson reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 52 | Standalone | 8/28/2019 22:25 | Macauley, Shannon | | | | | 2019.08.23 Veronica Zea.docx | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/23/2019 at 9:00 AM attended by Shannon Macauley, Amir Vonsover, and Tony Shepard reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 53 | Standalone | 9/13/2019 17:31 | Vonsover, Amir | | | | | 2019.09.13 Harville Attorney Meeting Notes.docx | Attorney Client; Work Product | Notes of confidential interview of David Harville on 9/13/2019 at 3:00 PM attended by Andrew Phelan, Colin West, Amir Vonsover, and Evan Nelson reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 54 | Standalone | 9/17/2019 18:39 | Connor, Bryan M. | | | | | 2019.09.17 Jose Gordon interview.docx | Attorney Client; Work Product | Notes of confidential interview of Jose Gordon on 9/17/2019 at 2:35 PM attended by Andrew Phelan reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 55 | Standalone | 9/20/19 12:24 PM | eBay Legal / Morgan Lewis | | | | | Moore.pdf | Attorney Client; Work Product | Notes of confidential interview of Ryan Moore on 9/13/2019 attended by Andrew Phelan, Colin West, and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 56 | Standalone | 8/30/2019 17:47 | Connor, Bryan M. | West, Colin C. | | | August 30th Meeting with Scott Fitzgerald | August 30th Meeting with Scott Fitzgerald | Attorney Client; Work Product | Email between counsel providing and discussing legal advice and prepared in anticipation of litigation regarding eBay internal investigation after Natick events. |
| 57 | Standalone | 9/16/2019 10:06 | eBay Legal / Morgan Lewis | | | | | 2019.09.13 Ryan Moore Interview.docx | Attorney Client; Work Product | Notes of confidential interview of Ryan Moore on 9/13/2019 attended by Andrew Phelan, Colin West, and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | Standalone Document | 9/20/19 1:00 PM | eBay Legal / Morgan Lewis | | | | | Zea.pdf | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/23/2019 at 9:00 AM attended by Shannon Macauley, Amir Vonsover, and Tony Shepard reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 59 | Standalone Document | 9/20/19 1:00 PM | eBay Legal / Morgan Lewis | | | | | Zea.pdf | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/23/2019 at 12:00 PM attended by Shannon Macauley, Amir Vonsover, and Tony Shepard reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 60 | Standalone Document | 9/20/19 1:00 PM | eBay Legal / Morgan Lewis | | | | | Zea.pdf | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/26/2019 at 12:30 PM, attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Ellen Sherman reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 61 | Standalone | 8/28/2019 22:37 | Macauley, Shannon | | | | | 2019.08.27 Dave Harville_3.docx | Attorney Client; Work Product | Notes of confidential interview of Dave Harville on 8/27/2019 at 4:35 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 62 | Standalone | 9/12/2019 12:36 | Macauley, Shannon | | | | | 2019.09.05 Scott Fitzgerald (ML).docx | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 9/5/2019 attended by Colin West, Andrew Phelan, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 63 | Standalone | 9/20/19 12:38 PM | eBay Legal | | | | | Stockwell.pdf | Attorney Client; Work Product | Notes of confidential interview of Stephanie Stockwell on 8/26/2019 at 2:16 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 64 | Standalone | 10/15/2019 23:47 | Vonsover, Amir | | | | | Michelle Interview Oct 15 2019 Project Lewis.docx | Attorney Client; Work Product | Notes of confidential interview of Michelle (last name unknown) on 10/15/2019 at 4:30 PM attended by Molly Finn and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 65 | Standalone | 8/28/2019 22:24 | Macauley, Shannon | | | | | 2019.08.23 Stephanie Popp.docx | Attorney Client; Work Product | Notes of confidential interview of Stephanie Popp on 8/23/2019 at 8:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

UNITED STAES V. BAUGH, ET AL.
20-CR-10263

INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)*

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 8/23/2019 at 10:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 67 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 9/3/2019 at 5:50 PM reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 68 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes in preparation for confidential interview of Scott Fitzgerald on 9/5/2019 at 2:30 PM reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 69 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 8/30/2019 at 3:00 PM attended by Colin West, Bryan Connor, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 70 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 9/3/2019 at 3:43 PM attended by Colin West, Jordan Mundell, Andrew Phelan, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 71 | Standalone Document | 9/20/19 11:53 AM | eBay Legal / Morgan Lewis | | | | | Fitzgerald.pdf | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 9/5/2019 attended by Colin West, Andrew Phelan, and Shannon Macauley reflecting the collection of information and annotations by counsel and/or counsel's agents for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 72 | Standalone Document | 8/28/2019 22:17 | Macauley, Shannon | | | | | 2019.08.23 Brian Gilbert.docx | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 8/23/2019 at 10:00 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 73 | Standalone Document | 8/30/19 | Mundell, Jordan | File | | | | Memorandum of Interview with eBay Employees.DOCX | Attorney Client; Work Product | Memorandum of confidential interviews of Wendy Jones, Brian Gilbert, and Steve Wymer on 8/30/2019 attended by Andrew Phelan, Colin West, Bryan Connor, and Jordan Mundell reflecting the collection of information investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

