

FICK & MARX LLP

24 Federal Street, Fourth Floor, Boston, MA 02110

**William W. Fick**
TEL: 857-321-8360
FAX: 857-321-8361
WFICK@FICKMARX.COM

March 15, 2022

**By ECF**
Hon. Patti B. Saris, U.S.D.J.
United State District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

      **Re:**    *United States v. Baugh,* **No. 20-cr-10263-PBS**

Dear Judge Saris:

      I write at the suggestion of the deputy clerk to request clarification concerning the Court's recent Memorandum and Order [D.E. 187 issued March 2, 2022] denying Mr. Baugh's Motion to Dismiss [D.E. 114 and 115].

      The Order addressed those portions of Mr. Baugh's motion arguing that the "witness tampering" and "falsification" charges failed to state an offense as alleged in the indictment. It does not, however, appear to have addressed Mr. Baugh's argument that Counts XI, XIII, and XIV should be dismissed for lack of venue, *see* D.E. 115 at 13-20.

      Accordingly, we respectfully request that the Court clarify whether it has made or will make a decision on that issue.

      Thank you for your attention to this matter.

                  Sincerely,

                  William W. Fick