IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

## MOTION FOR RULE 11 HEARING

Defendant, Jim Baugh, respectfully requests that the Court schedule a Rule 11 hearing. With the assent of the government, Mr. Baugh further requests that the Rule 11 hearing be conducted by Zoom pursuant to General Order 22-4 in light of current public health conditions and because Mr. Baugh is located on the West Coast.

Respectfully submitted,

**JIM BAUGH**

by his attorneys,

／s/ William Fick
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO # 601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

## CERTIFICATE OF SERVICE

I caused the foregoing document to be served, by ECF filing April 19, 2022, on the parties registered for ECF notices in this case.

／s/ William Fick

1