Exhibit B

Jamie Runyan

Oklahoma City, OK 73151

September 20, 2022

Judge Patti B. Saris
United States District Court – Boston Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Patti B. Saris,

My name is Jamie Runyan and I am writing this letter on behalf of Jim Baugh. It is my understanding he will be appearing on September 29, 2022 for sentencing as a result of his guilty plea.

National headlines and social media outlets make it clear Jim is not a good person, untrustworthy and above the law. Now, if anyone had a right to say bad things about Jim it would probably be a bitter, resentful ex-girlfriend from long ago. That ex-girlfriend is me. As much as I would like to bring him down for breaking my heart twenty years ago, he's truly one of a kind and a rare combination of honest, respectful, loyal, selfless and sober. If you asked his two daughters, they would probably say their dad is silly, funny, loving and kind.

Jim and I reconnected two years ago after the charges were brought against him in this Case. I knew alcohol had to have been a factor in his decision making. Being a recovering alcoholic myself with 15 years of sobriety, I wanted Jim to know I went down a similar path as he had, hitting rock bottom in every aspect of my life, and to give him hope of better days to come if he became accountable for his actions, make amends and just stay sober. Since his indictment, Jim has lost his marriage and family, his career, his financial savings and retirement, and freedom. Additionally, he continues to battle depression and anxiety with a strong family history of bipolar disorder. Frankly, I have not known anyone in Alcoholic Anonymous with more reasons to go drink than Jim, but as of today he has exactly 2 years of sobriety.

When Jim and I first met, I had started a job writing flight inspection manuals for the FAA. I was tinkering with the idea of getting my pilot license, a dream since I was a kid, but was frequently mocked by male co-workers who were established pilots. Turned out, Jim was already a pilot and working on his multiengine rating and flight instructor license when we met. He was the first person who supported me in my crazy idea to learn to fly and helped get me started at Wiley Post Airport in Oklahoma City. He taught me about having confidence and not caring what others thought, which was challenging as a female in the aviation industry. Eventually, I changed graduate schools and my career field to aviation. When I doubted myself, Jim was there to give me the "What Is Your Passion?" lecture. His lecture worked as I went on to be an aircraft accident investigator for the NTSB and then, Delta Airlines. Ella and Sidney, Jim's daughters, are lucky to have such a dad that will encourage their dreams and help them navigate any barriers in this male dominated world.

Jim has led a life of protecting and serving others far beyond his occupation in executive protection and security. I have often wondered over the years just how many lives Jim has saved or changed for the better. I know he probably saved mine on more than one occasion. For example, the day after I got my private pilot license, I rented a small Cessna aircraft to take Jim up and show off my newly licensed flying skills. Well, the engine cut out shortly after takeoff. He assumed control of the aircraft, somehow re-started it and kept it going until back into the pattern and landed without incident. He followed post-emergency protocol and contacted the Tower upon landing, notified the aircraft owner and helped me write up the event in the aircraft logbook. He is a textbook pilot. I would go on to investigate this very aircraft at the NTSB for a non-fatal accident with full hull loss in the exact same scenario as we had been in that day.

Additionally, Jim was involved in working with troubled youth preventing incarceration and a criminal record. While Jim was working on his graduate degree, he worked for the Oklahoma County Juvenile Bureau in a youth diversion program working with troubled kids and their parents in the home environment. He also volunteered at Big Brothers/Big Sisters of Oklahoma and forever changed the life of a young boy, Dustin. Dustin had been abused in multiple ways. Dustin was doing poorly in school with no friends, little confidence and would overeat to cope causing school bullying and teasing. Within a few months of starting his friending with Jim, Dustin was smiling, making eye contact, interacting with kids at school and playing sports. Last I heard of Dustin, he was starting college and was getting married.

Jim has gotten to travel the world with his career, but his greatest adventure and greatest love is being a dad. He is an amazing dad. If there is a silver lining in this Case, it is Jim being fully present and sober in their lives the past two years.  Jim is a devoted father, dad and parent and I have often called him Mr. Mom. He moved from his family farm in Arkansas last year to Seattle, where his girls were living, knowing he might not get any additional visitation time with them, but wanted to give B█ and Si███ assurance he was there if they ever needed him. And they did. On two occasions, their school could not get a hold of their mother, and the girls needed to be picked up right away due to COVID-19 exposure. He was there within minutes.

