# Exhibit C



# THE VICE PRESIDENT
## WASHINGTON

March 21, 2016

Jim Baugh
Security Industry Specialists, Inc.
1415 Western Avenue
Suite 300
Seattle, WA 92101

Dear Jim:

Thank you for your hard work on the security team at the Oscars. I hope you know that your contributions did not go unnoticed and I am truly thankful for your support.

Your patience and professionalism are apparent, and I wish you all the best.

Sincerely,

Joseph R. Biden, Jr.