Exhibit D

| CULTURE

# Swooping in to Rescue an Employee in Aftermath of Hurricane Irma

By Kendall Fields, Hub News Team — Sep 20, 2017                    22



In the aftermath of Hurricane Irma's devastation, eBay employee Ursula Marren found herself stranded on Tortola in the British Virgin Islands.

Ursula, a manager on our Audit team based in San Jose, had been sailing off the island's coast with her brother as part of her sabbatical. They tried to leave the island in advance of the storm but couldn't get a flight. The hotel where they were in was left uninhabitable, with a collapsing foundation, by Irma's strong winds and flooding.

Ursula and her brother, Adrian, quickly went into survival mode, making sure they had enough food and water, and searching for shelter on higher ground. They also became the caregivers to two elderly couples—one who was also vacationing and the other who lived on the island.



But even though they were stranded and couldn't really communicate with anyone, her friends at eBay were thinking of her. Zeeneth Khan, Director of Finance, and a close friend of Ursula's got in touch with our Global Security team to alert them that no one had heard from Ursula. The security team was quick to respond. Stephanie Popp, Sr. Manager of eBay's Global Intelligence Center, activated a chain of events to rescue Ursula and her brother.

The Global Intelligence Center (GIC) is a part of eBay's Global Security division and works 24/7 to monitor world events and share critical information to safeguard eBay's people, operations, assets and brand. The GIC also tracks and supports eBay travelers who need emergency travel or medical assistance.



Over three days, the nine-person GIC team led by Jim Baugh, Senior Director of Global Security, evaluated all possible avenues to rescue Ursula and Adrian. The team had to act quickly, Baugh explains, because not only were conditions deteriorating on Tortola, with reports ranging from crime and looting to uninhabitably and people swimming off the island to try to reach boats that could lead to their return home, but also Hurricane José was brewing in the distance.

"Our only priority was to ensure Ursula and her brother were safely evacuated from the island. In addition to working through our standard emergency response protocol, we were constantly thinking: What else can we do? Who else can we call? What other resources do we have in the region that could possibly assist?" Jim said. "At that point, we immediately activated our emergency evacuation protocol and put a backup special operations contingency on standby."

With Stephanie taking lead, the team worked around the clock attempting to contact Ursula through any means possible, while also comforting her family, coworkers and close friends, assuring them that eBay and the rescue effort would bring Ursula and Adrian home. After some sleuthing on Facebook, Stephanie was able to reach some other people on the island who confirmed that Ursula and her brother were alive and taking care of two elderly couples in a villa on higher ground with limited food and water. Now, the team just had to figure out a way to communicate with Ursula to get her to the airport. Stephanie was able to track down other people on the island and was eventually able to reach Adrian.

Along with the help of ISOS, an eBay travel partner who provides emergency medical assistance, the GIC deployed a helicopter to rescue Ursula, Adrian and the elderly couple who were also vacationing there.



Ursula returned to San Jose on Tuesday evening last week. On Thursday, Ursula came with Zee to thank the GIC team. Holding back tears, Ursula gave the Stephanie a magnet she found as she traveled home – it reads: *eBay, It Keeps Me Off the ~~Streets~~ BVI's*.

"It's just so fitting," Ursula said. "Thank you, eBay, and the whole team for bringing me home. I'm just so humbled and so grateful."



The GIC team's advice for anyone who finds themselves in a bad situation is to stay calm and keep your companions calm. Whether it's business or personal travel, GIC also recommends you do the following to prepare:

1. Take time before you depart to consider how you would respond in an emergency.
2. Always try to be prepared regardless of the destination, but especially when traveling to unfamiliar places.
3. Understand the basic geography of your destination, and ensure you familiarize yourself with hospitals and other local emergency services.
4. Designate someone in your home country as a point of contact and to provide regular updates regarding safety and location.
5. Always carry a sufficient amount of cash as credit cards become useless during extreme emergencies, such as in the aftermath of a hurricane.

↗ | 22 ♥


**Karin Angelo**
Wow, how scary!  Special shout-out to our wonderful GIC team and Zeenath for helping Ursula and her brother get home safely.  It's all about the people.
*4 hours ago*


**Ursula Marren**
Best company to work for! Amazing GIC team! Forever grateful and thankful!
*3 hours ago*


**Mario Bravo**
Great job GIC team!

*an hour ago*


**Johann Cronin**
Gave me chills. Awesome response by eBay, Zeeneth, Global Security & the GIC!
Welcome home Ursula.  :-)
*an hour ago*


**Valerie Steinbrugge**
What an amazing story. Thanks for sharing.
*17 minutes ago*

Leave a comment...



© 2002-2017 eBay All Rights Reserved | Integrity Helpline | Terms

**CONFIDENTIALITY NOTICE:** *This web site is intended only for the use of eBay employees, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.*