VIN: 6116708

David and I got married in 1988 and lived in a small apartment while we saved up to buy a house. Seven years later, we bought a fixer-upper and worked nights and weekends to make it the house of our dreams.

In August 2019, it became our prison. I was afraid to answer the front door or get the mail. I was afraid to go for a walk. I was afraid to leave the house, but I was also afraid to be inside, and each evening when dusk settled and night fell, my anxiety grew.

The defendants employed psychological warfare - they primed us for fear, and it worked. I began feeling pressure when breathing, I had nightmares, I began losing weight and had trouble sleeping, fearing we would get "swatted," which would put our lives in danger if the police came to our home with guns drawn.

Many of my fears were realized, adding to my panic. I was doxxed multiple times as part of the public harassment. Strangers were coming to our home. The death threats were not subtle - a book on surviving the loss of a spouse, a funeral wreath, a pig mask from a horror movie in which the villain kidnaps, tortures, and kills the victims.

And then we spotted a van tailing David.

This brought the horror to our doorstep, knowing this unrelenting cyberstalker was also watching us in real life and about to physically attack us.

That day, after the police left our house without having identified our stalker, we sat in our living room in shock. Once again, we were all alone, and it was growing dark outside.

David had no color in his face, he was sweating and said he was nauseous. I thought he was having a heart attack. Compounding my fear of a potentially life-threatening health emergency was the terror that our stalker was outside watching the house and would see an ambulance take him away.

Defendants Jim Baugh and David Harville had our neighbors on edge, even frightening the boy next door. Unaware I had just frantically called the police after seeing the van followed David down our street, the boy's father came over and asked if we had seen the men who had been acting suspiciously outside his home. I could see the concern for the safety of his children in his eyes - and I could not reassure him. He was one of the neighbors who received porn at his home address in David's name.

This wasn't a corporate security operation. This was a deliberate, cruel attempt to destroy us. Personally, professionally, financially, in the eyes of our neighbors, in the eyes of our readers and advertisers, and in the eyes of the police.

David and I started our publishing business in 1999, and with the same passion and hard work we used to fix up our home, we built it up into a site that online sellers could rely on for news and information.

The defendants tried to burn my business to the ground, and I still worry they may get what they wished.

In media reports about the crimes, instead of referring to me as an ecommerce expert and author, they refer to me as an "eBay critic." That's devastating.

I watched eBay cultivate a narrative that we were just bloggers, rather than 20-year veterans of the ecommerce industry for whom they had placed their executives at our disposal for interviews all the way up to CEO Meg Whitman, then CEO John Donahoe, and eventually Devin Wenig before he became CEO.

When I check Google for news about this case (admittedly compulsively at times), I've seen Google display commonly searched questions that included, "What did the Steiners do to eBay?"

The defendants exploited that victim-blaming and actively engaged in it themselves. We had to watch in silence as Defendants Jim Baugh and David Harville asked the government for information about any criminal investigations it had conducted into us - the victims. They asked for information linking us to others and suggested that we posed a security risk to eBay and its employees.

They had created fake evidence to suggest we had threatened eBay executives to show the Natick police, and then tried to use that as part of their criminal defense!

I spend too much time thinking about the "what ifs" - what if they had succeeded in turning the police against us. It haunts me to this day.

After 20 years of devoting my career to helping sellers and small businesses succeed, these defendants tried to destroy me, and it hasn't stopped.

There are days I feel an overwhelming anxiety. I still have nights when I can't sleep. I think about the people who did this to us, with their law enforcement, military, and intelligence backgrounds, and if they will perversely blame us for their fate.

I think about how Jim Baugh and David Harville crept onto my property to break in as I was asleep inside my bedroom.

I think about how much we lost, how close we came to losing everything, and I worry about how much longer we can keep our business going.

I still get nervous around strangers in stores or if I see a car following me for an extended period. I still find myself running to the window if I hear something unusual outside. Even the sound of a helicopter can set me on edge.

I still carry pepper spray when I leave the house - but for a long time, I had carried it even inside the house.

The same distrust applies to my work. If a new company or freelance reporter reaches out to us, we wonder if someone involved in the harassment is behind it. I still get reminders of the defendants' depravity

when I check my email and see spam related to the online newsletters they signed me up for.

Online sellers are also victims of the actions of these defendants who harmed the reputation of the platform on which they rely, causing some shoppers to swear off using eBay ever again.

These individuals and small businesses now fear contacting eBay when they have a problem.

They fear reaching out to us because they are afraid eBay will punish them. I rely on sources. Gathering and verifying information is the heart of what I do as a reporter.

In his sentencing memorandum, defendant Philip Cooke referenced a "friendly persona" the defendants had created to try to influence me. Not only does being the victim of stalking mess with your capacity to trust, one defendant admitted they had planted a "mole" of some sort.

Despite my best efforts, I'm angry.

When the government unveiled charges against the defendants in 2020, reporters with TV cameras showed up on my front door that day, and they tried to interview my neighbors.

I'm especially angry and upset when I see how this has impacted David, whose strength saved me throughout this ongoing nightmare, but at great cost to his physical and mental well-being.

While our instinct as journalists is to speak out, we have used restraint to protect the integrity of the criminal case - no one will ever know the toll that has taken on us.

It has also made us more withdrawn from friends, not just during the attacks, but in the intervening years. We aren't always the best company, feeling unable to talk about the case with others but also finding ourselves dwelling on it.

As much as I'm grateful we were spared a trial, I feel deprived of the answers that a trial would have provided. We are still in the dark about much of what was behind what happened to us. Unanswered questions is a very real form of mental torture.

What did the government mean when it referred to the defendants engaging in role-playing? What would have happened if defendant Baugh had carried out his plan to send a gang member to my home? And why were his subordinates okay with that? There was no line they wouldn't cross, and that's terrifying.

In some ways, it's very simple - the CEO of a Fortune 500 company, publicly eviscerated by activist investors pressuring the Board, issued a directive to his PR and security team do whatever it took to end our reporting.

But when I think about what happened to us and how it must have played out -- whether it's when I'm doing a chore or sitting down to write a

victim impact statement -- I go down a rabbit hole, my mind goes in circles. The trauma impacted my ability to process what happened, and I lack some important pieces of the puzzle that I hope some day I'll be provided.

The conviction and sentencing of the seven defendants is powerful and vital to our healing, but it doesn't mean David and I get to return to normal.

The defendants' crimes have had a profound impact on me, my husband, and on our livelihood. They upended our lives and we're still dealing with the fallout after 3 long years.

And our beautiful home that we spent years to make a haven from the outside world will never give us the sense of safety we used to take for granted, a feeling that every person should feel in their own home.