IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH | No. 20-cr-10263-PBS |

### ASSENTED-TO MOTION TO CONTINUE SURRENDER DATE

Defendant, Jim Baugh, with the assent of the government, respectfully requests that the Court continue his surrender date from December 7, 2022, to January 11, 2023. The requested adjustment will match Mr. Baugh's surrender date with that of co-defendant Harville and is appropriate in light of his family and other circumstances.

Respectfully submitted,

**JIM BAUGH**

by his attorneys,

    */s/ William Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*

### CERTIFICATE OF SERVICE

I caused the foregoing document to be served, by ECF filing September 30, 2022, on the parties registered for ECF notices in this case.

    */s/ William Fick*

1