UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH<br><br>Defendant | 1:20-CR-10263-PBS |

### UNOPPOSED MOTION FOR CONTINUED SEALING

Pursuant to Local Rule 7.2(d), the United States respectfully requests that the Court keep sealed on its docket in this matter Document 227-1 ("the Document"), until January 15, 2023, as the government attempts to balance the presumptive right of public access to sentencing materials involving defendant Baugh and national security interests implicated by the defendant's reference in the Document to classified information. Defendant Jim Baugh does not oppose the relief sought in this motion. As grounds for the motion, the United States submits:

1.  On September 29, 2022, the Court sentenced defendant Baugh to 57 months in prison following his guilty plea to several federal crimes arising out of a harassment and intimidation campaign targeting David and Ina Steiner, a Natick couple. (Judgment, Docket No. 235).

2.  In connection with his sentencing, defendant Baugh filed on the public docket a sentencing memorandum (Docket No. 227) and several letters in support, including the Document (Docket Nos. 227-1 et seq.).

3.  Upon reviewing the Document, the government determined that portions of it contained classified information. A Department of Justice Classified Information Security

1/3/23
Allowed
without opposition.
Patti B Saris