UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH<br><br>Defendant | 1:20-CR-10263-PBS |

ASSENTED TO MOTION TO EXTEND TIME IN WHICH TO FILE

The Government requested until January 15, 2023 to file a further proposal in connection with its motion to maintain Document Number 227-1 in this matter under seal, in order to address the national security issues implicated by defendant's filing of classified information within that document on the docket.

With the assent of defendant Jim Baugh, the United States respectfully requests that it now be permitted to file its proposal no later than January 23, 2023.  As grounds for the motion, the United States submits that business and holiday travel, illness, and other matters have made it more difficult than initially expected to coordinate among the several federal agencies that have an interest in this matter.

Under these circumstances, the United States accordingly and respectfully requests that it

1

be permitted to file its proposal with the Court no later than January 23, 2023.

                                                   Respectfully submitted,

                                                  RACHAEL S. ROLLINS
                                                  United States Attorney


                                By:    */s/ Seth B. Kosto*
                                          SETH B. KOSTO
                                          Assistant United States Attorney
                                          (617) 748-3230

January 13, 2023

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                      /s/Seth B. Kosto
                      SETH B. KOSTO
                      Assistant United States Attorney

Date: January 12, 2023~~January 13, 2023~~