UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH<br><br>    Defendant | 1:20-CR-10263-PBS |

[PROPOSED] ORDER

Upon consideration of the United States' Motion for Continued Sealing of Docket No. 227-1, and good cause having been shown, it is hereby ORDERED that

1. The Government is ORDERED to provide Defendant and the Clerk of Court with a redacted version of Docket No. 227-1 by no later than 14 days from the date of this order, which shall be maintained under seal; and

2. The Clerk of Court is ORDERED to remove Docket No. 227-1 from the docket and to return any physical or electronic copies of the unredacted version of the document maintained by the Court to a Department of Justice Classified Information Security Officer and to substitute on the docket the redacted version of Docket No. 227-1 provided by the Government, which shall be maintained under seal; and

3. Defendant is ORDERED to either destroy or return to the Government all physical and electronic copies of the unredacted version of Docket No. 227-1 by no later than 14 days from the date of this order.

IT IS SO ORDERED.

DATED this _____ day of January 2023

                                                                  _____
The Honorable Patti B. Saris
United States District Judge