UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIM BAUGH<br><br>Defendant | 1:20-CR-10263-PBS |

NOTICE CONCERNING DOCKET NO. 250 – MOTION FOR CONTINUED SEALING

On February 2, 2023, in connection with the motion of the United States for continued sealing, Docket No. 250 ("the Motion"), a Supervisory Security Specialist from the Department of Justice met with the Court and submitted the classified declaration described in the Motion for the Court's review.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Seth B. Kosto
SETH B. KOSTO
Assistant United States Attorney
(617) 748-3230

February 3, 2023

1