# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JIM BAUGH,<br><br>    Defendant | 1:20-CR-10263-PBS |

## ORDER

Upon consideration of the United States' Motion for Continued Sealing of Docket No. 227-1, and good cause having been shown, and after review of the ex parte declarations, it is hereby ORDERED that

1. The Government is ORDERED to provide Defendant and the Clerk of Court with a redacted version of Docket No. 227-1 by no later than 14 days from the date of this order, which shall be maintained under seal; and

2. The Clerk of Court is ORDERED to remove Docket No. 227-1 from the docket and to return any physical or electronic copies of the unredacted version of the document maintained by the Court to the (SCIF) sensitive compartmented information facility in the Courthouse and to substitute on the docket the redacted version of Docket No. 227-1 provided by the Government, which shall be maintained under seal.

IT IS SO ORDERED.

DATED this 18th day of December 2023.

/s/ PATTI B. SARIS_____
Hon. Patti B. Saris
United States District Judge