UNITED STAES V. BAUGH, ET AL.
20-CR-10263

INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)*

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | Standalone Document | 8/28/2019 22:27 | Macauley, Shannon | | | | | 2019.08.26 Stephanie Stockwell.docx | Attorney Client; Work Product | Notes of confidential interview of Stephanie Stockwell on 8/26/2019 at 2:16 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 75 | Standalone Document | 8/28/2019 22:23 | Macauley, Shannon | | | | | 2019.08.23 Scott Fitzgerald.docx | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 8/23/2019 at 10:30 AM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 76 | Standalone Document | 8/28/2019 22:29 | Macauley, Shannon | | | | | 2019.08.26 Veronica Zea_3.docx | Attorney Client; Work Product | Notes of confidential interview of Veronica Zea on 8/26/2019 at 12:30 PM attended by Shannon Macauley, Amir Vonsover, Tony Shepard, and Ellen Sherman reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 77 | Standalone Document | 9/12/2019 12:34 | Macauley, Shannon | | | | | 2019.08.30 Steve Wymer (ML)_107862029_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Steve Wymer on 8/30/2019 at 3:30 PM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 78 | Standalone Document | 9/12/2019 12:35 | Macauley, Shannon | | | | | 2019.08.30 Wendy Jones (ML)_107862030_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Wendy Jones on 8/30/2019 at 9:00 PM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 79 | Standalone Document | 9/12/2019 12:35 | Macauley, Shannon | | | | | 2019.09.03 Scott Fitzgerald (ML)_107862032_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 9/3/2019 at 3:34 PM attended by Colin West, Jordan Mundel, Andrew Phelan, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 80 | Standalone Document | 9/12/2019 12:37 | Macauley, Shannon | | | | | 2019.09.06 Wendy Jones (ML)_107862035_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Wendy Jones on 9/6/2019 at 11:00 AM attended by Andrew Phelan, Colin West, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 81 | Standalone Document | 9/12/2019 12:09 | Macauley, Shannon | | | | | 2019.09.03 Brian Gilbert (ML)_107862040_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 9/3/2019 at 2:00 PM attended by Andrew Phelan, Jordan Mundell, Colin West, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

**UNITED STAES V. BAUGH, ET AL.**
**20-CR-10263**

**INITIAL PRIVILEGE LOG OF MORGAN, LEWIS AND BOCKIUS LLP (Corrected)***

| Log Number | Parent/Standalone | Family Date | Author/From | Recipient/To | Other Recipient(s)/CC | Other Recipient(s)/BCC | Email Subject | File Name | Privilege Basis | Document Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 82 | Standalone Document | 9/12/2019 12:15 | Macauley, Shannon | | | | | 2019.08.23 Tony Shepard_107862008_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Tony Shepard on 8/23/2019 at 12:45 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 83 | Standalone Document | 9/12/2019 12:33 | Macauley, Shannon | | | | | 2019.08.30 Scott Fitzgerald (ML)_107862028_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Scott Fitzgerald on 8/30/2019 at 3:00 PM attended by Colin West, Bryan Connor, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 84 | Standalone Document | 9/12/2019 12:32 | Macauley, Shannon | | | | | 2019.08.30 Brian Gilbert (ML)_107862027_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Brian Gilbert on 8/30/2019 at 2:00 PM attended by Andrew Phelan, Jordan Mundell, and Shannon Macauley reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 85 | Standalone Document | 9/12/2019 12:08 | Macauley, Shannon | | | | | 2019.08.22 Sutherland Convo_107862041_1.DOCX | Attorney Client; Work Product | Notes of confidential interview of Detective Jason Sutherland on 8/22/2019 at 4:00 PM attended by Shannon Macauley and Amir Vonsover reflecting the collection of information for the purpose of rendering legal advice in connection with eBay internal investigation after Natick events, prepared by counsel in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |
| 86 | Parent Document | 10/23/19 3:44 PM | Phelan, Andrew C. | Huber, Marie; Finn, Molly | Vonsover, Amir; Connor, Bryan M. | | Project Lewis – USAO Update 10/23/19 - Privileged and Confidential | Project Lewis – USAO Update 10/23/19 - Privileged and Confidential | Attorney Client; Work Product | Email between counsel and company employees providing legal advice and prepared in anticipation of litigation regarding eBay internal investigation after Natick events. |
| 87 | Standalone Document | 11/7/2019 | Andrew C. Phelan | Special Committee, eBay Board of Directors | | | | 052094-02_109777006v1_eBay ACP Memo to Special Committee 11_7_19.DOCX | Attorney Client; Work Product | Memorandum from Andrew C. Phelan to Special Committee prepared by counsel providing legal advice regarding eBay internal investigation after Natick events; regarding eBay response to law enforcement investigation after Natick events; regarding employment/personnel matters and/or actions after Natick events; and regarding corporate communications after Natick events prepared in anticipation of litigation, and reflecting mental impressions, conclusions, opinions and/or legal theories of counsel and/or counsel's agents. |

\* Morgan Lewis & Bockius LLP produces this privilege log without waiver of, and expressly preserves, any and all objections and challenges to the Fed. R. Crim. P. 17(c) subpoena issued to it, and reserves all rights to file a motion to quash the subpoena or to seek other protections, on all available grounds. The provision of this privilege log, or any purported failure to list a document or information within the privilege log, shall not constitute a waiver of the attorney client privilege, work product protections or other applicable protections in this case or in any other federal or state proceeding and shall not limit the right of eBay or Morgan Lewis & Bockius LLP to assert privilege or work product protection over material or information in connection with this or any other proceeding. Further, Morgan Lewis & Bockius LLP notes that certain of the documents logged within this privilege log may reflect potentially attorney client privileged and/or work product protected information concerning matters not responsive to the subpoena. Morgan Lewis & Bockius LLP has not undertaken to review all nonresponsive content for attorney client privilege and/or work product protection, but expressly preserves and does not waive all claims of privilege/protection. Morgan Lewis & Bockius LLP reserves the right to supplement and/or amend this privilege log.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Emma Diamond Hall*
Emma Diamond Hall