As a mother to three young children myself, I admire Jim's continued effort to co-parent in the best interest of his girls and not himself.  Jim is fully aware his presence in their lives or lack of will greatly influence their development in every aspect of their lives. When Jim has spoken about going to prison, it is not about what he will endure, but what B█ and S███ will go through losing him. I grew up without my dad in my life and the void was filled with a severe eating disorder, self harming behaviors, alcohol and unhealthy relationships.  E██ and S████ are already enduring the divorce of their parents and losing the only home and set of friends they knew.  I write this letter because these precious girls need their daddy to raise them having self-confidence and self-worth like Jim gave me.  I write this letter because Jim is becoming the best version of himself now. As he parents as a recovering alcoholic, the coping skills and tools he has learned to manage life will be passed on to his girls so that they can avoid the road he has taken.

I write this letter for them, B█ and S██████.

Sincerely,

Jamie Runyan

Judge Patti Saris
United States District Court
Boston, MA

Dear Judge Saris,

I am grateful to have the opportunity to present this letter of support to you. I am Jim's youngest sister, Jillian Baugh. I work as a Speech-Language Pathologist at the University of Arkansas for Medical Sciences. I have over 20 years of experience specializing in children with life-long disabilities. Jim and I are very close, and I cannot fully express in words the positive impact he has had in my life.

Jim is one of the most dependable people I know. There is never any doubt in my mind, that my brother will be there to help me whenever I need it. He's always been there to provide me with advice and support when I needed it. Jim is also one of the most generous people I know. For example, when my husband and I fell on hard times for a period of time, Jim supported us financially when we had nowhere else to turn. Jim also generously paid for our wedding so we could have a memorable experience with our family and friends.

Jim naturally, almost involuntarily, ensures that the people around him have the support they need by asking questions such as "Is there anything you need?" "Are you doing okay?" and "How are you feeling today?" He's always checked on me to make sure I'm ok and whenever I needed something or wasn't feeling well emotionally, he would sacrifice his own needs and well-being to provide support for me.

While I am a highly functional professional, I also suffer from mental illness. Starting many years ago, Jim took an active role in my treatment and safety plan to ensure that I'm able to take care of my family, function at work, continue to get better, and remain safe. This is why he checks up on me with the questions I mentioned earlier. No one asked Jim to take on this role in my life and I can't fully describe Jim's reasoning for taking on this responsibility because it's not always easy. Regardless, it shows that he loves, cares, and took the initiative to watch over me when no one else in my family would.

Jim was there for me when I found out about the traumatic loss of my unborn child followed by the loss of a second child. He got down on his knees, held my hand, and said "I am so sorry this happened to you." Out of all of my family and friends who knew about this, Jim was the only person who did and said the right thing to me, a grief-stricken woman who experienced a horrible loss while emotionally letting go of my life-long dream and desire to be a "Momma." On a brighter note, when I married my husband, I gained two wonderful stepchildren. Jim has been active in their lives from the beginning. He calls and texts them on their birthdays. He

even flew my stepson, who is a huge football fan, and me to Seattle so that my we could attend a Super Bowl play-off game at the Seahawks stadium.

Above all else, Jim is a wonderful dad to his two young daughters, E█ and S██. Jim is very active in their lives. He takes them to medical appointments, gymnastics, and they really love it when he takes them shopping for clothes. Jim is a real "hands-on" father. He plays softball with them, regularly takes them horseback riding, and they spend a lot of time exploring nature. When I watch Jim with his daughters, I see love, happiness, and adoration on E█'s and S██'s faces, and I see the same expressions on Jim's face when he is looking back at them.

Jim grew up in a small town with a population of approximately 2000 people. Educational resources were scarce in our town, but Jim was able to overcome this. He completed a bachelor's degree in Criminology, a master's degree in Public Administration, and also earned his Pilot's License at the age of 18. He continued his flight training and later got a Commercial/Multi-engine License. After he graduated college, he packed a U-Haul and moved from Arkansas to Los Angeles alone for his first job. This is significant because most people never leave the small town where we grew up. Jim was raised on our family farm, and he started working there when he was only 9 years old. This instilled a very strong work ethic in Jim that has lasted throughout his entire life.

While in graduate school at the University of Oklahoma, Jim used what extra time he had available to volunteer at Big Brothers Big Sisters of America where is mentored an abused child for approximately three years before moving out-of-state. Over the next 5 years, Jim continued to stay in contact with his little brother and continued to send him birthday and Christmas presents. Jim's efforts had a positive impact on this child, and I know his life would have turned out much differently if he'd never met Jim. I was inspired by Jim's dedication to community service, so much that I later volunteered at the same organization and became a Big Sister. Jim continued his involvement in other charity organizations, such as the Seattle Milk Fund. By participating in this charity, Jim and his wife would adopt families during Christmas time and provide presents to them and their children.

Immediately after these charges were filed, I knew Jim was drinking too much alcohol, but I did not do or say anything. He recognized on his own that he had a problem and he took ownership and got the help that he needed. He attended a rehabilitation program in Atlanta, Georgia and I participated in some of the family sessions with him. It was a really great experience for both of us. Jim has been sober for over two years now, which is a big accomplishment considering everything he has been going through. I am very proud of him for humbling himself and seeking help. It's a very hard step to take and most people who need to get help never actually do it.

Jim is a stable, loving, supportive, dependable, and caring brother, son, father, and human being. He is a good person, and he has never been in any kind of trouble until now. It's clear

that I don't know all of the details or fully understand the dynamic that led to these charges, but I do know for certain that what has been described in his case is completely out of character for Jim. This is a clear outlier in his life, and I want him to move past it so that he can continue to be a valuable asset to the community and to his family. I want him to be happy, but most of all, I want him to be in my life as much as possible.

I respect the seriousness of the charges Jim has plead guilty to and I know Jim will do whatever it takes to correct this situation and be an even better person once it's behind him. My hope is that you will take this letter of character into consideration at the time of sentencing and show mercy to my brother.

Sincerely,

Jillian Baugh

Tammy R. White

████████

Little Rock, AR 72223

September 21st, 2022

To the Honorable Judge Patti Saris
United States District court
Boston, MA

Dear Judge Saris,

My name is Tammy White and I am writing this heartfelt letter requesting leniency in your sentencing of my brother, Jim Baugh. I am the eldest of four children. Jim is the third born child and my parent's only son. We grew up in a small farming community in southern Arkansas where our father raised cattle, corn, cotton, rice, soybeans, watermelons, and wheat. We were raised in a strict household. Work ethic was instilled in all of us during our preteen years. We all attended college and graduated with advanced degrees. I am an oncology specialty pharmacist at the University of Arkansas for Medical Sciences. My sisters earned degrees in psychology and speech pathology. Jim studied criminal justice and later worked in private security as well as the government for many years. After college, Jim left home to work in Los Angeles. His job entailed protecting prominent people and their family members. He was hired by Microsoft and was later employed directly by Bill Gates and supported the global efforts of the Bill and Melinda Gates Foundation. Jim has always been a hardworking and valued employee wherever he's been. Jim has worked diligently to provide for his family and goes above and beyond for his employers to meet his job responsibilities and expectations.

Jim has always volunteered his time and contributed to community service. While in graduate school, he volunteered at Big Brothers Big Sisters of America for several years. As a big brother, he sponsored an underprivileged child who had been abused and had no father figure. There's no doubt his efforts had a profound impact on this child's life. Additionally, he and his wife volunteered at the Seattle Milk Fund in for many years. During Christmas, they would adopt one or two low-income families each year. These families would provide their Christmas wish list to Jim and his wife, and they would provide presents for them instead of spending money on each other. Jim also donated meals to homeless shelters here in Little Rock during Christmas time. Jim has always been a very kind, loving and patient person.

He has two beautiful daughters, E█ (10) and S█████ (7), who are his world. They rely on Jim for financial, emotional, and physical support. They think he hung the moon. I feel that an extended sentence would be extremely detrimental to E█ and S████ as they are very young and need their father during this very fragile time in their lives. Jim also assists our 74-year-old father with the management of the family farm. Due to his age and declining health, Jim's support will continue to be required.

My brother accepts full responsibility for the charges that have been brought against him. I respectfully ask that you please consider that he is a non-violent, first-time offender. For the two years he has been living with me, he has continued to better himself, both mentally and physically. When he initially came

to live with me after facing these charges in 2020, our family was completely devastated.  The charges against him were inconceivable to us and were contrary to everything we've ever known about Jim. We later learned how toxic the work environment was at eBay. Alcohol was a daily and habitual aspect of work life within the eBay community. I feel alcohol abuse was a major contributing factor in this case. I noticed when he arrived at my home after his arrest that he wasn't himself anymore. He was drinking nightly and was extremely depressed. Jim decided on his own to seek help for his alcohol use and successfully completed an intensive program in Atlanta, Georgia. Even after his treatment was completed, he voluntarily submitted to breathalyzer tests (sober link) three times a day for over a year to hold himself accountable. He has been sober for over 2 years now and we are so proud of him.

I know my brother will be able to contribute to society in a positive way if given the opportunity. He has shown a persistent and tenacious attitude in overcoming this period of his life and correcting the mistakes he made.

Thank you so much for your consideration of my request for lenience in his case.


Sincerely,

Tammy White

Tammy White

**From:**          Joyce Haley <████@hotmail.com>
**Sent:**          Sunday, September 18, 2022 10:20 PM


Joyce Haley
████████████
Oklahoma City, Oklahoma 73127

September 18, 2022

Judge Patti Saris
United States District Court
Boston, MA

Dear Judge Saris,

I am writing in regard to Jim Baugh's case. I have known Jim for approximately 15 years, and met him while he was friends with my daughter. Eventually I became his mother-in-law and have enjoyed that role immensely.

I am a retired registered nurse. Shortly after retiring, I developed back problems and have had four back surgeries. Jim was there for all of the surgeries and stayed in the hospital with me for all of them when other family members could not be there. He has always been so helpful such as paying for car repairs for me and buying electronics for me.

I enjoy my church attendance and consider myself a believer but not a "pushy religious " person. Jim and I have talked about spiritual things a lot.

Jim has a Master's degree from the University of Oklahoma and was contacted after graduation by Microsoft in Seatle to work in Security for that company. Later he became a trusted bodyguard for Bill Gates. Jim is very intelligent, very organized, and a natural leader. He is quiet but very interesting when he can be prompted to talk about his travels around the world. Our whole family has enjoyed and respected Jim. He is a very giving person and has been active in donating to battered women's shelters  and other charities. He is a generous person who sees a need and tries to meet it.

Jim and I seem to have a special connection. We both grew up in small farming communities with people with good values and hard work. It is difficult to understand this situation in which he has found himself. I attribute it to the increase in drinking in his workplace. Apparently there is a history of alcohol misuse in his heredity, too. Sometimes alcohol can cloud good sense. When I first knew Jim, there was little alcohol use but it increased in time. Recently he has told me he has not had a drink in two years and has started going to church. I believe he will stay on this new path.

I certainly want to support Jim as he continues his spiritual journey. I want to keep in touch with him by mail and send him encouraging material if that is possible. I will continue to pray for him everyday as I do now. Jim is a friend as well as a son-in-law. May the Lord do what is best in this situation.


Sincerely,
Joyce Haley

Judge Patti Saris
United States District court
Boston, MA

Dear Judge Saris,

I am Jim's father, Jimmy M. Baugh. I am 74 years old, and I run a small farm in Arkansas where I have worked my entire life. This is written from a caring and loving father.

I would like to say Jim has been a model of a son through his whole life and well respected by his friends, teachers, and coaches. From the time Jim was a child, he has never been in any kind of trouble, so our family was shocked when this happened. Jim has always been a caring and generous person and I've never heard anyone say negative or disrespectful things about him.

I know Jim's heart and if his actions hurt anyone, I know that was not his intent and there must have been a reason for his actions, even if the reason was a wrong one. Regardless of the reasoning, I know my son's character and if he hurt someone, he will take full responsibility for anything he has done and do what it takes to make it right.

Jim has lost his family, wife, two children, job, his home, his savings, and his dignity. Our family has suffered greatly watching the pain and agony Jim's gone through. Jim has been devastated by what he has done, and this is how I know he is a good person. If he wasn't distraught, then I think it would show he didn't have remorse and didn't regret the things he's done.

It's extremely hard for me to accept that my son, who's never been in trouble a day in his life, is facing years in prison, while our country's streets are full of hardened criminals who receive chance after chance and seem to never get the justice and punishment they deserve. If you find it in your heart to give my son a second chance, I promise you that he will never be in trouble again.

I pray this court will have mercy on my son.


Thanks,

Jimmy M. Baugh

Jimmy M. Baugh



Copenhagen September 24th 2022

Judge Patti Saris
United States District Court
Boston, MA

Dear Judge Saris,

My name is Martin Keloe, I am 56 years old, and I live just outside Copenhagen in Denmark with my wife through the last 30 years, my daughter Line and our granddaughter Victoria 2 years old. I spent my career in the Danish Police Force beginning in 1988. In 1994, I joined the Close Protection Unit for the Danish National Secret Service. I worked in this unit for 9 years where my job was to protect royalties, politicians, private citizens, and ambassadors. I have worked for 4 different American Ambassadors, Bill Clinton, Secretary of Defense William S. Cohen, and Ambassador Stuart Bernstein.

I left the Danish Police force in 2003 and began work in the private sector and this is when I met Jim Baugh. At the time, Jim was protecting Bill Gates and other Microsoft employees during their international travel. My company was hired to support these protective operations. Jim and I continued to work together for many years for many different clients. I even supported his protective operations at eBay, and I am very familiar with the company and the executives who worked there.

I have kept up with Jim's case in the news and I realize I do not understand all the facts. But I do know Jim's true character, as I have worked with him for over 15 years, and I know him to be a very moral and ethical person in everything he does. I also know firsthand the environment he was working in at eBay and how demanding the executives could be. Because of this, I am certain this case is more complex than it seems and there were other factors involved that have yet to be mentioned in the media that contributed to this situation. As a former Police Officer, I have a deep understanding and appreciation for the law, and I do not condone what has happened. But since I have been in Jim's shoes, I also have an understanding on how something like this could have happened when there is intense pressure from the top.

Jim was a very hard-working security agent who was very dedicated to protecting his clients. He always went the extra mile to make sure the people he was protecting were safe and that he had control over all imaginable and unimaginable scenarios. Jim has helped me a lot over the last 15 years and has always been willing to put himself aside to help others. It is a quality I have greatly appreciated over the years and hopefully can continue to benefit from in the future as well.

I have employed hundreds of people over the years, and I know that mistakes will be made, and people have to learn from their mistakes. I have always believed in giving a second chance, which I have done a lot. I know that Jim will learn from any mistakes he has made, and he deserves a second chance. I know Jim will not be defined by this one mistake after a life full of only doing good things. I still run my company and have agents working all around the world. I would employ Jim any day in my Company and send him to protect any of our clients. I have a 100% full confidence in Jim and will always have it.

I hope you will consider the things I have written about and consider leniency in Jim's case. Thank you for your consideration.

Best Regards

Martin Keloe
CEO
Global Protective Services ApS
Email: ████████████████
Cell phone: +█████████████

Judge Patti Saris
United States District Court
Boston, MA

Dear Judge Saris,

My name is James Daron, and I am writing to vouch for the character of Jim Baugh, who faces sentencing before your court. I am a retired Washington D.C. Police officer of 28 years and I currently run my own security company.

Jim and I have been good friends for over 15 years. He was there for me when I first started my company. He taught me the ins and outs of running my own business and he also provided me with a startup loan when no one else would. Prior to running my own company, I worked for Jim for approximately 5 years and knew him to be a fair and a virtuous leader. Jim has not only been an integral part of my company's beginnings but has also been a loyal friend for many years. He was there for me when I went through my divorce and I'm eternally grateful for the support he gave me through such a difficult time in my life.

As a retired Police Officer, I respect the severity of the charges against Jim, and I know he will take complete ownership for anything he has done. I know he has grown personally as a result of this experience. I also know that this incident does not reflect Jim's true character. I can assure you that he feels true remorse for his actions and will do whatever it takes to overcome this and be a better person once it's over. Jim is an honorable man, a valuable member of his community, and a great Dad. It is my hope that the court takes this letter into consideration and shows mercy at the time of sentencing.

Thank you for your time and consideration.

Sincerely,

James Daron